# EXHIBIT 4

| EXHIBIT 4 - CONVERSE STATUTORY DAMAGES CALCULATIONS (11 U.S.C. § 1117(c)) | | | |
|---|---|---|---|
| **DEFENDANTS – GROUP F** | | | |
| **Type of Goods** | **Converse Marks Infringed**[1] | **Number of Marks Infringed** | **Statutory Damages Calculation ($2 million per Mark per Type of Good)** |
| Men's Sneakers | CHUCK TAYLOR (Typed) <br> ALL STAR <br> ALL★STAR <br> CONVERSE with Star inside of O <br> CONVERSE <br> Converse CTAS Ankle Design <br> Converse All Star Chuck Taylor Seal | 7 | $14 million |
| **TOTAL STATUTORY DAMAGES (Group F):** | | | **$14 million** |

---

[1] The "Converse Marks" are defined in Paragraph 121 of Plaintiffs' Complaint.

2

| DEFENDANTS – GROUP J ||||
| Type of Goods | Converse Marks Infringed | Number of Marks Infringed | Statutory Damages Calculation ($2 million per Mark per Type of Good) |
|---|---|---|---|
| Sandals | CONVERSE<br>ALL STAR<br>Five-pointed Star Design | 3 | $6 million |
| **TOTAL STATUTORY DAMAGES (Group J):** ||| **$6 million** |

| DEFENDANTS – GROUP K ||||
|---|---|---|---|
| **Type of Goods** | **Converse Marks Infringed** | **Number of Marks Infringed** | **Statutory Damages Calculation ($2 million per Mark per Type of Good)** |
| Men's Sneakers | CONVERSE<br>ALL STAR<br>Star and Chevron Design<br>Star and Chevron Placement on Shoe Silhouette<br>Converse All Star Chuck Taylor Seal<br>Converse CTAS Ankle Design<br>Jack Purcell (Signature 1) with Triangle<br>ONE★STAR<br>CONVERSE to the Right of Star in Box Design | 9 | $18 million |
| Women's Sneakers | CONVERSE<br>CHUCK TAYLOR (Typed)<br>ALL STAR<br>ALL★STAR<br>Star and Chevron Design<br>Star and Chevron Placement on Shoe Silhouette | 6 | $12 million |
| Women's Slip-on Loafers | CONVERSE | 1 | $2 million |
| Basketball Shoes | CONVERSE<br>Star and Chevron Design<br>Star and Chevron Placement on Shoe Silhouette | 4 | $8 million |
| Sandals | CONVERSE<br>ALL STAR<br>CHUCK TAYLOR (Typed) | 3 | $6 million |
| **TOTAL STATUTORY DAMAGES (Group K):** ||| **$46 million** |

| DEFENDANTS – GROUP V | | | |
| --- | --- | --- | --- |
| Type of Goods | Converse Marks Infringed | Number of Marks Infringed | Statutory Damages Calculation ($2 million per Mark per Type of Good) |
| Men's Sneakers | CONVERSE<br>ALL STAR (Typed)<br>ALL★STAR | 3 | $6 million |
| Women's Sneakers | CONVERSE<br>ALL STAR (Typed)<br>ALL★STAR<br>Star and Chevron Design<br>Star and Chevron Placement on Shoe Silhouette<br>Converse with Star Design inside of O<br>Converse All Star Chuck Taylor Seal<br>Converse CTAS Ankle Design | 8 | $16 million |
| Women's Slip-on Loafers | CONVERSE<br>ALL★STAR | 2 | $4 million |
| Boots | CONVERSE | 1 | $2 million |
| Scarves | CONVERSE<br>ALL STAR (Typed) | 2 | $4 million |
| Hats | CONVERSE<br>ALL STAR (Typed) | 2 | $4 million |
| **TOTAL STATUTORY DAMAGES (Group V):** | | | **$36 million** |