AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| NIKE, INC. and CONVERSE INC., | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2013 Civ. 8012 (SAS) |
| MARIA WU d/b/a WWW.SHOECAPSXYZ.COM, et al. (See Rider) | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Attached Rider for New Defendants

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert L. Weigel
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
212-351-4000
rweigel@gibsondunn.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  12/5/2014                                    s/ Marcos Quintero

*Signature of Clerk or Deputy Clerk*

Civil Action No.  2013 Civ. 8012 (SAS)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

RIDER

ORIGINAL DEFENDANTS:

MARIA WU d/b/a WWW.SHOECAPSXYZ.COM; LINHAI KE d/b/a
WWW.SHOECAPSXYZ.COM; STOREONLINESERVICE2012@GMAIL.COM
d/b/a WWW.FREERUNONLOCKER.CO.UK; SERVICE2@AIREMAIL.NET
d/b/a WWW.FOOTWEARSUPER.CO.UK; LIN ZOE d/b/a
WWW.WHOLESALENFLJERSEYSSALE.COM; COMMINUTETE MORE
K.K. d/b/a WWW.WHOLESALENFLJERSEYSSALE.COM; BRAKEHEMALT
K.K. d/b/a WWW.NFLOFCHINA.COM and
WWW.STOREONLINESELLLNOW.COM;
CUSTOMERSERVICENO1@HOTMAIL.COM d/b/a WWW.DSMRECAP.COM;
SECUREONLINEPAY@HOTMAIL.COM d/b/a
WWW.SOCCERUMARKET.COM; SERVICE3@LINKONLINEMAIL.COM
d/b/a WWW.D3CLASSICSHOES.CO.NZ; SERVICE1@WEBSEEMIAL.COM
d/b/a WWW.AF1SHOX.COM; BODON TRADING d/b/a
WWW.CHEAPKD5SHOES.COM and WWW.FREESRUNSSTORE.COM; ERIC
LEE d/b/a WWW.CHEAPKD5SHOES.COM; MEIJIN HUANG d/b/a
WWW.CHEAPKD5SHOES.COM; ZHIZHEN LI d/b/a
WWW.FREESRUNSSTORE.COM; CHEAP NIKE FREE RUN TRADE CO.
LTD. d/b/a WWW.NIKEFREE4S.COM; SERVICE@NIKEFREERUNS30.COM
d/b/a WWW.NIKEFREERUNS30.COM;
NIKEFREEONLINE2012@HOTMAIL.COM d/b/a
WWW.FREEBUYSHOES.COM and WWW.NEWFREESHOES.COM; CHEN
JINXING d/b/a WWW.BUYWIKIONLINE.COM;
LINDAJERSEYS@GMAIL.COM d/b/a WWW.LINDAJERSEYS.COM and
WWW.LINDA-JERSEYS.COM; UNIVERSITY JHUG LIMITED d/b/a
WWW.YES-SHOE.COM and WWW.YES-SHOE.NET; ZHENG JIANGYANG
d/b/a WWW.GREAT-WHOLESALEJERSYES.NET; EXTENTBARGAIN K.K.
d/b/a  WWW.FOR-JERSEYS.BIZ and WWW.MYSPETO.COM;
BBBPPPKKK@YAHOO.COM d/b/a WWW.NIKEFREERUNS-
FACTORY.COM; BI NING ZHUO d/b/a WWW.FREERUNLINEA.COM;
JIANG LILI D/B/A WWW.CHEAPNIKEAIRMAX-MART.COM;
CUSTOMERSERVICE.LY@GMAIL.COM d/b/a
WWW.AIRMAXOFFICIALSHOP.CO.UK and
WWW.AIRMAX90UKSALES.CO.UK;SERVICE@KICKSLION.COM, d/b/a
WWW.KICKSLION.NET; KENDRICKVERY PT d/b/a
WWW.OYKUNUNSESI.COM and WWW.PAYFORORDER.COM;
WHOLESALEJERSEYSCENTER@GMAIL.COM d/b/a

WWW.NFLJERSEYSWEBSITE.COM; MEION ONLINE STORE d/b/a
WWW.BUYREALCHEAPJORDANS.COM AND WWW.FASHIONPAY.COM;
LESSSPAM42@GMAIL.COM d/b/a WWW.AUTHENTIC-JORDANS.US;
JINHUI ZHENG d/b/a WWW.SHOPUQ.COM; ZHENG JINZHAO d/b/a
WWW.SHOPUQ.COM; SNEAKERS2013@GMAIL.COM d/b/a WWW.MAX-
2013.COM; NIKEFAIR@MSN.COM d/b/a
WWW.CHEAPESTLEBRON10.COM; HOTAIRJORDAN13@GMAIL.COM
d/b/a WWW.HOTAIRJORDAN13.COM; SHAN PETER d/b/a
WWW.CHEAPUK-NIKETRAINERS.CO.UK; ABC COMPANIES 1-100; and
JOHN DOES 1-100.


<u>NEW DEFENDANTS</u>:

| | |
|---|---|
| Bingchao Chen | – address unknown |
| Qiao Qin Liu | – address unknown |
| (a/k/a Linhai Ke) | – address unknown |
| Adam Vickers | – address unknown |
| Alfred La Mar | – address unknown |
| Aretha Johnson | – address unknown |
| AUSTIN GATES | – address unknown |
| Ba Fang | – address unknown |
| Benjamin Wilson | – address unknown |
| Bill King | – address unknown |
| Bonny Loposser | – address unknown |
| Bunhon wong | – address unknown |
| Cai Cigui | – address unknown |
| Cai Fengwei | – address unknown |
| Cai Gui Lan | – address unknown |
| Cai Gui Yong | – address unknown |

Cai Jincan — address unknown

Cai LiMing — address unknown

Canganic Kong — address unknown

Catina Johnson — address unknown

Changqing Lin — address unknown

ChangYong Yang — address unknown

Chaokevin Lebron — address unknown

Chen Bi Juan — address unknown

Chen Bingchao — address unknown

Chen Guo Jing — address unknown

Chen JiaSheng — address unknown

Chen Jin Feng — address unknown

Chen Jinxing — address unknown

Chen Jun Xian — address unknown

Chen Kun — address unknown

Chen Li Xian — address unknown

Chen Longfei — address unknown

Chen Min — address unknown

Chen Minzhong — address unknown

Chen Qing Guo — address unknown

Chen Qing Wen — address unknown

Chen Shui Lian — address unknown

Chen Tai shan — address unknown

Chen Tong — address unknown

Chen Wei Zhu — address unknown

Chen Weizu — address unknown

Chen Xicheng      – address unknown

CHEN YU      – address unknown

Chen Yuanming      – address unknown

Chen Zao jie Chen Zao jie      – address unknown

Chen Zhi Jie      – address unknown

Chen Zusong      – address unknown

Chen, Mingjin      – address unknown

Chen, Suzhen      – address unknown

Chen, Weifang      – address unknown

Chengfei Bei      – address unknown

Chenye Yang      – address unknown

ChenYuanzhuo      – address unknown

Chris Hebert      – address unknown

Chunhai Song      – address unknown

Cortez Shore      – address unknown

Creshnaw, Andrew      – address unknown

Dai Jian Zhong      – address unknown

Danilo Yambao      – address unknown

David Stevens      – address unknown

Deng Dong Fang      – address unknown

Deng Xiao Jun      – address unknown

Diante Johnson      – address unknown

Ding, Yi Na      – address unknown

Dmmeli Duhaime      – address unknown

Drew Pietan      – address unknown

Dsjf lai      – address unknown

Fan Zhangmu      – address unknown

Fang Ming      – address unknown

Fang Ping      – address unknown

Fang Yong      – address unknown

Fanskel Lemuel      – address unknown

Fu Jian Shan      – address unknown

Gao Hai Zhu      – address unknown

Gao Hua Ying      – address unknown

Gao Mei Ying      – address unknown

Gao Wei      – address unknown

GREEN BROWN      – address unknown

Guang Zhou      – address unknown

Gui Yong Cai      – address unknown

Guo Chunpeng      – address unknown

Guo Jiancong      – address unknown

Guofu Zhang      – address unknown

Guohong Zheng      – address unknown

Haifeng Xu      – address unknown

Haima Xuan      – address unknown

Haitian Ren      – address unknown

Han, Defang      – address unknown

Hang Chen      – address unknown

Hao Lin      – address unknown

Harvey Rhodes      – address unknown

Holly Gasser      – address unknown

Howard Linsa      – address unknown

Hu Guo Tian     – address unknown

Hu Li Ping     – address unknown

Hu Xian Di     – address unknown

Hu Xiu Bi     – address unknown

Hu Xiu Feng     – address unknown

huang guo     – address unknown

Huang Han Liang     – address unknown

Huang He Bin     – address unknown

Huang Huacai     – address unknown

Huang Huayou     – address unknown

Huang Hui     – address unknown

Huang Jian Ping     – address unknown

Huang Jintian     – address unknown

Huang JuYing     – address unknown

Huang Libin     – address unknown

Huang Qiao     – address unknown

Huang Shu Zhen     – address unknown

Huang Wensheng     – address unknown

HUANG XIAO     – address unknown

Huang Xiaoqiu     – address unknown

Huang Xiu     – address unknown

Huang XiuYing     – address unknown

Huang Xiuzhu     – address unknown

Huang Yamei     – address unknown

Huang Yan Ying     – address unknown

Huang Yong Lin     – address unknown

Huang Zhan                          – address unknown

Huang Zhi Zhen                      – address unknown

Huangjie Wei                        – address unknown

Huik                                – address unknown

Imogen Lockhart                     – address unknown

JACK TABOR                          – address unknown

Jack Wu                             – address unknown

Jack Zhang                          – address unknown

Jackson Smith                       – address unknown

James Douglas                       – address unknown

Jean Sabud                          – address unknown

Jesus jimenez                       – address unknown

Jian Ping Huang                     – address unknown

Jian Yin                            – address unknown

Jian Zhong Dai                      – address unknown

Jiang Hunying                       – address unknown

Jiang Junying                       – address unknown

JIANG LIN                           – address unknown

Jiang Rong Rong                     – address unknown

Jiang Xin                           – address unknown

Jianhan Xie                         – address unknown

JianXian Zheng                      – address unknown

Jianying Chen                       – address unknown

Jianyu Tang,                        – address unknown

Jie Wang                            – address unknown

Jie Wei                             – address unknown

Jie Xia                              – address unknown

Jim Fricker                          – address unknown

Jinfeng Zhang                        – address unknown

Jingmei Zhou                         – address unknown

Jinhui Huang                         – address unknown

Jinhui Zheng                         – address unknown

Jinying Ke                           – address unknown

Joe Austin                           – address unknown

Joe Tran                             – address unknown

John Peir                            – address unknown

Join Lin                             – address unknown

Jordan Batters                       – address unknown

Julie Lochhead                       – address unknown

Kateila Smith                        – address unknown

Kathy Peyton                         – address unknown

Kayla Moore                          – address unknown

Ke Lin Hai                           – address unknown

Ke Tianrong                          – address unknown

Kerry Bolton                         – address unknown

Krystian                             – address unknown

Kun Chen                             – address unknown

Kylon Butler                         – address unknown

Lai Li Ying                          – address unknown

Lang Qing                            – address unknown

Larry Rhodes                         – address unknown

Latin Malin                          – address unknown

Case 1:13-cv-08012-SAS   Document 131   Filed 02/02/15   Page 9 of 19

| | |
|---|---|
| Lauren Darke | – address unknown |
| Leo Paquette | – address unknown |
| Li Hai Dao | – address unknown |
| Li Haidao | – address unknown |
| Li Ning | – address unknown |
| Li Qi Min | – address unknown |
| Li Renfen | – address unknown |
| Li Yangyang | – address unknown |
| Li Yayun | – address unknown |
| Li Yu hong | – address unknown |
| Li Yu Mei | – address unknown |
| Li Yuan Mao Yi You Xian Gong Si | – address unknown |
| LiMing Cai | – address unknown |
| Lin Bao Zhu | – address unknown |
| Lin Changqing | – address unknown |
| Lin Fang | – address unknown |
| Lin Fengying | – address unknown |
| Lin Hua Cong | – address unknown |
| Lin Ji | – address unknown |
| Lin Jian | – address unknown |
| Lin Jun Da | – address unknown |
| Lin Li-mei | – address unknown |
| Lin Mei Ying | – address unknown |
| Lin Meiqin | – address unknown |
| Lin Qingfeng | – address unknown |
| Lin Xiu Ying | – address unknown |

Lin Zhang Qing                           – address unknown

Lin, Fengyun                             – address unknown

Lisu Motol                               – address unknown

Liu Gui Lan                              – address unknown

Liu Kai Yang                             – address unknown

Liu Meihua                               – address unknown

Liu Qiao Qin                             – address unknown

Liu Yifei                                – address unknown

Liu Zhen Hu                              – address unknown

Liu Zheng Bin                            – address unknown

Liu Zhi Hong                             – address unknown

Liuyifei Liuyifei                        – address unknown

Lizhu Ma                                 – address unknown

Louisa Kornbergin                        – address unknown

Luo Qiuhua                               – address unknown

Lv Huiwu                                 – address unknown

Lvzhongtian                              – address unknown

Mabelle Weig                             – address unknown

Malik Davis                              – address unknown

Mao Guang Yuan                           – address unknown

Marshall Matthew                         – address unknown

Martin Lessmann                          – address unknown

Meilian Huang                            – address unknown

Meixia Zheng                             – address unknown

Meiyan Liu                               – address unknown

Melvin Saunders                          – address unknown

| | |
|---|---|
| Michael Marcovici | – address unknown |
| Michael Vick | – address unknown |
| Ming Fang | – address unknown |
| Ming Yuan Mao Yi You Xian Gong Si | – address unknown |
| Motao | – address unknown |
| Murray, John | – address unknown |
| NAN CHEN | – address unknown |
| Natorious Douglas | – address unknown |
| Nian Hua | – address unknown |
| Nianhua Tang | – address unknown |
| Nicol Duchaine | – address unknown |
| Nikolaj Chernets | – address unknown |
| No Buh | – address unknown |
| Ou Kai Sen | – address unknown |
| Pan Bing Huang | – address unknown |
| Pang Nian | – address unknown |
| Peir Junck | – address unknown |
| Phillip Bell | – address unknown |
| Pin Pai51 | – address unknown |
| Ping Fang | – address unknown |
| PING LI | – address unknown |
| Qi Min Li | – address unknown |
| Qian Shuying | – address unknown |
| Qian Xiangong | – address unknown |
| Qiming Trade CO. Ltd | – address unknown |
| Qin Yao | – address unknown |

Qing Lang                           – address unknown

Qing Wen Chen                       – address unknown

Qingshi Fang                        – address unknown

QIU JING                            – address unknown

QUNAR LEE                           – address unknown

Qunhong Ke                          – address unknown

Rebeca Fosburgh                     – address unknown

Ren Guo Ying                        – address unknown

Ren Guoying                         – address unknown

Ren Qing Huang                      – address unknown

Ren Zhi Jie                         – address unknown

Ren Zhi Min                         – address unknown

Ren Zhi Tong                        – address unknown

Ren Zhimin                          – address unknown

Rene Paley                          – address unknown

Renfen Li                           – address unknown

Rick Li d/b/a 163.CA Inc.           – address unknown

Robbie Clark                        – address unknown

Robert Smith                        – address unknown

Ronny Seffner                       – address unknown

Sacaj BoxAngel                      – address unknown

Sale Jordaner                       – address unknown

Samanta Bangaree                    – address unknown

San Zhang                           – address unknown

Sanchun Wu                          – address unknown

SandyC                              – address unknown

| | |
|---|---|
| Sawyer Lin | – address unknown |
| Sebastian Schwarz | – address unknown |
| Shannon Bennett | – address unknown |
| ShanShan Gao | – address unknown |
| Shaotong Qiang | – address unknown |
| Shen Qingshui | – address unknown |
| Shengze Yang | – address unknown |
| Shi Hua | – address unknown |
| Shi Shao Lian | – address unknown |
| Shi Sheng Xu | – address unknown |
| Shijie Chen | – address unknown |
| Shinsaku Drock | – address unknown |
| Shiyu Xu | – address unknown |
| Shurong Lin | – address unknown |
| Smith Chen | – address unknown |
| Song Yong Gan | – address unknown |
| Song Yong Jin | – address unknown |
| Stacy Peacock | – address unknown |
| Stefano Cecconi | – address unknown |
| Sun Jin | – address unknown |
| Suqin Yang | – address unknown |
| Surong Zhu | – address unknown |
| Tamerra Barrett | – address unknown |
| Tang Guo | – address unknown |
| Tang Jian Ying | – address unknown |
| Tang Nianhua | – address unknown |

| | |
|---|---|
| Taniesha Symister | – address unknown |
| Tianrong Ke | – address unknown |
| Tie Ning Zhuo | – address unknown |
| Tiffany Jarvis | – address unknown |
| Tim Rhudy | – address unknown |
| Timothy Saulmon | – address unknown |
| Tingting Xia | – address unknown |
| Todd Amira | – address unknown |
| Tong Zhenggang | – address unknown |
| Toni Wu | – address unknown |
| Tracy Driver | – address unknown |
| Wagner Chris | – address unknown |
| Wang Bao Guo | – address unknown |
| Wang Bing Yuan | – address unknown |
| Wang Fulong | – address unknown |
| Wang Hong | – address unknown |
| Wang Jie | – address unknown |
| Wang Ru Jun | – address unknown |
| Wang Xiang | – address unknown |
| Wang Xin Fen | – address unknown |
| Wanlu Huang | – address unknown |
| Water Lin | – address unknown |
| Wei Huangjie | – address unknown |
| Wei Huangjie | – address unknown |
| Weijia Yin | – address unknown |
| Wen Ben Zhou | – address unknown |

| | |
|---|---|
| Weng Qing Yun | – address unknown |
| Weng Qing Zhong | – address unknown |
| Weng Tian Rong | – address unknown |
| Weng Tian Rong | – address unknown |
| Weng Xue Jing | – address unknown |
| Weng Yanchun | – address unknown |
| Willa Wharton | – address unknown |
| William Clark | – address unknown |
| Winchester Dean | – address unknown |
| Woodson, Keion | – address unknown |
| Wu Jiu Mei | – address unknown |
| Wu Qingfeng | – address unknown |
| Wu Song Ye | – address unknown |
| Wu Song Ye | – address unknown |
| Wu Xiuyan | – address unknown |
| Wu Yan | – address unknown |
| Wu Ziqiang | – address unknown |
| Xia Ling Qin | – address unknown |
| Xiang Yong Zheng | – address unknown |
| Xianghang003 Lin | – address unknown |
| Xiao Lin Zheng | – address unknown |
| Xiao Xiao Ping | – address unknown |
| Xiaofei Wang | – address unknown |
| Xiaoqing Zhang | – address unknown |
| Xiaoqiong Wu | – address unknown |
| Xiaosi fu | – address unknown |

Xiaoyun Wang                          – address unknown

Xie Han Zhou                          – address unknown

Xin Zhang                             – address unknown

Xiong Lin                             – address unknown

Xiongfei Trade Co. Ltd                – address unknown

Xu Jin Tian                           – address unknown

Xu Li Li                              – address unknown

Xu Linying                            – address unknown

Xu Linying                            – address unknown

Xu Min Fang                           – address unknown

Xu Shi Yi                             – address unknown

Xu Weihai                             – address unknown

Xu Zhi Qiang                          – address unknown

Yan Li Fang                           – address unknown

YanFen Weng                           – address unknown

Yang Haiqi                            – address unknown

Yang Hui Xin                          – address unknown

Yang Jun Jie                          – address unknown

Yang Li                               – address unknown

Yang Lin                              – address unknown

Yang Rong'e                           – address unknown

Yang Su Qin                           – address unknown

Yanqing Zhu                           – address unknown

Ye Dong                               – address unknown

Yegeng Tian                           – address unknown

yida trade CO.,Ltd                    – address unknown

| | |
|---|---|
| Yingchun Yuan | – address unknown |
| Yong Lin Huang | – address unknown |
| Yong Lin Lin | – address unknown |
| Yong Zheng | – address unknown |
| Youncofski, Conor | – address unknown |
| Yu Bin Bin | – address unknown |
| Yu Hang | – address unknown |
| Yu Jie | – address unknown |
| Yu Xian Wu | – address unknown |
| Yu Xiao | – address unknown |
| Yu Zhi Qiang | – address unknown |
| Yuan Xiaoyan | – address unknown |
| Yuan Ying Chun | – address unknown |
| Yuanqiu Cai | – address unknown |
| Yue Manager | – address unknown |
| Yujian Ran | – address unknown |
| Yurong Huang | – address unknown |
| Yuyang LV | – address unknown |
| Zelda Spingarn | – address unknown |
| Zenyu Lin | – address unknown |
| Zeynab Bstalvey | – address unknown |
| Zhan Cui Bin | – address unknown |
| Zhan Cuibin | – address unknown |
| Zhan Ruping | – address unknown |
| Zhang Feng Chun | – address unknown |
| Zhang Feng Lan | – address unknown |

Zhang Feng Yu                          – address unknown

Zhang fengchun                         – address unknown

zhang guofu                            – address unknown

Zhang Jia Fu                           – address unknown

Zhang Jiu Chu                          – address unknown

Zhang San                              – address unknown

Zhang Sansan                           – address unknown

Zhang Shan                             – address unknown

Zhang Wei                              – address unknown

Zhang Wei Ping                         – address unknown

Zhao Jun Pu                            – address unknown

Zhao Min Gui                           – address unknown

Zhao Zeying                            – address unknown

Zheng Jian Fen                         – address unknown

Zheng Jin Hui                          – address unknown

Zheng Jin Tao                          – address unknown

Zheng Jin Zhao                         – address unknown

Zheng Jinhui                           – address unknown

Zheng Lan Ying                         – address unknown

Zheng Limei                            – address unknown

Zheng Shi Jie                          – address unknown

Zheng Wen Zong                         – address unknown

Zheng Xiang Yong                       – address unknown

Zheng Yang Mei                         – address unknown

Zheng Yuefen                           – address unknown

Zheng Zhi Hong                         – address unknown

| | |
|---|---|
| Zheng, lanying | – address unknown |
| Zhengyu Lin | – address unknown |
| Zheyu Lin | – address unknown |
| Zhi JieRen | – address unknown |
| ZhiXiong Huang | – address unknown |
| Zhiyuan Dai | – address unknown |
| Zhong Zhenning | – address unknown |
| Zhou Dadi | – address unknown |
| ZHOU KAI | – address unknown |
| Zhu Fu | – address unknown |
| Zhuo Tie Ning | – address unknown |
| Zhuo Zhen | – address unknown |
| Zita Binder | – address unknown |
| Zusong Chen | – address unknown |

101852020.3