# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC and CONVERSE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> Maria WU et al. <br><br> Defendants. | Case No. 13 Civ. 8012 (CM) <br><br> **ORAL ARGUMENT REQUESTED** |

## NOTICE OF NONPARTIES AGRICULTURAL BANK OF CHINA, BANK OF COMMUNICATIONS, CHINA CONSTRUCTION BANK, CHINA MERCHANTS BANK AND INDUSTRIAL AND COMMERCIAL BANK OF CHINA LIMITED'S MOTION TO QUASH SUBPOENAS AND TO MODIFY THE FINAL ORDER

PLEASE TAKE NOTICE that nonparties Agricultural Bank of China, Bank of Communications, China Construction Bank, China Merchants Bank, and Industrial and Commercial Bank of China (collectively, the "Banks"), by and through their counsel, White & Case LLP, will appear before this Court, in courtroom 2A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, before the Honorable Colleen McMahon, at a date and time yet to be determined, to present the Banks' Motion to Quash Subpoenas and to Modify the Final Order (the "Motion").

This Motion is based on the accompanying Memorandum of Law, the supporting Declaration of Jacqueline L. Chung and exhibits attached thereto; the Declaration of Guo Li and exhibits attached thereto; and the Declarations of Du Binyu (Agricultural Bank of China), Junjie Shi (Bank of Communications), Fu Qingqing (China Construction Bank), Songliang

1

Zhou (China Merchants Bank), and Dong Jianjun (Industrial and Commercial Bank of China Limited).

PLEASE TAKE FURTHER NOTICE that the Banks respectfully request that oral argument be heard on this Motion pursuant to Local Rule 6.1.

| | |
|---|---|
| Dated: February 14, 2018 | */s/ Paul B. Carberry* <br> Paul B. Carberry <br> Jacqueline L. Chung <br> White & Case LLP <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: (212) 819-8200 <br> Facsimile: (212) 354-8113 <br> Email: pcarberry@whitecase.com <br>       jacqueline.chung@whitecase.com <br><br> *Attorneys for Agricultural Bank of China, Bank of Communications, China Construction Bank, China Merchants Bank, Industrial & Commercial Bank of China Limited* |