IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC and CONVERSE, INC.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>Maria WU et al.<br><br>　　　　　　　　　　Defendants. | 13-CV-8012 (CM) |

**DECLARATION OF JACQUELINE L. CHUNG IN SUPPORT OF NONPARTIES AGRICULTURAL BANK OF CHINA, BANK OF COMMUNICATIONS, CHINA CONSTRUCTION BANK, CHINA MERCHANTS BANK AND INDUSTRIAL AND COMMERCIAL BANK OF CHINA LIMITED'S MOTION TO QUASH SUBPOENAS AND TO MODIFY THE FINAL ORDER**

I, Jacqueline L. Chung, declare as follows:

1. I am an attorney in the law firm of White & Case LLP, counsel for nonparties Agricultural Bank of China ("ABoC"), Bank of Communications ("BOCOM"), China Construction Bank ("CCB"), China Merchants Bank ("CMB") and Industrial and Commercial Bank of China Limited ("ICBC") (collectively, "the Banks") in the above-captioned proceedings.

2. I submit this declaration in support of the Banks' Motion to Quash Subpoenas and to Modify the Final Order in the above-captioned action. This declaration is based on my personal knowledge and upon my review of the records of this matter and related matters.

3. A true and correct copy of a letter, dated October 10, 2017, from Robert Weigel to CCB, is attached hereto as **Exhibit 1**. Attachments to the letter are not included in the exhibit.

4. A true and correct copy of letters, dated October 19, 2017, from Paul B. Carberry to Robert Weigel, is attached hereto as **Exhibit 2**.

5. A true and correct copy of a letter, dated October 25, 2017, from Lauren M.L. Nagin to BOCOM, is attached hereto as **Exhibit 3**.

6. A true and correct copy of notices of Final Order, dated October 24, 2017, from Robert Weigel to Paul B. Carberry, is attached hereto as **Exhibit 4**.

7. A true and correct copy of a letter, dated October 26, 2017, from Robert Weigel to Paul B. Carberry, is attached hereto as **Exhibit 5**.

8. A true and correct copy of a letter, dated November 9, 2017, from Paul B. Carberry to Robert Weigel, is attached hereto as **Exhibit 6**.

9. A true and correct copy of a letter, dated November 29, 2017, from Paul B. Carberry to Robert Weigel, is attached hereto as **Exhibit 7**.

10. A true and correct copy of a letter, dated November 30, 2017, from Robert Weigel to Paul B. Carberry, is attached hereto as **Exhibit 8**.

11. A true and correct copy of a letter, dated January 8, 2018, from Paul B. Carberry to Robert Weigel, is attached hereto as **Exhibit 9**.

12. A true and correct copy of a letter, dated January 15, 2018, from Robert Weigel to Paul B. Carberry, is attached hereto as **Exhibit 10**.

13. A true and correct copy of the November 30, 2017 subpoena that was served on ABoC, is attached hereto as **Exhibit 11**. The Subpoenas served on BOCOM, CCB, CMB, and ICBC were identical, with the exception that attachment B to the Subpoenas included account numbers and names specific to each bank.

14. **Exhibit 12** has been intentionally left blank.

15. A true and correct copy of the Memorandum of Law in Support of Plaintiff's Motion for An Order Compelling Bank of China's Production of Documents Requested In Plaintiffs' 2010 and 2011 Subpoenas in connection with the action captioned <u>Gucci America, Inc.</u> v. <u>Li</u>, No. 10 cv. 4974 (RJS) ("Gucci II"), is attached hereto as **Exhibit 13**.

16. A true and correct copy of the December 1, 2014 declaration from Robert Weigel in support of Plaintiff's Motion for an Order Compelling Bank of China's production of Documents Requested in Plaintiff's 2010 and 2011 Subpoenas in connection with the action captioned <u>Gucci America, Inc.</u> v. <u>Li</u>, No. 10 cv. 4974 (RJS) ("<u>Gucci II</u>"), is attached hereto as **Exhibit 14**.

17. A true and correct copy of Next Investments, LLC's certificate of formation, dated October 3, 2016, is attached hereto as **Exhibit 15**.

18. A true and correct copy of the district court opinion in <u>Galderma S.A.</u> v. <u>Peri</u>, No. 15-CV-667 (VSB), 2016 U.S. Dist. LEXIS 61203 (S.D.N.Y. Mar. 30, 2016) is attached hereto as **Exhibit 16**.

19. A true and correct copy of a letter, dated October 10, 2017, from Robert Weigel to ICBC, is attached hereto as **Exhibit 17**. Attachments to the letter are not included in the exhibit.

20. A true and correct copy of the Second Circuit Court opinion in <u>SPV OSUS, Ltd.</u> v. <u>UBS AG</u>, No. 16-2173, 2018 U.S. App. LEXIS 3088 (2d Cir. Feb. 9, 2018) is attached here to as **Exhibit 18**.

21. A true and correct copy of ABoC's Responses and Objections to Plaintiff's Subpoena *Duces Tecum* is attached hereto as **Exhibit 19**.

22. A true and correct copy of BOCOM's Responses and Objections to Plaintiff's Subpoena *Duces Tecum* is attached hereto as **Exhibit 20**.

23. A true and correct copy of CCB's Responses and Objections to Plaintiff's Subpoena *Duces Tecum* is attached hereto as **Exhibit 21**.

24. A true and correct copy of CMB's Responses and Objections to Plaintiff's Subpoena *Duces Tecum* is attached hereto as **Exhibit 22**.

25. A true and correct copy of ICBC's Responses and Objections to Plaintiff's Subpoeana *Duces Tecum* is attached hereto as **Exhibit 23**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 14, 2018
New York, New York

                                  WHITE & CASE LLP

                                  By: */s/ Jacqueline L. Chung*
                                      Jacqueline L. Chung