# Exhibit 12

This exhibit is intentionally left blank.