# Exhibit 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

GUCCI AMERICA, INC., BALENCIAGA
AMERICA INC., BALENCIAGA S.A., BOTTEGA
VENETA INTERNATIONAL S.A.R.L.,
BOTTEGA VENETA INC., LUXURY GOODS
INTERNATIONAL (L.G.I.) S.A. and YVES SAINT
LAURENT AMERICA, INC.

        Plaintiffs,

    -against-

WEIXING LI a/k/a XIN LI, LIJUN XU a/k/a JACK
LONDON and TING XU a/k/a JACK LONDON
a/k/a XU TING a/k/a REBECCA XU, WENYING
GUO, XIAOCHAO SHANG, LEI XU, FENGYUAN
ZHAO, LIQUN ZHAO, MING ZHAO, and
PEIYUAN ZHAO, all doing business as
REDTAGPARTY, MYLUXURYBAGS.COM,
KUELALA.COM, XPRESSDESIGNERS.COM,
XPRESSDESIGNER.NET, and DESIGNER
HANDBAGS; ABC COMPANIES;
and JOHN DOES,

        Defendants.

-------------------------------------------------------------x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

2010 Civ. 4974 (RJS)

**DECLARATION OF
ROBERT L. WEIGEL**

Robert L. Weigel hereby declares as follows:

1.     I am a member of the bar of this Court and a partner of the law firm of Gibson,

Dunn & Crutcher LLP, counsel to Gucci America, Inc.; Balenciaga America Inc.; Balenciaga

S.A.; Bottega Veneta International S.a.r.l.; Bottega Veneta Inc.; Luxury Goods International

(L.G.I.) S.A.; and Yves Saint Laurent America, Inc. (collectively, "Plaintiffs").   I submit this

declaration in support of Plaintiffs' Motion for an Order Compelling Bank of China's Production

of Documents Requested in Plaintiffs' 2010 and 2011 Subpoenas.

2.      Attached as <u>Exhibit 1</u> is a true and correct copy of a webpage from Bank of China's website, "Bank of China (New York): FAQs," available at http://www.bocusa.com/portal/Info?id=443&lang=1& (last visited November 25, 2014).

3.      Attached as <u>Exhibit 2</u> is a true and correct copy of a document produced by JPMorgan Chase Bank on February 25, 2011, which reflects a book transfer of USD $50,000, made on December 24, 2009, from a Chase account ending in 1394 to the Bank of China Head Office's Chase account ending in 5206 ("BOC's Chase Account"), listing Defendant Lei Xu and a BOC account ending in 9584 as the beneficiary.

4.      Attached as <u>Exhibit 3</u> is a true and correct copy of a document produced by JPMorgan Chase Bank on February 25, 2011, which reflects a book transfer of USD $50,000, made on January 11, 2010, from a Chase account ending in 1394 to BOC's Chase Account, listing Defendant Peiyuan Zhao and a BOC account ending in 3435 as the beneficiary.

5.      Attached as <u>Exhibit 4</u> is a true and correct copy of a document produced by JPMorgan Chase Bank on February 25, 2011, which reflects a book transfer of USD $50,000, made on January 14, 2010, from a Chase account ending in 1394 to BOC's Chase Account, listing Defendant Xu Ting and a BOC account ending in 9538 as the beneficiary.

6.      Attached as <u>Exhibit 5</u> is a true and correct copy of a document produced by JPMorgan Chase Bank on February 25, 2011, which reflects a book transfer of USD $50,000, made on March 16, 2010, from a Chase account ending in 1394 to BOC's Chase Account, listing Defendant Liqun Zhao and a BOC account ending in 0343 as the beneficiary.

7.     Attached as <u>Exhibit 6</u> is a true and correct copy of a document produced by JPMorgan Chase Bank on February 25, 2011, which reflects a book transfer of USD $50,000, made on March 19, 2010, from a Chase account ending in 1394 to BOC's Chase Account, listing Defendant Wenying Guo and a BOC account ending in 9151 as the beneficiary.

8.     Attached as <u>Exhibit 7</u> is a true and correct copy of a document produced by JPMorgan Chase Bank on January 26, 2011, which reflects a book transfer of USD $50,000, made on June 10, 2010, from a Chase account ending in 6310 to BOC's Chase Account, listing Defendant Fengyuan Zhao and a BOC account ending in 2443 as the beneficiary.

9.     Attached as <u>Exhibit 8</u> is a true and correct copy of a document produced by JPMorgan Chase Bank on February 25, 2011, which reflects a book transfer of USD $30,000, made on June 25, 2010, from a Chase account ending in 8289 to BOC's Chase Account, listing Defendant Xin Li and a BOC account ending in 1235 as the beneficiary.

10.     Attached as <u>Exhibit 9</u> is a true and correct copy of a document produced by JPMorgan Chase Bank on January 26, 2011, which reflects a SWIFT wire transfer of $50,000 on June 30, 2009, from a Chase account ending in 8289 to BOC, naming Defendant Wenying Guo and a BOC account ending in 9151 as the beneficiary.

11.     Attached as <u>Exhibit 10</u> is a true and correct copy of a document produced by JPMorgan Chase Bank on January 26, 2011, which reflects a SWIFT wire transfer of $50,000 on July 10, 2009, from a Chase account ending in 8289 to BOC, naming Defendant Ming Zhao and a BOC account ending in 5923 as the beneficiary.

3

12.     Attached as <u>Exhibit 11</u> is a true and correct copy of a document produced by JPMorgan Chase Bank on January 26, 2011, which reflects a SWIFT wire transfer of $50,000 on July 27, 2009, from a Chase account ending in 5867 to BOC, naming Defendant Liqun Zhao and a BOC account ending in 0343 as the beneficiary.

13.     Attached as <u>Exhibit 12</u> is a true and correct copy of a document produced by JPMorgan Chase Bank on February 25, 2011, which reflects a SWIFT wire transfer of $50,000 on October 19, 2009, from a Chase account ending in 8289 to BOC, naming Defendant Xiaochao Shang and a BOC account ending in 0726 as the beneficiary.

14.     In accordance with Fed. R. Civ. P. 5.2(a), the bank account numbers referenced in Exhibits 2 through 12 above have been redacted so that only the last four digits are visible.

15.     Attached as <u>Exhibit 13</u> are true and correct copies of excerpts from BOC's U.S. Resolution Plan, dated December 31, 2013, the full version of which is also available at http://www.federalreserve.gov/bankinforeg/resolution-plans/bk-of-china-3g-20131231.pdf.

16.     Attached as <u>Exhibit 14</u> are true and correct copies of notices issued by the New York City Department of Finance providing property values for real property in New York City owned by BOC.  These notices were obtained on November 25, 2014 through the Department of Finance's online Property Address Search tool, http://webapps.nyc.gov:8084/CICS/fin1/find001i.

17.     Attached as <u>Exhibit 15</u> is a true and correct copy of a list of mortgages on real property in New York City held by BOC.  This list was obtained on November 25, 2014 from the New York City Department of Finance, Office of the City Register's online Automated City Register Information System, http://a836-acris.nyc.gov/CP/.

18.     Attached as Exhibit 16 is a true and correct copy of a webpage from Bank of China's website, "Custodian Business," available at http://www.bankofchina.com/us/en/clearing/201310/t20131024_2733238.html (last visited November 25, 2014).

19.     Attached as Exhibit 17 is a true and correct copy of a webpage from Bank of China's website, "Bank of China (New York): Introduction," available at http://www.bocusa.com/portal/Info?id=805&lang=1& (last visited November 25, 2014).

20.     Attached as Exhibit 18 are true and correct copies of excerpts from the Clearing House Interbank Payment System's ("CHIPS") "Self-Assessment of Compliance with Core Principles for Systematically Important Payment Systems," a full version of which is also available at https://www.chips.org/docs/033915.pdf.

21.     Attached as Exhibit 19 is a true and correct copy of the Federal Financial Institution Examination Council's "FFIEC IT Examination Handbook—CHIPS," available at http://ithandbook.ffiec.gov/it-booklets/wholesale-payment-systems/interbank-payment-and-messaging-systems/fedwire-and-clearing-house-interbank-payments-system-(chips)/chips.aspx (last visited November 25, 2014).

22.     Attached as Exhibit 20 is a true and correct copy of a webpage from the Board of Governors of the Federal Reserve System's website, "Fedwire Funds Services," available at http://www.federalreserve.gov/paymentsystems/fedfunds_about.htm (last visited November 25, 2014).

23.     Attached as Exhibit 21 are true and correct copies of excerpts from the Federal Reserve Bank Services' "Federal Reserve Banks Operating Circular No. 6: Funds Transfers Through the Fedwire Funds Service," a full version of which is also available at https://www.frbservices.org/files/regulations/pdf/operating_circular_6_07122012.pdf.

24.    Attached as Exhibit 22 is a true and correct copy of the Federal Deposit Insurance Corporation's demographic information report for BOC, available at https://www2.fdic.gov/idasp/confirmation_outside.asp?inCert1=33653 (follow "More Demographic Information" hyperlink) (last visited November 25, 2014).

25.    Attached as Exhibit 23 is a true and correct copy of an excerpt from the Federal Reserve Bank Services' "Federal Reserve Banks Operating Circular No. 1: Account Relationships," a full version of which is also available at https://www.frbservices.org/files/regulations/pdf/operating_circular_1_02012013.pdf.

26.    Attached as Exhibit 24 is a true and correct copy of an excerpt from the Federal Reserve Bank Services' "Foreign Banking Institution Account Agreement," a full version of which is also available at https://www.frbservices.org/files/forms/account_services/pdf/foreign_bankboard_resolutions_authorizedapprover_package.pdf.

27.    Attached as Exhibit 25 is a true and correct copy of an excerpt from BOC's "Bank of China Internet Banking Service (BOCNET) Customer Service Agreement," a full version of which is also available at http://pic.bankofchina.com/bocappd/america/201306/P020130603315059674922.pdf.

28.    Attached as Exhibit 26 is a true and correct copy of an excerpt from the Federal Reserve Bank Services' "Resolutions Authorizing a Foreign Banking Institution to Open and Maintain Accounts," a full version of which is also available at https://www.frbservices.org/files/forms/account_services/pdf/foreign_bankboard_resolutions_authorizedapprover_package.pdf.

29. Attached as Exhibit 27 is a true and correct copy of a webpage from Wikipedia, "List of renminbi exchange rates," available at http://en.wikipedia.org/wiki/List_of_renminbi_exchange_rates.

30.     Attached as Exhibit 28 is a true and correct copy of a document produced by BOC on September 22, 2011 bearing the Bates stamp BOC-GUCCI000034, along with a certified translation of that document.  This exhibit reflects a withdrawal of USD $49,975.00 on July 9, 2007 out of the BOC account ending in 2443.

31.     Attached as Exhibit 29 is a true and correct copy of a document produced by BOC on September 22, 2011 bearing the Bates stamp BOC-GUCCI000051, along with a certified translation of that document.   This exhibit reflects a withdrawal of USD $49,987.13 on September 27, 2007 out of the BOC account ending in 1235.

32.     Attached as Exhibit 30 is a true and correct copy of a document produced by BOC on September 22, 2011 bearing the Bates stamp BOC-GUCCI000041, along with a certified translation of that document.  This exhibit reflects a withdrawal of USD $49,999.48 on February 27, 2008 out of the BOC account ending in 2443.

33.     Attached as Exhibit 31 is a true and correct copy of a document produced by BOC on September 22, 2011 bearing the Bates stamp BOC-GUCCI000047, along with a certified translation of that document.  This exhibit reflects a withdrawal of USD $1,743.51 on March 2, 2008 out of the BOC account ending in 2443.

34.     Attached as Exhibit 32 is a true and correct copy of a document produced by BOC on September 22, 2011 bearing the Bates stamp BOC-GUCCI000060, along with a certified translation of that document.  This exhibit reflects a withdrawal of USD $49,993.08 on March 25, 2008 out of the BOC account ending in 1235.

35.     Attached as Exhibit 33 is a true and correct copy of a document produced by BOC on September 22, 2011 bearing the Bates stamp BOC-GUCCI000006, along with a certified translation of that document.  This exhibit reflects a withdrawal of USD $50,000.00 on March 14, 2009 out of the BOC account ending in 2443.

36.     Attached as Exhibit 34 is a true and correct copy of a document produced by BOC on September 22, 2011 bearing the Bates stamp BOC-GUCCI000001, along with a certified translation of that document.  This exhibit reflects a withdrawal of USD $40,000.00 on April 13, 2009 out of the BOC account ending in 1235.

37.     Attached as Exhibit 35 is a true and correct copy of a document produced by BOC on September 22, 2011 bearing the Bates stamp BOC-GUCCI000014, along with a certified translation of that document.  This exhibit reflects a withdrawal of USD $50,000.00 on June 18, 2010 out of the BOC account ending in 2443.

38.     Attached as Exhibit 36 is a true and correct copy of a document produced by BOC on September 22, 2011 bearing the Bates stamp BOC-GUCCI000017, along with a certified translation of that document.  This exhibit reflects a withdrawal of USD $30,000.00 on June 28, 2010 out of the BOC account ending in 1235.

39.     In accordance with Fed. R. Civ. P. 5.2(a), the bank account numbers referenced in Exhibits 28 through 36 above have been redacted so that only the last four digits are visible.

40.     Attached as Exhibit 37 is a true and correct copy of the July 16, 2010 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, with which BOC was served pursuant to Fed. R. Civ. P. 45.

41.     Attached as <u>Exhibit 38</u> is a true and correct copy of the February 23, 2011

Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in

a Civil Action, with which BOC was served pursuant to Fed. R. Civ. P. 45.


I hereby declare, under penalty of perjury, that the foregoing is true and correct.


Dated: New York, New York
        December 1, 2014

                                        _____*/s/ Robert L. Weigel*_____
                                            Robert L. Weigel

# Exhibit 1

 中国银行 纽约分行
BANK OF CHINA NEW YORK BRANCH

Home  Personal Banking  Corporate Banking  Financial Institutions  Contact Us   **BOCUSA**

Business Banking

Personal Customer

Business Customer

GWS

Financial Institutions

Correspondent Banking

Treasury Service

U.S Dollar Account Opening

U.S.D. Clearing Services

Remittance

• Introduction

• Services & Products

• FAQs

• Contact Us

Trade Service

    Other Branches

      Links

▸ Home > Financial Institutions > Remittance > FAQs

### How to conduct a USD remittance via Bank of China New York Branch?

Bank of China New York Branch (BOCNY) is a real time on-line member bank of the two major payment systems in the U.S.-
--CHIPS and FEDWIRE. With the advantage of broad network of oversea branches and global correspondent banks, BOCNY
is not only the principal U.S. dollar clearing channel of Bank of China Group worldwide, but also the No. 1 choice of U.S.
dollar wire transfers to and from China by many financial institutions, corporations and individuals.

With years of great efforts on clearing business, BOCNY has developed its own prior clearing system GPS (Global Payment
System) which process payment automatically, and formed an experienced expert team. With customers' satisfaction at the
center of everything we do, we are striving to provide you with fast and secure wire transfer solutions.

Clear and efficient instruction will avoid unnecessary delay and unexpected charges, in order payee get the funds on time, you
may refer to following notes and examples of MT103, MT202 to and from China.

### In a qualified payment order, it should include the following information:

    Field 50 the ordering customer information

    Field 53 correspondent bank for ordering institution

    Field 56 intermediary bank (here Bank of China, New York Branch)

    Field 57 beneficiary bank details (You may use BIC Code, English full name and address in case our operator handles the
    unqualified payment)

    Field 58 or 59 beneficiary information

    Inward (To China) Remittance—— MT103/CTR/SN

    Inward (To China) Remittance—— MT202/BTR/SB

    Outward (From China) Remittance—MT103/CTR/SN

    Outward (From China) Remittance—MT202/BTR/SB

### FAQs in Remittance

### Inward (To China) Remittance---- MT103/CTR/SN

If your clients open an account with Bank of China or any major banks in China, you can advise your bank (remitting
bank) to choose BOCNY as intermediary bank (SWIFT: BKCHUS33), We will transfer funds to correct bank at the very
first second. Our payment system will process qualified payments automatically, for unqualified payments; our
experienced operators will handle the payment as per the original payment order.

| Field No. | Field Name | Examples | Notes |
|---|---|---|---|
| 20 | Sender's Reference | 123456789 | |
| 23B | Bank Operation Code | CRED | |
| 32A | Val Date/Currency Amount | YYMMDD USD 1,000.00 | |
| 50K | Ordering Customer | ABC<br>123 Avenue, New York, NY<br>12345 | Remitter's name<br>location, zip code |
| 52a | Ordering Institution | XXXXUS33 | If sending bank differs<br>from ordering bank |
| 53a | Sender's Correspondent | XXXXCNXX | |
| 56A | Intermediary Institution | BKCHUS33 | If the receiver of the Swift is not Bank of China,<br>New York |
| 57a | Beneficiary's Bank | XXXXCNXX | In form of BIC Code or bank name and location |
| 59a | Beneficiary | /123456<br>BCD<br>(Or Beneficiary's Location) | Beneficiary's Acct No. and<br>Name, location details |
| 70 | Remittance Info | /INV/123456 | The use of funds |

| 71A | Details of Charges | SHA or OUR or BEN | |
| 72 | Bank to bank info. | /ACC/XXX Branch | |

**Inward (To China) Remittance---- MT202/BTR/SBMT202/BTR/SB actually includes COVER PAYMENT and payment for L/C AND COLLECTION**

In the case of COVER PAYMENT, Please quote relative MT103 Reference; in the case of payment for L/C AND COLLECTION, Please quote related reference, for many institutions of Bank of China, the reference usually start with "BP" or "OC".

| Field No. | Field Name | Examples | Notes |
|---|---|---|---|
| 20 | Sender's Reference | 123456789 | |
| 21 | Related Reference | XXXXXXXX | Actually start with BP/OC for L/C or Collection, NONREF. for Cover Payment |
| 23B | Bank Operation Code | CRED | |
| 32A | Val Date/Currency Amount | YYMMDD USD 1,000.00 | |
| 52a | Ordering Institution | XXXXUS33 | If sending bank differs from ordering bank |
| 53a | Sender's Correspondent | XXXXUS33 | |
| 56A | Intermediary Institution | BKCHUS33 | If the receiver of the Swift is not Bank of China, New York |
| 57a | ACCT with Institution | XXXXCNXX | In form of BIC Code or bank name and location |
| 58a | Beneficiary Institution | BKCHCNBJXXX | |
| 72 | Sender to Receiver info. | /ACC/XXX Branch | The presence of this field will in most cases require manual intervention. Accepted codes are: /ACC//BNF//INS//INT//PHON//PHONBEN/ /PHONIBK//REC//TELE//TELEBEN//TELEIBK/ /CLSTIME/ Codes apart from the above will be subject to charges. |

**Outward (From China) Remittance---MT103/CTR/SN**

| Field No. | Field Name | Examples | Notes |
|---|---|---|---|
| 20 | Sender's Reference | 123456789 | |
| 23B | Bank Operation Code | CRED | |
| 32A | Val Date/Currency Amount | YYMMDD USD 1,000.00 | |
| 50K | Ordering Customer | ABC X ST,X AVE. Beijing, China | Remitter's name location, zip code |
| 52a | Ordering Institution | BIC CODE | If sending bank differs from ordering bank |
| 53a | Sender's Correspondent | XXXXUS33 | |
| 56A | Intermediary Institution | BKCHUS33 | If the receiver of the Swift is not Bank of China, New York |
| 57a | Beneficiary's Bank | XXXXXXXX XXX branch | In form of BIC Code or bank name and location |
| 59a | Beneficiary | /123456 BCD (Or Beneficiary's Location) | Beneficiary's Acct No. and Name, Location details |
| 70 | Remittance Info | /INV/123456 | The use of funds |
| 71A | Details of Charges | SHA or OUR or BEN | |
| 72 | Bank to bank info. | /ACC/XXX Branch | |

**Outward (From China) Remittance---MT202/BTR/SB**

11/25/2014

Case 1:13-cv-08012-CM-DCF    Document 72-17    Filed 02/14/18    Page 14 of 34
Case 1:10-cv-04974-RJS    Document 156-1    Filed 12/01/14    Page 4 of 4

| Field No. | Field Name | Examples | Notes |
|---|---|---|---|
| 20 | Sender's Reference | 123456789 | |
| 21 | Related Reference | XXXXXXXX | L/C or Collection related Payment Cover Payment |
| 23B | Bank Operation Code | CRED | |
| 32A | Val Date/Currency Amount | YYMMDD USD 1,000.00 | |
| 52a | Ordering Institution | XXXXCNXX | If sending bank differs from ordering bank |
| 53a | Sender's Correspondent | XXXXCNXX | |
| 56A | Intermediary Institution | BKCHUS33 | If the receiver of the Swift is not Bank of China, New York |
| 57a | ACCT with Institution | XXXXXXXX XXX branch | In form of BIC Code or bank name and location |
| 58a | Beneficiary Institution | BIC CODE | |
| 72 | Sender to Receiver info. | /ACC/XXX Branch | The presence of this field will in most cases require manual intervention. Accepted codes are: /ACC//BNF//INS//INT//PHON//PHONBEN/ /PHONIBK//REC//TELE//TELEBEN//TELEIBK/ /CLSTIME/ Codes apart from the above will be subject to charges. |

Disclaimer | Privacy Policy | Terms and Conditions | Security Alert |

Member FDIC – ⌂ Equal Housing Lender

# Exhibit 2

**PAYMENT TRANSACTION**

**TRANSACTION REFERENCE:   0394500358ES**

**AMOUNTS & DATES**

| | |
|---|---|
| Amount: | **50,000.00/USD** |
| Comm Charges: | |
| Debit Value Date: | **12/24/2009** |
| Transaction Date: | **12/24/2009** |

| | |
|---|---|
| PreAdvice Charges: | |
| Credit Value Date: | **12/24/2009** |
| Original Date | **12/24/2009** |

**PARTY DATA**

**Debit Party:**          **TING XU**

ID:          ▆▆▆1394    **8823 SPECTRUM CENTER BLVD APT**

Acct:        ▆▆1394    **2113**

Code:                      **SAN DIEGO, CA 921231479**

Entity:   **01**

**Sending Bank:**
ID:
Acct:
Code:
Entity:

**Order Customer:**

**Order Bank:**

**Credit Party:**          **BANK OF CHINA HEAD OFFICE**

ID:          ▆▆▆5206    **NO 1 FUXINGMEN NEI DA JIE**

Acct:        ▆▆5206    **BEIJING CHINA 100818**

Code:   **CHINHEADBEIJI**

Entity:   **01**

**Receiving Bank:**
ID:
Acct:
Code:
Entity:

**Beneficiary Bank:**      **BANK OF CHINA BEIJING BRANCH DONGANMEN DAJIE 19 BEIJING CHINA**

**Beneficiary:**          ▆▆▆9584

**LEI XU**

**Fourth Credit Party:**

**REFERENCES**

| | | | |
|---|---|---|---|
| TRN: | **0394500358ES** | Transaction Type: | **BOOKTR** |
| Branch: | | FXAC: | |
| Payment Type: | **BT** | COVER PYMT: | |
| Instruction Type: | **DCI** | Fed IMAD: | |
| OMAD: | | | |
| Check Number: | | Transaction Status: | **80** |
| Chips SSN: | | CHIPS Receive Seq: | |
| Debit Reference: | **DCI OF 09/12/24** | Credit Reference: | **DCI OF 09/12/24** |
| Details of Payment: | | Bank To Bank: | |
| Debit St Inst.: | | Credit St Inst.: | |

**ADDITIONAL INFO**

# Exhibit 3

**PAYMENT TRANSACTION**                      **TRANSACTION REFERENCE:   1179300011ES**

**AMOUNTS & DATES**

| | | | |
|---|---|---|---|
| Amount: | **50,000.00/USD** | | |
| Comm Charges: | | PreAdvice Charges: | |
| Debit Value Date: | **1/11/2010** | Credit Value Date: | **1/11/2010** |
| Transaction Date: | **1/11/2010** | Original Date | **1/11/2010** |

**PARTY DATA**

| **Debit Party:** | **TING XU** | **Credit Party:** | **BANK OF CHINA HEAD OFFICE** |
|---|---|---|---|
| ID: ▌▌▌1394 | **8823 SPECTRUM CENTER BLVD APT** | ID: ▌▌▌5206 | **NO 1 FUXINGMEN NEI DA JIE** |
| Acct: ▌▌1394 | **2113** | Acct: ▌▌5206 | **BEIJING CHINA 100818** |
| Code: | **SAN DIEGO, CA 921231479** | Code:  **CHINHEADBEIJI** | |
| Entity:  **01** | | Entity:  **01** | |

**Sending Bank:**                                  **Receiving Bank:**
| ID: | ID: |
|---|---|
| Acct: | Acct: |
| Code: | Code: |
| Entity: | Entity: |

**Order Customer:**                              **Beneficiary Bank:**        **BANK OF CHINA
                                                                             BEIJING BRANCH
                                                                             DONGANMEN DAJIE 19
                                                                             BEIJING CHINA**

**Order Bank:**                                   **Beneficiary:**                  ▌▌▌3435
                                                                             **PEIYUAN ZHAO**

**Fourth Credit Party:**

**REFERENCES**

| | | | |
|---|---|---|---|
| TRN: | **1179300011ES** | Transaction Type: | **BOOKTR** |
| Branch: | | FXAC: | |
| Payment Type: | **BT** | COVER PYMT: | |
| Instruction Type: | **DCI** | Fed IMAD: | |
| OMAD: | | | |
| Check Number: | | Transaction Status: | **80** |
| Chips SSN: | | CHIPS Receive Seq: | |
| Debit Reference: | **DCI OF 10/01/11** | Credit Reference: | **DCI OF 10/01/11** |
| Details of Payment: | | Bank To Bank: | |
| Debit St Inst.: | | Credit St Inst.: | |

**ADDITIONAL INFO**

# Exhibit 4

**PAYMENT TRANSACTION**

**TRANSACTION REFERENCE:   0059700014ES**

**AMOUNTS & DATES**

| | | | |
|---|---|---|---|
| Amount: | **50,000.00/USD** | | |
| Comm Charges: | | PreAdvice Charges: | |
| Debit Value Date: | **1/14/2010** | Credit Value Date: | **1/14/2010** |
| Transaction Date: | **1/14/2010** | Original Date | **1/14/2010** |

**PARTY DATA**

| **Debit Party:** | **TING XU** | **Credit Party:** | **BANK OF CHINA HEAD OFFICE** |
|---|---|---|---|
| ID: ████████**1394** | **8823 SPECTRUM CENTER BLVD APT** | ID: ████████**5206** | **NO 1 FUXINGMEN NEI DA JIE** |
| Acct: ████**1394** | **2113** | Acct: ████**5206** | **BEIJING CHINA 100818** |
| Code: | **SAN DIEGO, CA 921231479** | Code:   **CHINHEADBEIJI** | |
| Entity:   **01** | | Entity:   **01** | |

| **Sending Bank:** | **Receiving Bank:** |
|---|---|
| ID: | ID: |
| Acct: | Acct: |
| Code: | Code: |
| Entity: | Entity: |

| **Order Customer:** | **Beneficiary Bank:** | **BANK OF CHINA BEIJING BRANCH DONGANMEN DAJIE 19 BEIJING CHINA** |
|---|---|---|

| **Order Bank:** | **Beneficiary:** | ████████**9538** |
|---|---|---|
| | | **XU TING** |

**Fourth Credit Party:**

**REFERENCES**

| | | | |
|---|---|---|---|
| TRN: | **0059700014ES** | Transaction Type: | **BOOKTR** |
| Branch: | | FXAC: | |
| Payment Type: | **BT** | COVER PYMT: | |
| Instruction Type: | **DCI** | Fed IMAD: | |
| OMAD: | | | |
| Check Number: | | Transaction Status: | **80** |
| Chips SSN: | | CHIPS Receive Seq: | |
| Debit Reference: | **DCI OF 10/01/14** | Credit Reference: | **DCI OF 10/01/14** |
| Details of Payment: | | Bank To Bank: | |
| Debit St Inst.: | | Credit St Inst.: | |

**ADDITIONAL INFO**

# Exhibit 5

**PAYMENT TRANSACTION**

**TRANSACTION REFERENCE:   1282500075ES**

**AMOUNTS & DATES**

| | |
|---|---|
| Amount: | **50,000.00/USD** |
| Comm Charges: | |
| Debit Value Date: | **3/16/2010** |
| Transaction Date: | **3/16/2010** |

| | |
|---|---|
| PreAdvice Charges: | |
| Credit Value Date: | **3/16/2010** |
| Original Date | **3/16/2010** |

**PARTY DATA**

**Debit Party:**     **TING XU**

ID: ▇1394     **8823 SPECTRUM CENTER BLVD APT**

Acct: ▇1394     **2113**

Code:     **SAN DIEGO, CA 921231479**

Entity: **01**

Sending Bank:
  ID:
  Acct:
  Code:
  Entity:
Order Customer:

Order Bank:

**Credit Party:**     **BANK OF CHINA HEAD OFFICE**

ID: ▇5206     **NO 1 FUXINGMEN NEI DA JIE**

Acct: ▇5206     **BEIJING CHINA 100818**

Code: **CHINHEADBEIJI**

Entity: **01**

Receiving Bank:
  ID:
  Acct:
  Code:
  Entity:
Beneficiary Bank:     **BANK OF CHINA BEIJING BRANCH DONGANMEN DAJIE 19 BEIJING CHINA**

Beneficiary:     ▇0343
**LIQUN ZHAO**

**Fourth Credit Party:**

**REFERENCES**

| | | | |
|---|---|---|---|
| TRN: | **1282500075ES** | Transaction Type: | **BOOKTR** |
| Branch: | | FXAC: | |
| Payment Type: | **BT** | COVER PYMT: | |
| Instruction Type: | **DCI** | Fed IMAD: | |
| OMAD: | | | |
| Check Number: | | Transaction Status: | **80** |
| Chips SSN: | | CHIPS Receive Seq: | |
| Debit Reference: | **DCI OF 10/03/16** | Credit Reference: | **DCI OF 10/03/16** |
| Details of Payment: | | Bank To Bank: | |
| Debit St Inst.: | | Credit St Inst.: | |

**ADDITIONAL INFO**

# Exhibit 6

PAYMENT TRANSACTION

AMOUNTS & DATES

TRANSACTION REFERENCE:   0264000078ES

| | |
|---|---|
| Amount: | **50,000.00/USD** |
| Comm Charges: | |
| Debit Value Date: | **3/19/2010** |
| Transaction Date: | **3/19/2010** |

| | |
|---|---|
| PreAdvice Charges: | |
| Credit Value Date: | **3/19/2010** |
| Original Date | **3/19/2010** |

PARTY DATA

**Debit Party:**   **TING XU**

| | | |
|---|---|---|
| ID: | ████1394 | **8823 SPECTRUM CENTER BLVD APT** |
| Acct: | ███1394 | **2113** |
| Code: | | **SAN DIEGO, CA 921231479** |

Entity:   **01**

**Sending Bank:**
ID:
Acct:
Code:
Entity:

**Order Customer:**

**Credit Party:**   **BANK OF CHINA HEAD OFFICE**

| | | |
|---|---|---|
| ID: | ████5206 | **NO 1 FUXINGMEN NEI DA JIE** |
| Acct: | ███5206 | **BEIJING CHINA 100818** |
| Code: | **CHINHEADBEIJI** | |

Entity:   **01**

**Receiving Bank:**
ID:
Acct:
Code:
Entity:

**Beneficiary Bank:**   **BANK OF CHINA BEIJING BRANCH DONGANMEN DAJIE 19 BEIJING CHINA**

**Order Bank:**

**Beneficiary:**   ██████9151
**WENYING GUO**

**Fourth Credit Party:**

REFERENCES

| | | | | |
|---|---|---|---|---|
| TRN: | **0264000078ES** | Transaction Type: | **BOOKTR** |
| Branch: | | FXAC: | |
| Payment Type: | **BT** | COVER PYMT: | |
| Instruction Type: | **DCI** | Fed IMAD: | |
| OMAD: | | | |
| Check Number: | | Transaction Status: | **80** |
| Chips SSN: | | CHIPS Receive Seq: | |
| Debit Reference: | **DCI OF 10/03/19** | Credit Reference: | **DCI OF 10/03/19** |
| Details of Payment: | | Bank To Bank: | |
| Debit St Inst.: | | Credit St Inst.: | |

ADDITIONAL INFO

# Exhibit 7

**PAYMENT TRANSACTION**                              **TRANSACTION REFERENCE:   1302300161ES**

**AMOUNTS & DATES**

| | | | |
|---|---|---|---|
| Amount: | **50,000.00/USD** | | |
| Comm Charges: | | PreAdvice Charges: | |
| Debit Value Date: | **6/10/2010** | Credit Value Date: | **6/10/2010** |
| Transaction Date: | **6/10/2010** | Original Date | **6/10/2010** |

**PARTY DATA**

| | | | |
|---|---|---|---|
| **Debit Party:** | **TING XU DBA TING XU REDTAGPARTY** | **Credit Party:** | **BANK OF CHINA HEAD OFFICE** |
| ID: ████████6310 | **8823 SPECTRUM CENTER BLVD APT 2113** | ID: ███████5206 | **NO 1 FUXINGMEN NEI DA JIE** |
| Acct: ████6310 | **SAN DIEGO, CA 921231479** | Acct: ████5206 | **BEIJING CHINA 100818** |
| Code: | | Code:  **CHINHEADBEIJI** | |
| Entity:  **01** | | Entity:  **01** | |
| **Sending Bank:** | | **Receiving Bank:** | |
| ID: | | ID: | |
| Acct: | | Acct: | |
| Code: | | Code: | |
| Entity: | | Entity: | |
| **Order Customer:** | | **Beneficiary Bank:** | **BANK OF CHINA** |
| | | | **19 DONG AN MEN STREET** |
| | | | **BEIJING CHINA** |
| **Order Bank:** | | **Beneficiary:** | ███████████2443 |
| | | | **FENGYUAN ZHAO** |
| **Fourth Credit Party:** | | | |

**REFERENCES**

| | | | |
|---|---|---|---|
| TRN: | **1302300161ES** | Transaction Type: | **BOOKTR** |
| Branch: | | FXAC: | |
| Payment Type: | **BT** | COVER PYMT: | |
| Instruction Type: | **DCI** | Fed IMAD: | |
| OMAD: | | | |
| Check Number: | | Transaction Status: | **80** |
| Chips SSN: | | CHIPS Receive Seq: | |
| Debit Reference: | **DCI OF 10/06/10** | Credit Reference: | **DCI OF 10/06/10** |
| Details of Payment: | | Bank To Bank: | |
| Debit St Inst.: | | Credit St Inst.: | |

# Exhibit 8

Related Query Results                                              Page 2 of 3

**PAYMENT TRANSACTION**                    **TRANSACTION REFERENCE:   0157600176ES**

**AMOUNTS & DATES**

| | |
|---|---|
| Amount: | **30,000.00/USD** |
| Comm Charges: | |
| Debit Value Date: | **6/25/2010** |
| Transaction Date: | **6/25/2010** |

| | |
|---|---|
| PreAdvice Charges: | |
| Credit Value Date: | **6/25/2010** |
| Original Date | **6/25/2010** |

**PARTY DATA**

**Debit Party:**        TING XU

ID: ▮▮▮▮8289        **8690 AERO DR STE 115-231**

Acct: ▮▮▮8289        **SAN DIEGO, CA 921231757**

Code:
Entity:   **01**
**Sending Bank:**
 ID:
 Acct:
 Code:
 Entity:
**Order Customer:**

**Credit Party:**        **BANK OF CHINA HEAD OFFICE**

ID: ▮▮▮▮▮5206        **NO 1 FUXINGMEN NEI DA JIE**

Acct: ▮▮▮5206        **BEIJING CHINA 100818**

Code:   **CHINHEADBEIJI**
Entity:   **01**
**Receiving Bank:**
 ID:
 Acct:
 Code:
 Entity:
**Beneficiary Bank:**        **BANK OF CHINA**
                             **19 DONG AN MEN STREET**
                             **BEIJING CHINA**

**Order Bank:**

**Beneficiary:**        ▮▮▮123-5
                        **XIN LI**

**Fourth Credit Party:**

**REFERENCES**

| | | | |
|---|---|---|---|
| TRN: | **0157600176ES** | Transaction Type: | **BOOKTR** |
| Branch: | | FXAC: | |
| Payment Type: | **BT** | COVER PYMT: | |
| Instruction Type: | **DCI** | Fed IMAD: | |
| OMAD: | | | |
| Check Number: | | Transaction Status: | **80** |
| Chips SSN: | | CHIPS Receive Seq: | |
| Debit Reference: | **DCI OF 10/06/25** | Credit Reference: | **DCI OF 10/06/25** |
| Details of Payment: | | Bank To Bank: | |
| Debit St Inst.: | | Credit St Inst.: | |

# Exhibit 9

**Funds Transfer Screen**

SENDER'S ID: ████████8289
TRAN REF#:   20090630-00000317

---

**** MESSAGE ENVELOPE ****                          (BANK: 002 )
                                    SND DATE: 09/06/30

| | | | |
|---|---|---|---|
| SRC: | VB4 | CALLER: | |
| RPT#: | | AMT: | **50,000.00 / USD** |
| TYP: | **FTR/** | FNDS: | **S** |
| DB: | **Y** | CD: | **Y** |
| COM: | **N** | CBL: | **I** |
| FED IMAD: | | FED OMAD: | |

---

DBT: ████████8289            CDT: ████████4423
                            ADV:S.W.I.F.T.
**DEBIT VAL: 09/06/30**      **CREDIT VAL: 09/06/30**
**TING XU**                  **JPMC USD INTL WIRES**
**8823 SPECTRUM CENTER**     **1301 SECOND AVE**
**BLVD APT 2113**
**SAN DIEGO CA 92123-**      **SEATTLE WA 98101**
**1479**

**SEND: /**                  **INTER BK: /**
**SNDR REF**
**NUM:3753535120835**

**ORDERING BANK: /**         **BNF BANK: S /**
                            **BKCHCNBJ110**
                            **BANK OF CHINA**
                            **BEIJING CN**

**ORIG: /**                  **BNF: /**
                            ████████9151
**TING XU**                  **GUO, WENYING**
**8823 SPECTRUM CENTER**     **BEIJING CN**
**BLVD APT 2113**
**SAN DIEGO CA**
**921231479**

**BEN TO BNK INFO: WFC/   ORIG TO BNF INFO:**

```
1   *FTR0000000217VB000141237535351000NRF    000000050000.00SFTR        002NN
2   2FTR                            BEN
3   4FTR                                                                 I
4   ORG=
5   -TING XU
6   -8823 SPECTRUM CENTER BLVD APT 2113
7   -SAN DIEGO CA 921231479
```

Case 1:13-cv-08012-CM-DCF   Document 72-17   Filed 02/14/18   Page 31 of 34
Case 1:10-cv-04974-RJS   Document 138-9   Filed 12/01/14   Page 3 of 3
Related Query Results                                                    Page 2 of 3

```
         8   SRF=3753535120835
         9   DBT=         8289
        10   BBI=WFC/
        11   IBK=S/CHASUS33
        12   BBK=S/BKCHCNBJ110
        13   -BANK OF CHINA
        14   -BEIJING  CN  |CN
        15   BNF=             9151
        16   -GUO, WENYING
        17   -BEIJING  CN  |CN


         1   ::103
         2   :20:2009063000000317
         3   :23B:CRED
         4   :32A:090630USD50000,
         5   :33B:USD50000,
         6   :50K:         8289
         7   TING XU
         8   8823 SPECTRUM CENTER BLVD APT 2113
         9   SAN DIEGO CA 921231479
        10   :57A:BKCHCNBJ110
        11   :59:             9151
        12   GUO, WENYING
        13   BEIJING  CN
        14   :71A:BEN
        15   :71F:USD0,
        16   :72:/ACC/WFC/


0001  0000   REF      REF_INDEX   30-JUN-2009 07:26:27.06
0002  0000   LIN 002  VB4_IN   SEQ:0000217  30-JUN-2009 07:26:27.05 External system reference: VB00014:
0003  0000   QUE 002  CMS_MAPQ
0004  0000   MEM 002  *SYS_MEMO   *AUTORIEVE ADR V name & address - DBT acct.        8289
0005  0000   QUE 002  SYS_MEMO   *CVD:94 DVD:94 PSD:98 SSD:99 DBD:1 CBD:1
0006  0000   MEM 002  *SYS_MEMO   30-JUN-2009 07:27:09.68 Stop_Check msg routed to EXTERNAL STOP SER'
0007  0000   MEM 002  *SYS_MEMO   *MRH/*MR/CMS/   / /$$$CMS
0008  0000   GEN      NOF_ACC_NDX   DBT         8289
0009  0000   BAL 002  *GL__INQ_CDT
0010  0000   QUE 002  *ADR_MSG_QUE   CDT/48399
0011  0000   QUE 002  FIRCO_OUTQ
0012  0000   QUE 002  FIR_PNDDLVQ
0013  0000   GEN 002  FIR1_SRF   3000000317000373
0014  0000   LIN 002  FIR1_OUT  SEQ:0000373  30-JUN-2009 07:27:11.05
0015  0000   LIN 002  FIR1_SND  SEQ:0000373  30-JUN-2009 07:27:11.05
0016  0000   LIN 002  FIR1_RCV  SEQ:0000374  30-JUN-2009 07:29:26.35
0017  0000   MEM      *SYS_MEMO   OFISRV
0018  0000   MEM      *SYS_MEMO   NO HIT
0019  0000   MEM      *SYS_MEMO   -----PDO NOT GO TO THE FRONT END.
0020  0000   QUE 002  DDA_AUTQ
0021  0000   QUE      *DST
0021  0002   QUE 002  RGW_OUTQ
0021  0003   GEN 002  RGW_SRF   3000000317000969
0021  0004   LIN 002  RGW_OUT  SEQ:0000969  30-JUN-2009 07:30:44.57
0021  0005   LIN 002  RGW_SND  SEQ:0000969  30-JUN-2009 07:30:44.57
0021  0006   LIN 002  RGW_ACK  SEQ:0000969  30-JUN-2009 07:30:58.48
0022  0000   LIN 002  AUT_PDM_01  SEQ:0000227  30-JUN-2009 07:29:27.72
0023  0000   LIN 002  AUT_POST_01  SEQ:0000227  30-JUN-2009 07:29:27.99 Dbt posted - tc: 5279|0906300|
0024  0000   QUE 002  PAYADVQ
0025  0000   OPR 002  PAYADV_LOG OPRID: $$$PAY   30-JUN-2009 07:29:28.07
0026  0000   BAL 002  *NOF_BAL Amt: 50000
0027  0000   SPB 002  SYSPRFBAL Amt: 50000
0028  0000   BAL 002  *GL Amt: 50000
0029  0000   SPB 002  SYSPRFBAL Amt: 50000
0030  0001   QUE 002  *DST
0030  0002   QUE 002  *CDT
0030  0003   QUE 002  WMSBUS66A_2Q
0030  0004   LIN 002  WMSA_F_SES  SEQ:0006296  30-JUN-2009 07:29:27.85
0030  0005   LIN 002  WMSA_F_OUT  SEQ:0178902  30-JUN-2009 07:29:27.85
0030  0006   QUE 002  WMSA_F_PNDQ   PDU:01; MT:103; DBT:CHASUS33XXXX; WIR:1
0030  0007   LIN 002  WMSA_F_SES  SEQ:0006296  30-JUN-2009 07:29:35.34 Ack MIR:090630WMSBUS66AXXX6296:
0030  0008   SWF 002  WMSA_F_SND   30-JUN-2009 07:29:35.34  090630WMSBUS66AXXX6296178902
0030  0009   GEN 002  SWF_DST_NDX   CHASUS33XXX
0030  0010   QUE 002  VB4_MSGQ
0030  0011   QUE 002  VB4_ACKPNDQ   >>>ISIACKPND0001992009063000000317VB4_OUT|*DLV|AMQ CLUV187P
```

Case 1:13-cv-08012-CM-DCF   Document 72-17   Filed 02/14/18   Page 32 of 34
Case 1:10-cv-04974-RJS   Document 138-9   Filed 12/01/14   Page 4 of 4
Related Query Results                                                                                         Page 3 of 3

```
0030  0012    QUE 002 DDA_POSTQ
0030  0013    QUE 002 RGW_OUTQ
0030  0014    GEN 002 RGW_SRF      3000000317001013
0030  0015    LIN 002 DDA_PDM_01   SEQ:0000344  30-JUN-2009 07:29:37.21
0030  0016    LIN 002 DDA_POST_01  SEQ:0000344  30-JUN-2009 07:29:37.52 Dbt posted - tc: 5279|0906300(
0030  0017    LIN 002 VB4_OUT   SEQ:0000199  30-JUN-2009 07:30:46.69
0030  0018    LIN 002 RGW_OUT   SEQ:0001013  30-JUN-2009 07:30:58.87
0030  0019    LIN 002 RGW_SND   SEQ:0001013  30-JUN-2009 07:30:58.87
0030  0020    LIN 002 RGW_ACK   SEQ:0001013  30-JUN-2009 07:31:14.61
0031  0000    MEM 002 *SYS_MEMO      Cust Format ID Changed Field 50 Name/Address
0032  0000    QUE 002 119_HDR      /STP/ = chkfor119hdr parse 119:: field
0033  0000    QUE 002 DDA_BACKEND
0034  0000    QUE 002 GL_BACKEND
0035  0001    QUE     *DST
0035  0002    QUE 002 RGW_OUTQ
0035  0003    GEN 002 RGW_SRF      3000000317000989
0035  0004    LIN 002 RGW_OUT   SEQ:0000989  30-JUN-2009 07:30:44.69
0035  0005    LIN 002 RGW_SND   SEQ:0000989  30-JUN-2009 07:30:44.69
0035  0006    LIN 002 RGW_ACK   SEQ:0000989  30-JUN-2009 07:30:58.58
```

Close

# Exhibit 10

**Funds Transfer Screen**

SENDER'S ID: ███████8289
TRAN REF#: 20090710-00000073

**** MESSAGE ENVELOPE ****                    (BANK: 002 )
                                         SND DATE: 09/07/10

| SRC: | VB4 | CALLER: | |
| RPT#: | | AMT: | **50,000.00 / USD** |
| TYP: | FTR/ | FNDS: | **S** |
| DB: | **Y** | CD: | **Y** |
| COM: | **N** | CBL: | **I** |
| FED IMAD: | | FED OMAD: | |

DBT: ███████8289          CDT: ███████4423
                         ADV:S.W.I.F.T.
**DEBIT VAL: 09/07/10**     **CREDIT VAL: 09/07/10**
**TING XU**                 **JPMC USD INTL WIRES**
**8823 SPECTRUM CENTER**    **1301 SECOND AVE**
**BLVD APT 2113**
**SAN DIEGO CA 92123-**     **SEATTLE WA 98101**
**1479**

**SEND: /**                 **INTER BK: /**

**SNDR REF**
**NUM:4288228229703**

**ORDERING BANK: /**        **BNF BANK: S /**
                            **BKCHCNBJ110**
                            **BANK OF CHINA**
                            **BEIJING CN**

**ORIG: /**                 **BNF: /**
                            ███████5923
**TING XU**                 **MING ZHAO**
**8823 SPECTRUM CENTER**    **BEIJING**
**BLVD APT 2113**
**SAN DIEGO CA**            **BEIJING CN**
**921231479**

**BEN TO BNK INFO: WFC/   ORIG TO BNF INFO:**

```
1    *FTR0000000026VB000141242882281000NRF      000000050000.00SFTR        002NN
2    2FTR                              BEN
3    4FTR                                                                   I
4    ORG=
5    -TING XU
6    -8823 SPECTRUM CENTER BLVD APT 2113
7    -SAN DIEGO CA 921231479
```