# Exhibit B-5

# The Civil Procedure Law of the People's Republic of China (2017 Revision) [Effective]

【Print】

## 中华人民共和国民事诉讼法(2017修正) [现行有效]

| | | | |
|---|---|---|---|
| **Issuing authority:** | Standing Committee of the National People's Congress | **Document Number:** | Order No. 71 of the President of the People's Republic of China |
| **Date issued:** | 06-27-2017 | **Effective date:** | 07-01-2017 |
| **Level of Authority:** | Laws | **Area of Law:** | Civil Litigation |

The Civil Procedure Law of the People's Republic of China

中华人民共和国民事诉讼法

(Adopted at the 4th Session of the Seventh National People's Congress on April 9, 1991; amended for the first time in accordance with the Decision on Amending the Civil Procedure Law of the People's Republic of China as adopted at the 30th Session of the Standing Committee of the Tenth National People's Congress on October 28, 2007; and amended for the second time in accordance with the Decision on Amending the Civil Procedure Law of the People's Republic of China as adopted at the 28th Session of the Standing Committee of the Eleventh National People's Congress on August 31, 2012; and amended for the third time in accordance with the Decision on Amending the Civil Procedure Law of the People's Republic of China and the Administrative Litigation Law of the People's Republic of China as adopted at the 28th Session of the Standing Committee of the Twelfth National People's Congress on June 27, 2017)

（1991年4月9日第七届全国人民代表大会第四次会议通过 根据2007年10月28日第十届全国人民代表大会常务委员会第三十次会议《关于修改〈中华人民共和国民事诉讼法〉的决定》第一次修正 根据2012年8月31日第十一届全国人民代表大会常务委员会第二十八次会议《关于修改〈中华人民共和国民事诉讼法〉的决定》第二次修正 根据2017年6月27日第十二届全国人民代表大会常务委员会第二十八次会议《关于修改〈中华人民共和国民事诉讼法〉和〈中华人民共和国行政诉讼法〉的决定》第三次修正）

Table of Contents

目录

Part One General Provisions

第一编　总　则

Chapter 1 Purposes, Scope of Application and Basic Principles

第一章　任务、适用范围和基本原则

Chapter 2 Jurisdiction

第二章　管　辖

Section 1 Hierarchical Jurisdiction

第一节　级别管辖

Section 2 Territorial Jurisdiction

第二节　地域管辖

Section 3 Jurisdiction Transfer and Specified Jurisdiction

第三节　移送管辖和指定管辖

Chapter 3 Trial Organization

第三章　审判组织

Chapter 4 Disqualification

第四章　回　避

Chapter 5 Primary Litigation Participants

第五章　诉讼参加人

| | |
|---|---|
| Section 1 Parties | 第一节　当事人 |
| Section 2 Litigation Representatives | 第二节　诉讼代理人 |
| Chapter 6 Evidence | 第六章　证　据 |
| Chapter 7 Periods and Service of Process | 第七章　期间、送达 |
| Section 1 Periods | 第一节　期　间 |
| Section 2 Service of Process | 第二节　送　达 |
| Chapter 8 Mediation | 第八章　调　解 |
| Chapter 9 Preservation and Advance Enforcement | 第九章　保全和先予执行 |
| Chapter 10 Compulsory Measures against Obstruction of Civil Procedures | 第十章　对妨害民事诉讼的强制措施 |
| Chapter 11 Litigation Expenses | 第十一章　诉讼费用 |
| Part Two Trial Procedure | 第二编　审判程序 |
| Chapter 12 Formal Procedure at First Instance | 第十二章　第一审普通程序 |
| Section 1 Instituting and Accepting an Action | 第一节　起诉和受理 |
| Section 2 Pretrial Preparations | 第二节　审理前的准备 |
| Section 3 Court Trial | 第三节　开庭审理 |
| Section 4 Suspension and Termination of an Action | 第四节　诉讼中止和终结 |
| Section 5 Judgments and Rulings | 第五节　判决和裁定 |
| Chapter 13 Summary Procedure | 第十三章　简易程序 |
| Chapter 14 Procedure at Second Instance | 第十四章　第二审程序 |
| Chapter 15 Special Procedures | 第十五章　特别程序 |
| Section 1 General Provisions | 第一节　一般规定 |
| Section 2 Voter Eligibility Cases | 第二节　选民资格案件 |
| Section 3 Missing Person Declaration and Death Declaration Cases | 第三节　宣告失踪、宣告死亡案件 |
| Section 4 Cases of Determining Civil Incompetency or Limited Civil Competency of Citizens | 第四节　认定公民无民事行为能力、限制民事行为能力案件 |
| Section 5 Cases of Determining Unclaimed Property | 第五节　认定财产无主案件 |
| Section 6 Cases of Confirming Mediation Agreements | 第六节　确认调解协议案件 |

Section 7 Cases of Security Interest Realization　　　　第七节　实现担保物权案件

Chapter 16 Trial Supervision Procedure　　　　第十六章　审判监督程序

Chapter 17 Procedure for Urging Debt Repayment　　　　第十七章　督促程序

Chapter 18 Procedure for Announcement to Urge Declaration of Claims　　　　第十八章　公示催告程序

Part Three Enforcement Procedure　　　　第三编　执行程序

Chapter 19 General Provisions　　　　第十九章　一般规定

Chapter 20 Application and Transfer for Enforcement　　　　第二十章　执行的申请和移送

Chapter 21 Enforcement Measures　　　　第二十一章　执行措施

Chapter 22 Suspension and Termination of Enforcement　　　　第二十二章　执行中止和终结

Part Four Special Provisions on Foreign-Related Civil Procedures　　　　第四编　涉外民事诉讼程序的特别规定

Chapter 23 General Principles　　　　第二十三章　一般原则

Chapter 24 Jurisdiction　　　　第二十四章　管　辖

Chapter 25 Service of Process and Periods　　　　第二十五章　送达、期间

Chapter 26 Arbitration　　　　第二十六章　仲　裁

Chapter 27 Judicial Assistance　　　　第二十七章　司法协助

Part One General Provisions

第一编　总　则

Chapter 1 Purposes, Scope of Application and Basic Principles

第一章　任务、适用范围和基本原则

Article 1 The Civil Procedure Law of the People's Republic of China is formulated in accordance with the Constitution and in consideration of civil trial experience and actual circumstances of civil trials in China.

第一条　中华人民共和国民事诉讼法以宪法为根据，结合我国民事审判工作的经验和实际情况制定。

Article 2 The purposes of the Civil Procedure Law of the People's Republic of China are to protect the parties' exercise of procedural rights; ensure that a people's court finds facts, distinguishes right from wrong, applies law correctly and try civil cases in a timely manner; confirm civil rights and obligations; punish violations of civil law; protect the lawful rights and interests of the parties; educate citizens on consciously abiding by law; maintain the social and economic order; and guarantee smooth socialist development.

第二条　中华人民共和国民事诉讼法的任务，是保护当事人行使诉讼权利，保证人民法院查明事实，分清是非，正确适用法律，及时审理民事案件，确认民事权利义务关系，制裁民事违法行为，保护当事人的合法权益，教育公民自觉遵守法律，维护社会秩序、经济秩序，保障社会主义建设事业顺利进行。

Article 3 The provisions of this Law shall apply to civil actions accepted by a people's court regarding property or personal relationships

第三条　人民法院受理公民之间、法人之间、其他组织之间以及他们相互

(1) statement of a party;

(2) documentary evidence;

(3) physical evidence;

(4) audio-visual recordings;

(5) electronic data;

(6) witness testimony;

(7) expert opinion; and

(8) transcripts of survey.

Evidence must be verified before being used as a basis for deciding a fact.

Article 64 A party shall have the burden to provide evidence for its claims.

A people's court shall investigate and collect evidence which a party and its litigation representative are unable to collect for some objective reasons and evidence which the people's court deems necessary for trying a case.

A people's court shall, under statutory procedures, verify evidence comprehensively and objectively.

Article 65 A party shall provide evidence for its claims in a timely manner.

A people's court shall, according to the claims of a party and the circumstances of trial of a case, determine the evidence to be provided by a party and the time limit for provision of evidence. Where it is difficult for a party to provide evidence within the time limit, the party may apply to the people's court for an extension, and the people's court may appropriately extend the time limit upon application of the party. Where a party provides any evidence beyond the time limit, the people's court shall order the party to provide an explanation; and if the party refuses to explain or the party's explanation is not acceptable, the people's court may, according to different circumstances, deem the evidence inadmissible or adopt the evidence but impose an admonition or a fine on the party.

Article 66 A people's court shall issue receipts for evidentiary materials submitted to the court by a party, indicating the name of evidence, number of pages, number of copies, original or photocopy, time of receipt, and other matters, to which the signatures or seals of the court personnel receiving the same shall be affixed.

（一）当事人的陈述；

（二）书证；

（三）物证；

（四）视听资料；

（五）电子数据；

（六）证人证言；

（七）鉴定意见；

（八）勘验笔录。

证据必须查证属实，才能作为认定事实的根据。

第六十四条　当事人对自己提出的主张，有责任提供证据。

当事人及其诉讼代理人因客观原因不能自行收集的证据，或者人民法院认为审理案件需要的证据，人民法院应当调查收集。

人民法院应当按照法定程序，全面地、客观地审查核实证据。

第六十五条　当事人对自己提出的主张应当及时提供证据。

人民法院根据当事人的主张和案件审理情况，确定当事人应当提供的证据及其期限。当事人在该期限内提供证据确有困难的，可以向人民法院申请延长期限，人民法院根据当事人的申请适当延长。当事人逾期提供证据的，人民法院应当责令其说明理由；拒不说明理由或者理由不成立的，人民法院根据不同情形可以不予采纳该证据，或者采纳该证据但予以训诫、罚款。

第六十六条　人民法院收到当事人提交的证据材料，应当出具收据，写明证据名称、页数、份数、原件或者复印件以及收到时间等，并由经办人员签名或者盖章。

means the parties and witnesses to appear in court.

知当事人、证人到庭。

Article 95 When a people's court conducts mediation, it may invite relevant entities and individuals to provide assistance. The invited entities and individuals shall assist the people's court in mediation.

第九十五条  人民法院进行调解，可以邀请有关单位和个人协助。被邀请的单位和个人，应当协助人民法院进行调解。

Article 96 A mediation agreement must be based on the free will of both sides, and the parties shall not be forced to reach a mediation agreement. The content of a mediation agreement shall not violate any legal provisions.

第九十六条  调解达成协议，必须双方自愿，不得强迫。调解协议的内容不得违反法律规定。

Article 97 When a mediation agreement is reached, the people's court shall prepare a consent judgment. A consent judgment shall state the claims, facts of the case and results of mediation.

第九十七条  调解达成协议，人民法院应当制作调解书。调解书应当写明诉讼请求、案件的事实和调解结果。

The judges and court clerk shall affix their signatures and the people's court shall affix its seal to a consent judgment, which shall be served on both sides.

调解书由审 判人员、书记员署名，加盖人民法院印章，送达双方当事人。

Once a consent judgment is signed by both sides, it shall become legally binding.

调解书经双方当事人签收后，即具有法律效力。

Article 98 A consent judgment of a people's court is not required for mediation agreements reached in the following cases:

第九十八条  下列案件调解达成协议，人民法院可以不制作调解书：

(1) Divorce cases where both parties have reconciled through mediation.

（一）调解和好的离婚案件；

(2) Adoption cases where an adoptive relationship has been maintained through mediation.

（二）调解维持收养关系的案件；

(3) Cases where performance on the spot is possible.

（三）能够即时履行的案件；

(4) Other cases where a consent judgment is not required.

（四）其他不需要制作调解书的案件。

A mediation agreement which does not require a consent judgment shall be recorded in the transcripts and become legally binding immediately after both sides and the judges and court clerk affix their signatures or seals to the transcripts.

对不需要制作调解书的协议，应当记入笔录，由双方当事人、审判人员、书记员签名或者盖章后，即具有法律效力。

Article 99 Where no mediation agreement is reached or one party retracts before a mediation agreement is served on the party, the people's court shall enter a judgment in a timely manner.

第九十九条  调解未达成协议或者调解书送达前一方反悔的，人民法院应当及时判决。

Chapter 9 Preservation and Advance Enforcement

第九章  保全和先予执行

Article 100 For a case where, for the conduct of a party or for other reasons, it may be difficult to execute a judgment or any other damage may be caused to a party, a people's court may, upon application of the

第一百条  人民法院对于可能因当事人一方的行为或者其他原因，使判决难以执行或者造成当事人其他损害的案

opposing party, issue a ruling on preservation of the party's property, order certain conduct of the party or prohibit the party from certain conduct; and if no party applies, the people's court may, when necessary, issue a ruling to take a preservative measure.

件，根据对方当事人的申请，可以裁定对其财产进行保全、责令其作出一定行为或者禁止其作出一定行为；当事人没有提出申请的，人民法院在必要时也可以裁定采取保全措施。

A people's court may order the applicant to provide security for taking a preservative measure and, if the applicant fails to provide security, shall issue a ruling to dismiss the application.

人民法院采取保全措施，可以责令申请人提供担保，申请人不提供担保的，裁定驳回申请。

After accepting an application, a people's court must, if the circumstances are urgent, issue a ruling within 48 hours; and if it rules to take a preservative measure, the measure shall be executed immediately.

人民法院接受申请后，对情况紧急的，必须在四十八小时内作出裁定；裁定采取保全措施的，应当立即开始执行。

Article 101 Where the lawful rights and interests of an interested party will be irreparable damaged if an application for preservation is not filed immediately under urgent circumstances, the interested party may, before instituting an action or applying for arbitration, apply to the people's court at the place where the property to be preserved is located or at the place of domicile of the respondent or a people's court having jurisdiction over the case for taking preservative measures. The applicant shall provide security and, if the applicant fails to provide security, the people's court shall issue a ruling to dismiss the application.

**第一百零一条**　利害关系人因情况紧急，不立即申请保全将会使其合法权益受到难以弥补的损害的，可以在提起诉讼或者申请仲裁前向被保全财产所在地、被申请人住所地或者对案件有管辖权的人民法院申请采取保全措施。申请人应当提供担保，不提供担保的，裁定驳回申请。

After accepting an application, a people's court must issue a ruling within 48 hours; and if it rules to take a preservative measure, the measure shall be executed immediately.

人民法院接受申请后，必须在四十八小时内作出裁定；裁定采取保全措施的，应当立即开始执行。

Where the applicant fails to institute an action or apply for arbitration in accordance with law within 30 days after the people's court takes a preservative measure, the people's court shall remove preservation.

申请人在人民法院采取保全措施后三十日内不依法提起诉讼或者申请仲裁的，人民法院应当解除保全。

Article 102 Preservation shall be limited to the extent specified in an application or the property in connection with the case.

**第一百零二条**　保全限于请求的范围，或者与本案有关的财物。

Article 103 Property shall be preserved by seizure, impoundment, freezing of account or any other means prescribed by law. After preserving any property, a people's court shall immediately notify the person whose property is preserved.

**第一百零三条**　财产保全采取查封、扣押、冻结或者法律规定的其他方法。人民法院保全财产后，应当立即通知被保全财产的人。

Property which has already been seized or frozen shall not be repeatedly seized or frozen.

财产已被查封、冻结的，不得重复查封、冻结。

Article 104 Where, in a property dispute case, the respondent has provided security, the people's court shall issue a ruling to remove preservation.

**第一百零四条**　财产纠纷案件，被申请人提供担保的，人民法院应当裁定解除保全。

Article 105 Where an application is erroneous, the applicant shall compensate the respondent for any loss incurred from preservation.

**第一百零五条**　申请有错误的，申请人应当赔偿被申请人因保全所遭受的

Article 238 Where a party fails to comply with a debt instrument with enforceability legally granted by a notary office, the opposing party may apply to the people's court having jurisdiction for enforcement, and the people's court accepting the application shall conduct enforcement.

If the notarized debt instrument is erroneous, the people's court shall issue a ruling not to enforce the debt instrument and serve a written ruling on both sides and the notary office.

Article 239 The period for applying for enforcement shall be two years. The suspension or interruption of the time limitation for applying for enforcement shall be governed by legal provisions regarding the suspension or interruption of the time limitations for instituting an action.

The period in the preceding paragraph shall begin from the last day of the performance period specified in a legal instrument; begin from the last day of each specified performance period if a legal instrument requires performance in installments; or begin from the effective date of a legal instrument if the legal instrument does not specify a period of performance.

Article 240 Enforcement personnel receiving a written application for enforcement or a letter of transfer for enforcement shall issue a notice of enforcement to the party against whom enforcement is sought and may immediately take enforcement measures.

Chapter 21 Enforcement Measures

Article 241 Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument as required by a notice of enforcement, the party shall report its current property status and its property status for one year before receiving the enforcement notice. If the party refuses to report or submits a false report, the people's court may, according to the severity of the circumstances, impose a fine or detention on the party which is a natural person or her or her legal representative or the primary person in charge or directly liable persons of the relevant entity.

Article 242 Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument as required by a notice of enforcement, the people's court shall have the right to inquire the relevant entities about the deposits, bonds, stocks, fund shares and other property of the party against whom enforcement is sought. The people's court shall have the right to seize, freeze, transfer or sell the property of the party against whom enforcement is sought according to different circumstances. The aforesaid property inquiry and seizure,

第二百三十八条  对公证机关依法赋予强制执行效力的债权文书，一方当事人不履行的，对方当事人可以向有管辖权的人民法院申请执行，受申请的人民法院应当执行。

公证债权文书确有错误的，人民法院裁定不予执行，并将裁定书送达双方当事人和公证机关。

第二百三十九条  申请执行的期间为二年。申请执行时效的中止、中断，适用法律有关诉讼时效中止、中断的规定。

前款规定的期间，从法律文书规定履行期间的最后一日起计算；法律文书规定分期履行的，从规定的每次履行期间的最后一日起计算；法律文书未规定履行期间的，从法律文书生效之日起计算。

第二百四十条  执行员接到申请执行书或者移交执行书，应当向被执行人发出执行通知，并可以立即采取强制执行措施。

第二十一章   执行措施

第二百四十一条  被执行人未按执行通知履行法律文书确定的义务，应当报告当前以及收到执行通知之日前一年的财产情况。被执行人拒绝报告或者虚假报告的，人民法院可以根据情节轻重对被执行人或者其法定代理人、有关单位的主要负责人或者直接责任人员予以罚款、拘留。

第二百四十二条  被执行人未按执行通知履行法律文书确定的义务，人民法院有权向有关单位查询被执行人的存款、债券、股票、基金份额等财产情况。人民法院有权根据不同情形扣押、冻结、划拨、变价被执行人的财产。人民法院查询、扣押、冻结、划拨、变价

freezing, transfer and sale by the people's court shall not exceed the extent of obligations that the party against enforcement is sought shall perform.

财产不得超出被执行人应当履行义务的范围。

The people's court shall issue a ruling on seizure, freezing, transfer or sale of property, as well as a notice of enforcement assistance, and the relevant entities must assist.

人民法院决定扣押、冻结、划拨、变价财产，应当作出裁定，并发出协助执行通知书，有关单位必须办理。

Article 243 Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument as required by a notice of enforcement, the people's court shall have the right to withhold or withdraw a portion of the party's income corresponding to the party's obligations to be performed. However, the people's court shall ensure that necessary living expenses for the party and his or her dependent family members are retained by the party.

第二百四十三条 被执行人未按执行通知履行法律文书确定的义务，人民法院有权扣留、提取被执行人应当履行义务部分的收入。但应当保留被执行人及其所扶养家属的生活必需费用。

The people's court shall issue a ruling on withholding or withdrawing income, as well as a notice of enforcement assistance, and the entity employing the party, banks, credit unions and other entities engaged in savings must assist.

人民法院扣留、提取收入时，应当作出裁定，并发出协助执行通知书，被执行人所在单位、银行、信用合作社和其他有储蓄业务的单位必须办理。

Article 244 Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument as required by a notice of enforcement, the people's court shall have the right to seize, impound, freeze, auction or sell a portion of the party's property corresponding to the party's obligations to be performed. However, the people's court shall ensure that necessities of life for the party and his or her dependent family members are retained by the party.

第二百四十四条 被执行人未按执行通知履行法律文书确定的义务，人民法院有权查封、扣押、冻结、拍卖、变卖被执行人应当履行义务部分的财产。但应当保留被执行人及其所扶养家属的生活必需品。

The people's court shall issue a ruling to take a measure in the preceding paragraph.

采取前款措施，人民法院应当作出裁定。

Article 245 When a people's court seizes or impounds any property, if the party against whom enforcement is sought is a citizen, the people's court shall notify the party or his or her adult family members to appear on the site; or if the party against whom enforcement is sought is a legal person or any other organization, the people's court shall notify its legal representative or primary person in charge to appear on the site. Their refusals to appear on the site shall not affect the enforcement. If the party against whom enforcement is sought is a citizen, the entity employing the citizen or the grassroots organizations at the place where the property is located shall send personnel to the site.

第二百四十五条 人民法院查封、扣押财产时，被执行人是公民的，应当通知被执行人或者他的成年家属到场；被执行人是法人或者其他组织的，应当通知其法定代表人或者主要负责人到场。拒不到场的，不影响执行。被执行人是公民的，其工作单位或者财产所在地的基层组织应当派人参加。

The enforcement personnel must prepare an inventory of the seized or impounded property, to which the persons on the site shall affix their signatures or seals, and a copy of the inventory shall be provided to the party against whom enforcement is sought. If the party against whom enforcement is sought is a citizen, a copy of the inventory may also be provided to his or her adult family members.

对被查封、扣押的财产，执行员必须造具清单，由在场人签名或者盖章后，交被执行人一份。被执行人是公民的，也可以交他的成年家属一份。

Civil Procedure Law of the People's Republic of China (2012 Revision)

international arbitral institution of the People's Republic of China shall submit the party's application to the intermediate people's court at the place of domicile of the respondent or at the place where the respondent's property is located.

Article 273 Where an international arbitral institution of the People's Republic of China has rendered an award for a dispute, the parties shall not institute an action in a people court for the dispute. If a party fails to comply with the arbitration award, the opposing party may apply for enforcement of the award to the intermediate people's court at the place of domicile of the respondent or at the place where the respondent's property is located.

Article 274 Where the respondent adduces evidence that an arbitration award of an international arbitral institution of the People's Republic of China falls under any of the following circumstances, a people's court shall, upon examination and verification by a collegial bench, issue a ruling not to enforce the award:

(1) The contract between the parties does not include an arbitration clause or the parties have not reached any written arbitration agreement after a dispute arose.

(2) The respondent is not notified to appoint an arbitrator or of the conduct of arbitration procedure or fails to present its case, which is not attributable to the fault of the respondent.

(3) The composition of the arbitration tribunal or the arbitration procedure is not in conformity with arbitration rules.

(4) The matters arbitrated are outside the scope of an arbitration agreement or the arbitral institution has no arbitration power.

If a people's court holds that the enforcement of an arbitration award is contrary to the public interest, the people's court shall issue a ruling not to enforce the award.

Article 275 Where an arbitration award is not enforced according to a ruling of a people's court, the parties may, according to a written arbitration agreement reached by them, apply again for arbitration or institute an action in a people's court.

Chapter 27 Judicial Assistance

Article 276 In accordance with an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity, a people's court and a foreign court may request each other

保全的，中华人民共和国的涉外仲裁机构应当将当事人的申请，提交被申请人住所地或者财产所在地的中级人民法院裁定。

第二百七十三条 经中华人民共和国涉外仲裁机构裁决的，当事人不得向人民法院起诉。一方当事人不履行仲裁裁决的，对方当事人可以向被申请人住所地或者财产所在地的中级人民法院申请执行。

第二百七十四条 对中华人民共和国涉外仲裁机构作出的裁决，被申请人提出证据证明仲裁裁决有下列情形之一的，经人民法院组成合议庭审查核实，裁定不予执行：

（一）当事人在合同中没有订有仲裁条款或者事后没有达成书面仲裁协议的；

（二）被申请人没有得到指定仲裁员或者进行仲裁程序的通知，或者由于其他不属于被申请人负责的原因未能陈述意见的；

（三）仲裁庭的组成或者仲裁的程序与仲裁规则不符的；

（四）裁决的事项不属于仲裁协议的范围或者仲裁机构无权仲裁的。

人民法院认定执行该裁决违背社会公共利益的，裁定不予执行。

第二百七十五条 仲裁裁决被人民法院裁定不予执行的，当事人可以根据双方达成的书面仲裁协议重新申请仲裁，也可以向人民法院起诉。

第二十七章 司法协助

第二百七十六条 根据中华人民共和国缔结或者参加的国际条约，或者按照互惠原则，人民法院和外国法院可以

to provide judicial assistance in service of process, investigation and collection of evidence and other litigation activities.

相互请求，代为送达文书、调查取证以及进行其他诉讼行为。

If any matter requested by a foreign court for assistance is detrimental to the sovereignty, security or public interest of the People's Republic of China, the people's court shall not grant the request.

外国法院请求协助的事项有损于中华人民共和国的主权、安全或者社会公共利益的，人民法院不予执行。

Article 277 Judicial assistance shall be requested and provided through the channels prescribed in an international treaty concluded or acceded to by the People's Republic of China; or in the absence of such a treaty, shall be requested and provided through diplomatic channels.

第二百七十七条 请求和提供司法协助，应当依照中华人民共和国缔结或者参加的国际条约所规定的途径进行；没有条约关系的，通过外交途径进行。

A foreign embassy or consulate to the People's Republic of China may serve process on and investigate and collect evidence from its citizens but shall not violate the laws of the People's Republic of China and shall not take compulsory measures.

外国驻中华人民共和国的使领馆可以向该国公民送达文书和调查取证，但不得违反中华人民共和国的法律，并不得采取强制措施。

Except for the circumstances in the preceding paragraph, no foreign authority or individual shall, without permission from the competent authorities of the People's Republic of China, serve process or conduct investigation and collection of evidence within the territory of the People's Republic of China.

除前款规定的情况外，未经中华人民共和国主管机关准许，任何外国机关或者个人不得在中华人民共和国领域内送达文书、调查取证。

Article 278 The written request of a foreign court for the provision of judicial assistance by a people's court and the annexes thereto shall be accompanied with Chinese versions or versions in other languages specified in the relevant international treaty.

第二百七十八条 外国法院请求人民法院提供司法协助的请求书及其所附文件，应当附有中文译本或者国际条约规定的其他文字文本。

A letter of request and its annexes submitted to a foreign court by a people's court for judicial assistance shall also be appended with the translations in the language of the country or the texts in the language specified in the relevant international treaty.

人民法院请求外国法院提供司法协助的请求书及其所附文件，应当附有该国文字译本或者国际条约规定的其他文字文本。

Article 279 The people's courts shall provide judicial assistance under the procedures prescribed by the laws of the People's Republic of China. If a foreign court requests that judicial assistance be provided in a special manner, it may be provided in the special manner requested, but the special manner requested shall not violate the laws of the People's Republic of China.

第二百七十九条 人民法院提供司法协助，依照中华人民共和国法律规定的程序进行。外国法院请求采用特殊方式的，也可以按照其请求的特殊方式进行，但请求采用的特殊方式不得违反中华人民共和国法律。

Article 280 Where a party applies for enforcement of an effective judgment or ruling of a people's court, if the party against whom enforcement is sought or the property thereof is not within the territory of the People's Republic of China, the applicant may apply directly to the foreign court having jurisdiction for recognition and enforcement or apply to a people's court for the people's court to request recognition and enforcement by the foreign court in accordance with the provisions of an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity.

第二百八十条 人民法院作出的发生法律效力的判决、裁定，如果被执行人或者其财产不在中华人民共和国领域内，当事人请求执行的，可以由当事人直接向有管辖权的外国法院申请承认和执行，也可以由人民法院依照中华人民共和国缔结或者参加的国际条约的规定，或者按照互惠原则，请求外国法院承认和执行。