# Exhibit B-11

2/5/2018 Joint Notice of the Supreme People's Court and the People's Bank of China (PBC) on the People's Court's Inquiry and the PBC's Assistance in S…

Case 1:13-cv-08012-CM-DCF Document 73-12 Filed 02/14/18 Page 2 of 4

# Joint Notice of the Supreme People's Court and the People's Bank of China (PBC) on the People's Court's Inquiry and the PBC's Assistance in Such Inquiry about the Bank Name of the RMB Bank Settlement Account of a Judgment Debtor [Effective]

最高人民法院、中国人民银行关于人民法院查询和人民银行协助查询被执行人人民币银行结算账户开户银行名称的联合通知 [现行有效]

【Print】

| | | | |
|---|---|---|---|
| **Issuing authority:** | Supreme People's Court,People's Bank of China | **Document Number:** | No. 27 [2010] of the Supreme People's Court |
| **Date issued:** | 07-14-2010 | **Effective date:** | 07-14-2010 |
| **Level of Authority:** | Documents of Judicial Interpretation Nature | **Area of Law:** | Banking & Finance,Banking & Finance |

Joint Notice of the Supreme People's Court and the People's Bank of China (PBC) on the People's Court's Inquiry and the PBC's Assistance in Such Inquiry about the Bank Name of the RMB Bank Settlement Account of a Judgment Debtor
(No. 27 [2010] of the Supreme People's Court, July 14, 2010)
The higher people's courts of all provinces, autonomous regions and municipalities directly under the Central Government; the Military Court of the People's Liberation Army; the Xinjiang Production and Construction Corps Branch of the Higher People's Court of Xinjiang Uigur Autonomous Region; Shanghai Headquarters of the PBC; all branches and business management departments of the PBC; all central sub-branches of the PBC in provincial capital cities (capital cities of autonomous regions); and Central Sub-branch of the PBC in Shenzhen :
To protect the legitimate rights and interests of creditors and maintain the judicial authority of the state, in accordance with the Civil Procedure Law of the People's Republic of China, the Law of the People's Republic of China on the People's Bank of China and other laws, we hereby notify you of the following matters concerning the people's court's inquiry about the bank name of the bank settlement account of a judgment debtor through the RMB Bank Settlement Account Management System:

I. The parties under inquiry by the people's courts shall be limited to the debtors determined in effective legal documents, including juridical persons, other organizations and natural persons.

II. If a people's court needs to inquire about the bank name of the bank settlement account of a judgment debtor, the Shanghai Headquarters of the PBC, as well as the branch or business management department of the PBC in a province (autonomous region or

最高人民法院、中国人民银行关于人民法院查询和人民银行协助查询被执行人人民币银行结算账户开户银行名称的联合通知
（法发[2010]27号）

各省、自治区、直辖市高级人民法院，解放军军事法院，新疆维吾尔自治区高级人民法院生产建设兵团分院，中国人民银行上海总部，各分行、营业管理部、省会（首府）城市中心支行，深圳市中心支行：
为维护债权人合法权益和国家司法权威，根据《中华人民共和国民事诉讼法》、《中华人民共和国中国人民银行》等法律，现就人民法院通过人民币银行结算账户管理系统查询被执行人银行结算账户开户银行名称的有关事项通知如下：

　　一、人民法院查询对象限于生效法律文书所确定的被执行人，包括法人、其他组织和自然人。

　　二、人民法院需要查询被执行人银行结算账户开户银行名称的，人民银行上海总部，被执行人注册地（身份证发证机关所在地）所在省（自治区、直辖

2/5/2018 Joint Notice of the Supreme People's Court and the People's Bank of China (PBC) on the People's Court's Inquiry and the PBC's Assistance in S…

Case 1:13-cv-08012-CM-DCF   Document 73-12   Filed 02/14/18   Page 3 of 4

| | |
|---|---|
| municipality directly under the Central Government), central sub-branch of the PBC in a provincial capital city (capital city of an autonomous region) or Central Sub-branch of the PBC in Shenzhen where the judgment debtor is registered (or where the organ issuing the identity certificate is located), shall allow the inquiry. | 市)人民银行各分行、营业管理部、省会(首府)城市中心支行及深圳市中心支行应当予以查询。 |
| III. For inquiries of the people's courts about the bank names of the settlement accounts of judgment debtors, the higher people's court in the province (autonomous region or municipality directly under the Central Government) (including the Intermediate People's Court of Shenzhen City) where the judgment debtor is registered (or where the organ issuing the identity certificate is located) shall exclusively gather such inquiries to handle them in batch. | 三、人民法院查询被执行人结算账户开户银行名称的,由被执行人注册地(身份证发证机关所在地)所在省(自治区、直辖市)高级人民法院(另含深圳市中级人民法院)统一集中批量办理。 |
| IV. After examining and organizing the relevant inquiry applications, a higher people's court (including the Intermediate People's Court of Shenzhen City) shall fill out a Notice of Inquiry Assistance (See Annex 1) with the names (identity certificate numbers) and places of registration (places of the organ issuing the identity certificate) of the judgment debtors under inquiry, enforcement court and enforcement case number, affix the official seal of the higher people's court (including the Intermediate People's Court of Shenzhen City), and assign a special person to submit the Notice of Inquiry Assistance (with the electronic text of the Notice of Inquiry Assistance in a compact disc being attached thereto) to the aforesaid local PBC institution on each Monday morning (postponed to the next day if it falls on a holiday). | 四、高级人民法院(另含深圳市中级人民法院)审核汇总有关查询申请后,应当就协助查询被执行人名称(姓名、身份证号码)、注册地(身份证发证机关所在地)、执行法院、执行案号等事项填写《协助查询书》,加盖高级人民法院(另含深圳市中级人民法院)公章后于每周一上午(节假日顺延)安排专人向所在地人民银行上述机构送交《协助查询书》(并附协助查询书的电子版光盘)。 |
| V. After receiving the Notice of Inquiry Assistance from a higher people's court (including the Intermediate People's Court of Shenzhen City), the aforesaid PBC institution shall verify whether the Notice of Inquiry Assistance contains all the required elements. If no error is found in the verification, it shall, within 5 workdays, search the bank names of the bank settlement accounts of the judgment debtors in the RMB Bank Settlement Account Management System, truthfully fill out a Reply on Inquiry Assistance according to the search results (See Annex 2), and affix the official seal of the PBC or the special seal for inquiry assistance. If some required element is missing in the Notice of Inquiry Assistance upon verification, the aforesaid PBC institution shall disallow the inquiry and notify the relevant people's court in a timely manner. | 五、人民银行上述机构街道高级人民法院(另含深圳市中级人民法院)送达的《协助查询书》后,应当核查《协助查询书》的要素是否完备。经核查无误后,在5个工作日内通过人民币银行结算账户管理系统查询被执行人的银行结算账户开户行名称,根据查询结果如实填写《协助查询答复书》,并加盖人民银行公章或协助查询专用章。经核查《协助查询书》要素不完备的,人民银行上述机构不予查询,并及时通知相关人民法院。 |
| VI. Information on the bank names of the RMB bank settlement accounts of the judgment debtors is submitted by banking financial institutions to the PBC, and the PBC only gathers such information as submitted by banking financial institutions and is not responsible for examining the authenticity and accuracy of such information. | 六、被执行人的人民币银行结算账户开户银行名称由银行业金融机构向人民银行报备,人民银行只对银行业金融机构报备的被执行人的人民币银行结算账户开户银行名称进行汇总,不负责审查真实性和准确性。 |
| VII. The people's court shall legally use the information on the bank name of the bank settlement account of a judgment debtor provided by | 七、人民法院应当依法使用人民银行上述机构提供的被执行人银行结算账 |

2/5/2018 Joint Notice of the Supreme People's Court and the People's Bank of China (PBC) on the People's Court's Inquiry and the PBC's Assistance in S…

Case 1:13-cv-08012-CM-DCF Document 73-12 Filed 02/14/18 Page 4 of 4

| | |
|---|---|
| the aforesaid PBC institution, and keep it confidential for the party concerned. The aforesaid PBC institution and the staff members thereof shall keep confidential the inquiry password during the inquiry assistance, and shall not divulge any information related to the inquiry to the parties to the inquiry and their affiliates. | 户开户银行名称信息，为当事人保守秘密。<br>人民银行上述机构以及工作人员在协助查询过程中应当保守查询密码，不得向查询当事人及其关联人泄漏与查询有关的信息。 |
| VIII. Any action brought against the aforesaid PBC institution for its provision of assistance for the people's court in inquiring about the bank name of the bank settlement account of a judgment debtor according to this Notice shall be rejected by the people's court. | 八、人民银行上述机构因按本通知协助人民法院查询被执行人银行结算账户开户银行名称而被起诉的，人民法院应不予受理。 |
| IX. The people's court shall not take compulsory measures against the aforesaid PBC institution and the staff thereof for implementing this Notice or performing official duties according to law. If any dispute arises, the higher people's court (including the Intermediate People's Court of Shenzhen City) and the aforesaid PBC institution shall resolve the dispute through consultation. If the consultation fails, they shall report the dispute to the Supreme People's Court and the PBC in a timely manner for handling. | 九、人民法院对人民银行上述机构及工作人员执行本通知规定，或依法执行公务的行为，不应采取强制措施。如发生争议，高级人民法院（另含深圳市中级人民法院）与人民银行上述机构应当协商解决；协商不成的，应及时报请最高人民法院和中国人民银行处理。 |
| X. This Notice shall be officially implemented on the date of issuance, and the originally issued Notice of the Supreme People's Court and the People's Bank of China on the People's Court's Inquiry about the Bank Name of the RMB Bank Settlement Account of a Juridical Person Enforcee during the Period of National Clear-up of Long-pending Enforcement Cases (No. 5 [2009] of the Supreme People's Court) shall be abolished simultaneously. | 十、本通知自下发之日起正式实施，原下发的最高人民法院、中国人民银行《关于在全国清理执行积案期间人民法院查询法人被执行人人民币银行结算账户开户银行名称的通知》（法发[2009]5号）同时废止。<br>2010年7月14日 |

©Copyright Chinalawinfo Co., Ltd

database@chinalawinfo.com