# Exhibit B-18



访问人民银行主站

| 首　页 | 工作动态 | 金融数据 | 政务公开 | 区域金融 | 金融知识 | 办事指南 | 热点专题 | 公告信息 | 搜索 | 高级搜索 |

2018年2月7日 星期三　　|　　我的位置：成都分行 > 政务公开 > 行政执法 > 行政处罚



政务公开

政务公开目录　政务公开指南

机构与职责
▶ 分支机构简介
▶ 机构职责

法规政策
▶ 分支机构制定的规范性文件

行政执法
▶ 行政执法规定
▶ 行政审批
▶ 行政处罚

业务信息
▶ 金融信息
▶ 金融统计

政务公开信息
▶ 政务公开机构
▶ 政务公开规定
▶ 政务公开年度报告

其他
▶ 公告

人民银行资阳中支2017年11月行政处罚信息公示表

行政处罚信息公示表-2017遂宁银行 .pdf



法律声明 ｜ 联系我们 ｜ 设为首页 ｜ 加入收藏
地址：成都市二环路南二段十五号　邮政编码：610041　电话：028-85214789 传真：028-85223556
最佳分辨率：1024*768　京ICP备05073439号

附表 2

# 行政处罚信息公示表

制作单位：中国人民银行资阳市中心支行　　　　　　　　　　　　　　　报送时间：2017.11.23

| 序号 | 行政相对人名称 | 行政处罚决定书文号 | 违法行为类型 | 行政处罚内容 | 作出行政处罚决定机关名称 | 作出行政处罚决定日期 | 备注 |
|---|---|---|---|---|---|---|---|
| 1 | 遂宁银行股份有限公司资阳分行 | 资人银罚字〔2017〕3号 | 1.未按照规定履行客户身份识别义务；2.未经同意查询个人信息；3.虚报、瞒报金融统计资料。 | 1.对单位给予警告，并处罚款人民币叁拾壹万元；2.对"未按照规定履行客户身份识别义务"的违法行为直接负责任的高级管理人员黄勇处罚款人民币壹万元。 | 中国人民银行资阳市中心支行 | 2017.11.20 | |

单位（科室）负责人：何新貌　　　　　法律事务审核：谢培蓉　　　　　制表：刘宗杰