# Exhibit B-23

当前位置：首页 > 政务公开 > 银监分局行政处罚

发布时间：2017-03-10　文章来源：四川　文章类型：原创

## 南充银监分局行政处罚信息公开表

（南充市商业银行股份有限公司清溪支行）

| 行政处罚决定书文号 | | 南银监罚 [2017] 8号 |
|---|---|---|
| 被处罚当事人姓名或名称 | 个人姓名 | □ |
| | 单位 名称 | 南充市商业银行股份有限公司清溪支行 |
| | 单位 法定代表人（主要负责人）姓名 | 陈镜如 |
| 主要违法违规事实（案由） | | 违法扣划、冻结客户存款账户资金。 |
| 行政处罚依据 | | 《中华人民共和国商业银行法》第七十三条、《中华人民共和国行政处罚法》第二十七条。 |
| 行政处罚决定 | | 罚款人民币六万元 |
| 作出处罚决定的机关名称 | | 南充银监分局 |
| 作出处罚决定的日期 | | 2017年2月22日 |

版权与免责声明 ⚠

1. 凡本站及其子站注明"文章类型：原创"的所有作品，其版权属于中国银监会网站及其子站所有。其他媒体、网站或个人转载使用时必须注明："文章来源：中国银监会网站"。
2. 凡本站及其子站注明"文章类型：转载"、"文章类型：编译"、"文章类型：摘编"的所有作品，均转载、编译或摘编自其他媒体，转载、编译或摘编的目的在于传递更多信息，并不代表本站及其子站赞同其观点和对其真实性负责。其他媒体、网站或个人转载使用时必须注明文章来源，并自负法律责任。

日期：2018-2-7 星期三　　　　　　　　　　　　版权所有 中国银行业监督管理委员会ICP备05072642号
访问量：42786495 次　　　　　　　　　　　　　当前页访问量： 8204 次