UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                                                            :

NIKE, INC. and CONVERSE INC.,            :

               Plaintiffs,                :

      -against-                             :      No. 2013 Civ. 8012

MARIA WU d/b/a                         :      ORAL ARGUMENT REQUESTED
WWW.SHOECAPSXYZ.COM, et al.,     :

               Defendants.            :
----------------------------------------------------------x

**NOTICE OF CROSS MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM NON-PARTY CHINESE BANKS**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the supporting Declaration of Robert L. Weigel and the exhibits attached thereto; the Declaration of Alexandra Grossbaum and the exhibits attached thereto; the Declaration of Lauren Nagin and the exhibits attached thereto; and the Declaration of Donald Clarke and the exhibits attached thereto, assignee Next Investments, LLC ("Next"), by and through its undersigned counsel, will move this Court, before the Honorable Colleen McMahon, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, at a time and date to be determined by the Court for an order (1) compelling the production of documents from non-parties Agricultural Bank of China, Bank of China, Bank of Communications, China Construction Bank, China Merchants Bank and Industrial and Commercial Bank of China pursuant to the subpoenas served on them by Next on November 30, 2017 and (2) granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Next respectfully request that oral argument be heard on this motion pursuant to Local Rule 6.1

Dated: New York, New York
March 16, 2018

GIBSON, DUNN & CRUTCHER LLP

By: _____
Robert Weigel
Howard S. Hogan
Lauren M.L. Nagin
Alexandra Leigh Grossbaum

200 Park Avenue
New York, NY  10166-0193
Telephone:  212.351.4000
Fax:  212.351.4035
RWeigel@gibsondunn.com
HHogan@gibsondunn.com
LNagin@gibsondunn.com
AGrossbaum@gibsondunn.com

Attorneys for NEXT INVESTMENTS, LLC