# EXHIBIT 7

中 华 人 民 共 和 国 司 法 部
## Ministry of Justice, People's Republic of China
No. 6, Chaoyangmen Nandajie, Chaoyang District, Beijing 100020, China
Tel: +86 10 6515 3015   Fax: +86 10 6515 3065

The District Court of the South District of New York
500 Pearl Street
New York, New York 10007
USA



Beijng March 12, 2012
Your Ref: No. 2011 Civ.4976(NRB)
Our Ref: 2013-SXH-40

Re: Taking Evidence for Tiffany Case

The International Legal Cooperation Center of the Ministry of Justice of the People's Republic of China presents its compliments to the District Court of the South District of New York of the United States and has the honor to reply your request of No. 2011 Civ.4976(NRB) as follows:

According to the Chinese declaration on Article 23 of the Hague Evidence Convention, for the Letters of Request issued for the purpose of obtaining pre-trial discovery of documents, only the request for obtaining discovery of the documents clearly enumerated in the Letters of Request and of direct and close connection with the subject matter of the litigation will be executed. Therefore, the request has been partly executed by the Chinese competent authority. The relevant documents including bank statements are annexed to this letter.

The International Legal Cooperation Center of the Ministry of Justice of the People's Republic of China avails itself of this opportunity to renew to the District Court of the South District of New York of the United States of the assurance of its highest consideration.

The International Legal Cooperation Center
Ministry of Justice of the People's Republic of China

Contact: Wang chao (Mr.)
Tel:86 10 6515 3163   Fax: 86 10 6515 3144
Email: superwang_chao@hotmail.com