# EXHIBIT 2

Skip to Content

NY.gov Portal State Agency Listing

- NYCRR
- NYS Laws
- Search all of NY.gov

Translate | Disclaimer

Search DFS | Search

| Home | About Us | Consumers | Banking Industry | Insurance Industry | Legal | REPORTS & PUBLICATIONS |

Exam Reports   CRA Exam Ratings   Fraud Reports   Weekly Bulletin   Comment Letters   DFS Annual Reports

## New York State Chartered Institutions as of December 31, 2012

| Name | Street Address | City/State/Zip | Domestic Offices | Charter Date |
|---|---|---|---|---|
| **Commercial Banks** | | | | |
| Adirondack Bank | 185 Genesee Street | Utica, NY 13501 | 18 | December 30, 2003 |
| Alden State Bank | 13216 Broadway | Alden, NY 14004 | 2 | September 30, 1916 |
| Alma Bank | 28-31 31st Street | Astoria, NY 11102 | 13 | September 12, 2007 |
| Alpine Capital Bank | 680 Fifth Avenue | New York, NY 10019 | 1 | February 29, 2000 |
| Amerasia Bank | 41-04/41-06 Main Street | Flushing, NY 11355 | 2 | February 16, 1988 |
| American Community Bank | 300 Glen Street | Glen Cove, NY 11542 | 4 | October 20, 1999 |
| Bank of Akron | 46 Main Street | Akron, NY 14001 | 6 | December 31, 1919 |
| Bank of Cattaraugus | 24 Main Street | Cattaraugus, NY 14719 | 1 | March 30, 1892 |
| Bank of Holland | 12 South Main Street | Holland, NY 14080 | 2 | October 21, 1893 |
| Bank Leumi USA | 579 Fifth Avenue | New York, NY 10017 | 14 | July 15, 1968 |
| Berkshire Bank Municipal Bank | 41 State Street | Albany, NY 12207 | 1 | August 29, 2005 |
| BPD Bank | 90 Broad Street | New York, NY 10004 | 1 | January 24, 1986 |
| Catskill Hudson Bank | 4438 Route 42 North | Thompson, NY 12701 | 12 | July 27, 1993 |
| Cattaraugus County Bank | 116-120 Main Street | Little Valley, NY 14755 | 8 | January 2, 1902 |
| Citizens Bank of Cape Vincent | P.O. Box 277, 154 Broadway | Cape Vincent, NY 13618 | 3 | September 11, 1919 |
| Country Bank | 200 East 42nd Street | New York, NY 10017 | 6 | April 20, 1988 |
| Emigrant Mercantile Bank | 6 East 43rd Street | New York, NY 10017 | 1 | July 9, 2004 |
| Empire State Bank | 68 North Plank Road | Newburgh, NY 12550 | 3 | March 9, 2009 |
| First American International Bank | 5503 8th Avenue | Brooklyn, NY 11220 | 9 | October 15, 1999 |
| Flushing Commercial Bank | 144-51 Northern Boulevard | Flushing, NY 11354 | 11 | May 1, 2007 |
| Genesee Regional Bank | 3380 Monroe Avenue | Pittsford, NY 14618 | 4 | August 8, 1985 |
| Global Bank | 30 East Broadway | New York, NY 10002 | 1 | February 28, 2007 |
| Gold Coast Bank | 2929 Expressway Drive North | Islandia, NY 11749 | 5 | February 28, 2008 |
| Greene County Commercial Bank | 425 Main Street | Catskill, NY 12414 | 1 | May 20, 2004 |
| Hanover Community Bank | 2131 Jericho Turnpike | Garden City Park, NY 11040 | 1 | November 4, 2008 |
| Interaudi Bank | 19 East 54th Street | New York, NY 10022 | 2 | June 6, 1983 |
| Jeff Bank | 4864 State Route 52 | Jeffersonville, NY 12748 | 11 | December 21, 2012 |
| New York Commercial Bank | One Suffolk Square | Islandia, NY 11749 | 39 | November 13, 1989 |
| Newbank | 146-01 Northern Boulevard | Flushing, NY 11354 | 3 | August 17, 2006 |
| Pathfinder Commercial Bank | 214 West First Street | Oswego, NY 13126 | 1 | October 23, 2002 |
| Pioneer Commercial Bank | 21 Second Street | Troy, NY 12180 | 1 | November 15, 2004 |
| Provident Municipal Bank | 400 Rella Boulevard | Montebello, NY 10927 | 2 | April 18, 2002 |
| PCSB Commercial Bank | Route 6 & Drewville Road | Brewster, NY 10509 | 1 | December 20, 2001 |
| Riverside Bank | 11-13 Garden Street | Poughkeepsie, NY 12602 | 4 | February 12, 1988 |
| Savoy Bank | 1675 Broadway | New York, NY 10019 | 1 | January 15, 2008 |
| Shinhan Bank America | 330 Fifth Avenue | New York, NY 10001 | 15 | October 10, 1990 |
| Signature Bank | 565 Fifth Avenue | New York, NY 10017 | 26 | April 5, 2001 |
| Spring Bank | 69 East 167th Street | Bronx, NY 10452 | 2 | October 25, 2007 |
| State Bank of Chittenango | 519 Genesee Street | Chittenango, NY 13037 | 1 | February 23, 1923 |
| The Berkshire Bank | 4 East 39th Street | New York, NY 10016 | 10 | May 4, 1989 |
| Tioga State Bank | Main & Tioga Streets | Spencer, NY 14883 | 11 | March 22, 1884 |
| United International Bank | 41-60 Main Street | Flushing, NY 11355 | 1 | December 22, 2005 |
| United Orient Bank | 10 Chatham Square | New York, NY 10038 | 3 | May 7, 1980 |

| | | | | |
|---|---|---|---|---|
| USNY Bank | 389 Hamilton Street | Geneva, NY 14456 | 2 | July 27, 2007 |
| Victory State Bank | 4142 Hylan Boulevard | Staten Island, NY 10308 | 5 | November 13, 1997 |
| Westchester Bank, The | 2001 Central Park Avenue | Yonkers, NY 10710 | 3 | June 11, 2008 |
| Woori America Bank | 1250 Broadway | New York, NY 10001 | 18 | January 20, 1984 |
| WSB Municipal Bank | 111 Clinton Street | Watertown, NY 13601 | 1 | June 30, 2003 |
| | | | 293 | |
| **Trust Companies** | | | | |
| Amalgamated Bank | 275 Seventh Avenue | New York, NY 10001 | 24 | March 16, 1923 |
| Banco Popular North America | 11 West 51st Street | New York, NY 10019 | 121 | January 1, 1999 |
| Bank of Millbrook | Franklin Avenue | Millbrook, NY 12545 | 4 | March 14, 1891 |
| Bank of Richmondville | 5 East Main Street | Richmondville, NY 12149 | 3 | December 8, 1893 |
| Bank of Utica | 220-222 Genesee Street | Utica, NY 13502 | 1 | September 30, 1958 |
| Chemung Canal Trust Company | One Chemung Canal Plaza | Elmira, NY 14901 | 28 | July 10, 1902 |
| Deutsche Bank Trust Company Americas | 60 Wall Street | New York, NY 10005 | 3 | March 24, 1903 |
| Fiduciary Trust Company International | 600 Fifth Avenue | New York, NY 10020 | 1 | November 17, 1930 |
| Five Star Bank | 55 North Main Street | Warsaw, NY 14569 | 55 | February 14, 1902 |
| Habib American Bank | 99 Madison Avenue | New York, NY 10016 | 7 | November 7, 1983 |
| Israel Discount Bank of New York | 511 Fifth Avenue | New York, NY 10017 | 11 | July 17, 1922 |
| Manufacturers and Traders Trust Company | One M & T Plaza | Buffalo, NY 14240 | 801 | June 27, 1893 |
| Mitsubishi UFJ Trust & Banking Corporation (USA) | 420 Fifth Avenue | New York, NY 10018 | 1 | March 24, 1986 |
| Mizuho Corporate Bank (USA) | 1251 Avenue of the Americas | New York, NY 10020 | 2 | November 29, 1974 |
| Mizuho Trust & Banking Co. (USA) | 135 West 50th Street | New York, NY 10020 | 1 | October 22, 1987 |
| Orange County Trust Company | 212 Dolson Avenue | Middletown, NY 10940 | 9 | May 3, 1892 |
| Solvay Bank | 1537 Milton Avenue | Solvay, NY 13209 | 8 | March 20, 1917 |
| Steuben Trust Company | One Steuben Square | Hornell, NY 14843 | 14 | December 31, 1919 |
| The Adirondack Trust Company | 473 Broadway | Saratoga Springs, NY 12866 | 12 | September 19, 1901 |
| The Bank of Castile | 50 North Main Street | Castile, NY 14427 | 18 | August 2, 1917 |
| The Bank of New York | One Wall Street | New York, NY 10005 | 5 | February 16, 1871 |
| The Goldman Sachs Trust Company | 200 West Street | New York, NY 10282 | 2 | August 20, 1990 |
| Tompkins Trust Company | 110 North Tioga Street | Ithaca, NY 14850 | 13 | September 18, 1891 |
| | | | 1144 | |
| **Limited Purpose Trust Companies** | | | | |
| American Stock Transfer & Trust Company, LLC | 6201 15th Avenue | Brooklyn, NY 11219 | 1 | December 31, 1987 |
| Anthos Trust Company, LLC | 277 Park Avenue | New York, NY 10172 | 1 | September 9, 2008 |
| Continental Stock Transfer & Trust Company | 17 Battery Place | New York, NY 10004 | 1 | May 1, 1974 |
| Genesee Valley Trust Company | 1221 Pittsford Victor Road | Town of Pittsford, NY 14534 | 1 | March 30, 1994 |
| Law Debenture Trust Company of New York | 400 Madison Avenue | New York, NY 10017 | 1 | May 8, 2002 |
| Market Street Trust Company | 80 East Market Street | Corning, NY 14830 | 1 | November 17, 1987 |
| New York Life Trust Company | 51 Madison Avenue | New York, NY 10010 | 2 | March 9, 1995 |
| OFI Trust Company | 2 World Financial Center | New York, NY 10281 | 1 | April 14, 1988 |
| The Bank of Nova Scotia Trust Company of New York | One Liberty Plaza | New York, NY 10006 | 1 | June 22, 1959 |
| The Depository Trust Company | 55 Water Street | New York, NY 10041 | 1 | May 11, 1973 |
| The Northern Trust Company of New York | 65 East 55th Street | New York, NY 10022 | 1 | June 29, 1989 |
| The Warehouse Trust Company LLC | 55 Water Street | New York, NY 10041 | 1 | March 1, 2010 |
| | | | 13 | |
| **Private Bankers** | | | | |
| Brown Brothers Harriman & Co. | 140 Broadway | New York, NY 10005 | 9 | June 15, 1934 |
| | | | | |
| **Savings Banks** | | | | |
| Apple Bank For Savings | 1395 Northern Boulevard | Manhasset, NY 11030 | 56 | April 17, 1863 |
| Cross County Savings Bank | 79-21 Metropolitan Avenue | Middle Village, NY 11379 | 7 | March 22, 2012 |
| CMS Bank | 40 East First Street | Mount Vernon, NY | 5 | June 29, 2012 |

|  |  | 10550 |  |  |
|---|---|---|---|---|
| Dime Savings Bank of Williamsburgh, The | 209 Havemeyer Street | Brooklyn, NY 11211 | 26 | June 29, 2012 |
| Elmira Savings Bank | 333 East Water Street | Elmira, NY 14901 | 14 | December 31, 2011 |
| Emigrant Bank | 5 East 42nd Street | New York, NY 10017 | 31 | April 10, 1850 |
| Fairport Savings Bank | 45 South Main Street | Fairport, NY 14450 | 5 | June 29, 2012 |
| First Central Savings Bank | 70 Glen Street | Glen Cove, NY 11542 | 9 | March 31, 1999 |
| Fulton Savings Bank | 75 South First Street | Fulton, NY 13069 | 8 | January 1, 1871 |
| New York Community Bank | 136-65 Roosevelt Avenue | Flushing, NY 11354 | 267 | April 14, 1859 |
| NorthEast Community Bank | 325 Hamilton Avenue | White Plains, NY 10601 | 9 | June 29, 2012 |
| Oneida Savings Bank | 182 Main Street | Oneida, NY 13421 | 11 | February 19, 1866 |
| Pathfinder Bank | 214 West First Street | Oswego, NY 13126 | 8 | March 4, 1859 |
| Pioneer Savings Bank | 21 Second Street | Troy, NY 12180 | 17 | July 1, 1972 |
| Putnam County Savings Bank | Route 6 & Drewville Road | Brewster, NY 10509 | 10 | July 1, 1972 |
| Rhinebeck Bank | 6414 Montgomery Street | Rhinebeck, NY 12572 | 11 | April 12, 1860 |
| Ridgewood Savings Bank | 71-02 Forest Avenue | Ridgewood, NY 11385 | 57 | May 18, 1921 |
| Rondout Savings Bank | 300 Broadway | Kingston, NY 12401 | 5 | January 1, 1868 |
| Sawyer Savings Bank | 87 Market Street | Saugerties, NY 12477 | 3 | July 1, 1972 |
| The North Country Savings Bank | 127 Main Street | Canton, NY 13617 | 5 | March 9, 1909 |
| Ulster Savings Bank | 280 Wall Street | Kingston, NY 12401 | 14 | April 12, 1851 |
| Watertown Savings Bank | 111 Clinton Street | Watertown, NY 13601 | 11 | October 2, 1893 |
|  |  |  | 589 |  |
| **Savings & Loans** |  |  |  |  |
| Medina Savings and Loan Association | 11182 Maple Ridge Road | Medina, NY 14103 | 2 | March 20, 1888 |
|  |  |  |  |  |
| **Credit Unions** |  |  |  |  |
| AmeriCU Credit Union | 1916 Black River Boulevard | Rome, NY 13440 | 11 | May 1, 2000 |
| Branch 6000 NALC Credit Union | 630 Broadway | Amityville, NY 11701 | 1 | October 10, 1973 |
| Buffalo Service Credit Union | 130 South Elmwood Avenue | Buffalo, NY 14202 | 4 | February 27, 1933 |
| CFCU Community Credit Union | 1030 Craft Road | Ithaca, NY 14850 | 8 | December 1, 1997 |
| Directors Choice Credit Union | 426 New Karner Road | Albany, NY 12205 | 1 | January 5, 2000 |
| Empire Branch 36 National Association of Letter Carriers Credit Union | 347 West 41st Street | New York, NY 10036 | 1 | February 3, 1939 |
| Empire State Credit Union | 45 Kennedy Drive | Spring Valley, NY 10977 | 1 | August 30, 1920 |
| Encompass Niagara Credit Union | 2525 Military Road | Niagara Falls, NY 14304 | 1 | May 3, 1934 |
| Erie County Employees Credit Union | 95 Franklin Street | Buffalo, NY 14202 | 1 | March 13, 1940 |
| Hudson River Community Credit Union | 312 Palmer Avenue | Corinth, NY 12822 | 1 | March 23, 1998 |
| Jamestown Post Office Employees' Credit Union | 300 East Third Street | Jamestown, NY 14701 | 1 | November 30, 1928 |
| Melrose Credit Union | 139-30 Queens Boulevard | Briarwood, NY 11435 | 1 | May 27, 1922 |
| Montauk Credit Union | 111 West 26th Street | New York, NY 10001 | 2 | March 20, 1922 |
| Municipal Credit Union | 22 Cortlandt Street | New York, NY 10007 | 11 | November 15, 1916 |
| Newspaper Employees Credit Union | 645 Albany Shaker Road | Albany, NY 12211 | 1 | May 31, 1933 |
| Niagara Falls Penn Central Employees Credit Union | 8612 Buffalo Avenue | Niagara Falls, NY 14304 | 1 | January 12, 1939 |
| Norton-Troy Employees Credit Union | 2600 10TH Avenue | Watervliet, NY 12189 | 1 | March 3, 1939 |
| Progressive Credit Union | 370 Seventh Avenue | New York, NY 10001 | 2 | July 15, 1918 |
| The Niagara Frontier Federal Employees Credit Union | 615 Main Street | Niagara Falls, NY 14302 | 1 | February 5, 1931 |
| Yonkers Postal Employees Credit Union | 79-81 Main Street | Yonkers, NY 10702 | 1 | March 26, 1934 |
|  |  |  | 52 |  |
| **Safe Deposit Companies** |  |  |  |  |
| Akron Safe Deposit Company | 46 Main Street | Akron, NY 14001 | 1 | October 24, 1926 |
| Zurich Depository Corporation | 11 Middle Neck Road | Great Neck Plaza, NY 11021 | 1 | October 27, 1983 |
|  |  |  |  |  |
| **Investment Companies (Article XII)** |  |  |  |  |
| American Express Banking Corp | American Express Tower WFC | New York, NY 10285 | 1 | April 1, 1998 |
| Community Building Fund, LLC | 2100 Middle Country Road | Centereach, NY 11720 | 1 | October 31, 2005 |
| Fiduciary Investment Corporation | 600 Fifth Avenue | New York, NY 10020 | 1 | February 27, 1970 |
| French American Banking Corporation | 787 Seventh Avenue | New York, NY 10019 | 3 | May 21, 1919 |
| GE Capital International Financing Corporation | 299 Park Avenue | New York, NY 10017 | 1 | November 13, 2000 |
| Sterling Banking Corporation | 650 Fifth Avenue | New York, NY 10019 | 1 | August 30, 1951 |

| | | | | |
|---|---|---|---|---|
| Western Union Financial Holdings, L.L.C. | 199 Water Street | New York, NY 10038 | 1 | November 2, 2005 |
| | | | 9 | |
| **Licensed Lenders** | | | | |
| AmeriCredit Consumer Loan Company, Inc. | 4001 Embarcadero Drive | Arlington, TX 76014 | 1 | July 5, 2006 |
| AmeriCredit Financial Services, Inc. U/A/N GM Financial U/A/N GMC Financial | 4001 Embarcadero Drive | Arlington, TX 76014 | 1 | July 8, 2002 |
| Beneficial New York Inc. | 26525 North Riverwoods Blvd. | Mettawa, IL 60045 | 1 | July 31, 2005 |
| Capital Financial Services, Inc. | 961 Weigel Drive | Elmhurst, IL 60126 | 1 | June 28, 2005 |
| CarFinance Capital LLC U/A/N CarFinance.com | 620 Newport Center Drive | Newport Beach, CA 92660 | 1 | November 30, 2011 |
| CitiFinancial, Inc. | 300 St. Paul Place | Baltimore, MD 21202 | 4 | November 10, 1988 |
| Household Finance Corporation III | 26525 North Riverwoods Blvd. | Mettawa, IL 60045 | 1 | December 31, 1984 |
| JCB International Credit Card Co., Ltd. | 700 South Flower Street | Los Angeles, CA 90017 | 1 | December 17, 2002 |
| Mariner Finance, LLC | 3301 Boston Street | Baltimore, MD 21224 | 6 | August 16, 2012 |
| Mercedes-Benz Financial Services USA LLC | 36455 Corporate Drive | Farmington Hills, MI 48331 | 1 | September 25, 2007 |
| New City Funding Corporation | 146 South Liberty Drive | Stony Point, NY 10980 | 1 | June 14, 2006 |
| Omni Financial of New York, Inc. | 26000 US Rt. 11 | Evans Mills, NY 13637 | 1 | August 2, 2007 |
| OneMain Financial, Inc. | 300 St. Paul Place | Baltimore, MD 21202 | 40 | June 23, 2011 |
| Retail Charge Financial Services Corp. | 2650 Merrick Road | Bellmore, NY 11710 | 1 | April 18, 1995 |
| Santander Consumer USA Inc. Santander Auto Finance,dba Roadloans,dba | 8585 N. Stemmons Freeway | Dallas, TX 75247 | 1 | April 28, 2010 |
| Springleaf Financial Services of New York, Inc. | 601 N.W. Second Street | Evansville, IN 47701 | 2 | April 4, 1962 |
| Stones Funding LLC | 2463 Broadway | New York, NY 10025 | 1 | November 21, 2007 |
| Sunrise Capital Management, Inc. | 260 Airport Plaza | Farmingdale, NY 11735 | 1 | June 27, 2007 |
| TMG Financial Services, Inc. | 1500 NW 118th Street | Des Moines, IA 50325 | 1 | November 5, 2008 |
| | | | 67 | |
| **Foreign Branches** | | | | |
| Agricultural Bank of China Limited | 277 Park Avenue | New York, NY 10172 | 1 | June 15, 2012 |
| Allied Irish Banks, p.l.c. | 1166 Avenue of the Americas | New York, NY 10036 | 1 | December 12, 1977 |
| Banca Monte dei Paschi di Siena S.p.A. | 55 East 59th Street | New York, NY 10022 | 1 | February 4, 1983 |
| Banco de La Nacion Argentina | 230 Park Avenue | New York, NY 10169 | 1 | August 21, 1973 |
| Banco do Brasil, S.A. | 535 Madison Avenue | New York, NY 10022 | 1 | March 25, 1969 |
| Banco Bilbao Vizcaya Argentaria, S.A. | 1345 Avenue of the Americas | New York, NY 10105 | 1 | October 1, 1988 |
| Banco Del Estado de Chile | 400 Park Avenue | New York, NY 10022 | 1 | July 25, 2005 |
| Banco Espirito Santo de Investimento,S.A | 340 Madison Avenue | New York, NY 10173 | 1 | January 29, 2009 |
| Banco Espirito Santo, S.A. | 320 Park Avenue | New York, NY 10022 | 1 | May 6, 1988 |
| Banco Popular de Puerto Rico | 120 Broadway | New York, NY 10271 | 2 | January 1, 1999 |
| Banco Santander, S.A. | 45 East 53rd Street | New York, NY 10022 | 1 | April 12, 1977 |
| Bank of Baroda | One Park Avenue | New York, NY 10016 | 1 | December 4, 1978 |
| Bank of India | 277 Park Avenue | New York, NY 10172 | 1 | December 1, 1978 |
| Bank of Montreal | 3 Times Square | New York, NY 10036 | 1 | September 1, 1911 |
| Bank of Scotland plc | 1095 Avenue of the Americas | New York, NY 10036 | 1 | September 20, 2011 |
| Bank of Taiwan | 100 Wall Street | New York, NY 10005 | 1 | May 3, 1990 |
| Bank Hapoalim B.M. | 1177 Avenue of the Americas | New York, NY 10036 | 2 | November 19, 1974 |
| Barclays Bank PLC | 745 Seventh Avenue | New York, NY 10019 | 2 | September 1, 1911 |
| BNP Paribas | 787 7th Avenue | New York, NY 10019 | 1 | November 3, 1976 |
| Caixa Geral de Depositos, S.A. | 733 Third Avenue | New York, NY 10017 | 1 | May 7, 1999 |
| Chang Hwa Commercial Bank, Ltd. | 685 Third Avenue | New York, NY 10017 | 1 | August 4, 1989 |
| China Construction Bank Corporation | 1095 Avenue of the Americas | New York, NY 10036 | 1 | February 18, 2009 |
| China Merchants Bank Co., Ltd | 535 Madison Avenue | New York, NY 10022 | 1 | July 14, 2008 |
| Chinatrust Commercial Bank, Ltd. | 366 Madison Avenue | New York, NY 10017 | 1 | December 25, 1998 |
| Commerzbank Aktiengesellschaft | 2 World Financial Center | New York, NY 10281 | 1 | August 20, 1971 |
| Cooperatieve Centrale Raiffeisen-Boerenleenbank B.A., Rabobank Nederland | 245 Park Avenue | New York, NY 10167 | 1 | December 19, 1995 |
| Credit Agricole Corporate and Investment Bank | 1301 Avenue of the Americas | New York, NY 10019 | 1 | December 5, 1979 |
| | | | | |

| | | | | |
|---|---|---|---|---|
| Credit Industriel et Commercial | 520 Madison Avenue | New York, NY 10022 | 1 | December 10, 1991 |
| Credit Suisse AG | 11 Madison Avenue | New York, NY 10010 | 1 | April 8, 1940 |
| Depfa Bank plc | 622 Third Avenue | New York, NY 10017 | 1 | June 26, 2003 |
| Deutsche Bank AG | 60 Wall Street | New York, NY 10005 | 4 | July 15, 1978 |
| Dexia Credit Local | 445 Park Avenue | New York, NY 10022 | 1 | November 5, 1990 |
| DNB Bank ASA | 200 Park Avenue | New York, NY 10166 | 1 | January 19, 2004 |
| DZ Bank AG Deutsche Zentral-Genossenschaftsbank | 609 Fifth Avenue | New York, NY 10017 | 1 | November 22, 1976 |
| First Commercial Bank, Ltd. | 750 Third Avenue | New York, NY 10017 | 1 | October 5, 1989 |
| Fortis Bank S.A./N.V. | 787 Seventh Avenue | New York, NY 11019 | 1 | November 15, 2002 |
| Habib Bank Limited | 60 East 42nd Street | New York, NY 10165 | 1 | February 19, 1971 |
| Hypothekenbank Frankfurt AG | 1301 Avenue of the Americas | New York, NY 10019 | 1 | December 17, 2002 |
| HSH Nordbank AG | 230 Park Avenue | New York, NY 10169 | 1 | September 24, 2002 |
| Industrial and Commercial Bank of China Limited | 725 Fifth Avenue | New York, NY 10022 | 1 | September 16, 2008 |
| Industrial Bank of Korea | 1250 Broadway | New York, NY 10001 | 1 | November 1, 1990 |
| Intesa Sanpaolo S.p.A. | 1 William Street | New York, NY 10004 | 3 | April 19, 2000 |
| Itau Unibanco S.A. | 767 5th Avenue | New York, NY 10153 | 1 | October 2, 1979 |
| Kookmin Bank | 565 Fifth Avenue | New York, NY 10017 | 2 | January 4, 1999 |
| KBC Bank N.V. | 1177 Avenue of the Americas | New York, NY 10036 | 1 | June 4, 1998 |
| Land Bank of Taiwan Co., Ltd | 100 Wall Street | New York, NY 10005 | 1 | November 23, 2010 |
| Landesbank Baden - Wurttemberg | 280 Park Avenue | New York, NY 10017 | 1 | December 1, 1998 |
| Landesbank Hessen - Thuringen Girozentrale | 420 Fifth Avenue | New York, NY 10018 | 1 | January 2, 1981 |
| Lloyds TSB Bank plc | 1095 Avenue of the Americas | New York, NY 10036 | 1 | October 1, 1971 |
| Malayan Banking Berhad | 400 Park Avenue | New York, NY 10022 | 1 | March 28, 1984 |
| Mashreq Bank psc | 50 Broadway | New York, NY 10004 | 1 | January 24, 1989 |
| Mega International Commercial Bank Co., Ltd. | 59-65 Liberty Street | New York, NY 10005 | 1 | April 2, 1936 |
| Mitsubishi UFJ Trust and Banking Corporation | 520 Madison Avenue | New York, NY 10022 | 1 | December 11, 1973 |
| Mizuho Corporate Bank, Ltd. | 1251 Avenue of the Americas | New York, NY 10020 | 3 | August 22, 1956 |
| National Bank of Canada | 65 East 55th Street | New York, NY 10022 | 1 | November 1, 1979 |
| National Bank of Egypt | 40 East 52nd Street | New York, NY 10022 | 1 | December 6, 2000 |
| National Bank of Pakistan | 100 Wall Street | New York, NY 10005 | 1 | July 23, 1964 |
| Natixis | 1251 Avenue of the Americas | New York, NY 10020 | 2 | December 22, 1976 |
| Norddeutsche Landesbank Girozentrale | 1114 Avenue of the Americas | New York, NY 10036 | 1 | February 15, 1991 |
| Nordea Bank Finland Plc | 437 Madison Avenue | New York, NY 10022 | 1 | October 1, 2001 |
| Nordea Bank Norge ASA | 437 Madison Avenue | New York, NY 10022 | 1 | April 11, 1987 |
| Philippine National Bank | 30 Broad Street | New York, NY 10004 | 1 | February 3, 1917 |
| Portigon AG | 7 World Trade Center | New York, NY 10007 | 2 | August 11, 1975 |
| Shinhan Bank | 600 Third Avenue | New York, NY 10016 | 1 | April 1, 2006 |
| Skandinaviska Enskilda Banken | 245 Park Avenue | New York, NY 10167 | 1 | October 9, 1987 |
| Societe Generale | 1221 Avenue of the Americas | New York, NY 10020 | 1 | November 8, 1978 |
| Standard Chartered Bank | 1095 Avenue of the Americas | New York, NY 10036 | 2 | May 25, 1976 |
| State Bank of India | 460 Park Avenue | New York, NY 10022 | 1 | November 26, 1971 |
| State Bank of India | 37-20 74th Street | Jackson Heights, NY 11372 | 1 | February 28, 2011 |
| Sumitomo Mitsui Banking Corporation | 277 Park Avenue | New York, NY 10172 | 1 | March 17, 2003 |
| Svenska Handelsbanken AB | 875 Third Avenue | New York, NY 10022 | 1 | May 8, 1987 |
| Swedbank AB | One Penn Plaza | New York, NY 10119 | 1 | January 23, 1991 |
| T.C. Ziraat Bankasi | 122 East 42 Street | New York, NY 10168 | 1 | September 1, 1983 |
| The Bank of Tokyo - Mitsubishi UFJ, Ltd. | 1251 Avenue of the Americas | New York, NY 10020 | 1 | October 2, 1952 |
| The Chiba Bank, Ltd. | 1133 Avenue of the Americas | New York, NY 10036 | 1 | March 3, 1987 |
| The Gunma Bank, Ltd. | 780 Third Avenue | New York, NY 10017 | 1 | January 20, 1988 |
| The Korea Development Bank | 320 Park Avenue | New York, NY 10022 | 1 | April 1, 1997 |
| The Norinchukin Bank | 245 Park Avenue | New York, NY 10167 | 1 | July 8, 1984 |
| The Royal Bank of Scotland N.V. | 101 Park Avenue | New York, NY 10178 | 1 | January 31, 1941 |
| The Royal Bank of Scotland PLC | 101 Park Avenue, | New York, NY 10178 | 1 | June 6, 1985 |
| The Shizuoka Bank, Ltd. | 600 Lexington Avenue | New York, NY 10022 | 1 | May 5, 1989 |
| The Shoko Chukin Bank | 666 Fifth Avenue | New York, NY 10103 | 1 | October 11, 1986 |
| The Sumitomo Trust and Banking Company Limited | 527 Madison Avenue | New York, NY 10022 | 1 | September 20, 1976 |
| The Toronto-Dominion Bank | 31 West 52nd Street | New York, NY 10019 | 1 | February 28, 1919 |

| | | | | |
|---|---|---|---|---|
| Turkiye Vakiflar Bankasi T.A.O. | 680 Fifth Avenue | New York, NY 10019 | 1 | December 3, 1991 |
| United Bank Limited | 80 Broad Street | New York, NY 10004 | 1 | April 5, 1977 |
| UniCredit Bank AG | 150 East 42nd Street | New York, NY 10017 | 1 | July 17, 1974 |
| UniCredit S.p.A. | 150 East 42nd Street | New York, NY 10017 | 1 | July 31, 1973 |
| | | | 102 | |
| **Foreign Agencies** | | | | |
| Banco de Bogota | 375 Park Avenue | New York, NY 10152 | 1 | March 6, 1974 |
| Banco Industrial de Venezuela, C.A. | 900 Third Avenue | New York, NY 10022 | 1 | September 10, 1975 |
| Banco Latinoamericano de Comercio Exterior, S.A. | 370 Lexington Avenue | New York, NY 10017 | 1 | November 4, 1988 |
| Bank Leumi Le-Israel B.M. | 562 Fifth Avenue | New York, NY 10036 | 1 | September 2, 1959 |
| Beogradska Banka dd | c/o DFS, One State Street | New York, NY 10004 | 1 | July 27, 1982 |
| Canadian Imperial Bank of Commerce | 300 Madison Avenue | New York, NY 10017 | 1 | September 1, 1911 |
| Hana Bank | 650 Fifth Avenue | New York, NY 10019 | 1 | December 6, 1977 |
| Hua Nan Commercial Bank, Ltd. | 330 Madison Avenue | New York, NY 10017 | 1 | June 8, 1990 |
| Jugobanka dd | c/o DFS, One State Street | New York, NY 10004 | 1 | June 6, 1980 |
| Oversea-Chinese Banking Corporation Limited | 1700 Broadway | New York, NY 10019 | 1 | April 8, 1981 |
| P.T. Bank Negara Indonesia (Persero) Tbk | 55 Broadway | New York, NY 10006 | 1 | August 3, 1983 |
| P.T. Bank Rakyat Indonesia (Persero) | 140 Broadway | New York, NY 10005 | 1 | April 7, 1988 |
| The Bank of Nova Scotia | One Liberty Plaza | New York, NY 10006 | 1 | September 1, 1911 |
| United Overseas Bank Limited | 592 Fifth Avenue | New York, NY 10036 | 1 | September 8, 1976 |
| Woori Bank | 245 Park Avenue | New York, NY 10167 | 1 | March 3, 1976 |
| | | | 15 | |
| **Holding Companies - One Bank** | | | | |
| Adirondack Bancorp, Inc. | 185 Genesee Street | Utica, NY 13501 | 1 | December 30, 2003 |
| American Community Bancorp Inc. | 300 Glen Street | Glen Cove, NY 11542 | 1 | August 1, 2010 |
| Apple Financial Holdings, Inc. | 122 E. 42nd Street | New York, NY 10168 | 1 | August 0, 0 |
| Bank of New York Mellon Corporation | One Wall Street | New York, NY 10286 | 1 | July 1, 2007 |
| Bank Leumi le-Israel Corp | 579 Fifth Avenue | New York, NY 10014 | 1 | December 24, 1984 |
| Berkshire Bancorp Inc. | 160 Broadway | New York, NY 10038 | 1 | January 4, 1999 |
| Brown Brothers Harriman & Co | 140 Broadway | New York, NY 10005 | 1 | March 1, 1990 |
| BPD Holding, Inc. | 90 Broad Street, 5th Floor | New York, NY 10004 | 1 | May 1, 2005 |
| C.C. Bancorp, Inc. | 116-120 Main Street | Little Valley, NY 14755 | 1 | July 16, 2001 |
| Catskill Hudson Bancorp, Inc. | 195 Lake Louise Marie Road | Rock Hill, NY 12775 | 1 | July 31, 2006 |
| CheckSpring Community Corporation | 69 East 167th Street | Bronx, NY 10452 | 1 | October 25, 2007 |
| Chemung Financial Corporation | 1 Chemung Canal Plaza | Elmira, NY 14901 | 1 | June 1, 1985 |
| Country Bank Holding Company, Inc. | 200 East 42nd Street | New York, NY 10017 | 1 | October 31, 2003 |
| Discount Bancorp, Inc. | 511 Fifth Avenue | New York, NY 10017 | 1 | March 23, 2000 |
| ES Bancshares, Inc. | 68 North Plank Rd | Newburgh, NY 12550 | 1 | March 9, 2009 |
| Financial Institutions, Inc. | 220 Liberty Street | Warsaw, NY 14569 | 1 | September 15, 1931 |
| First American International Corp. | 5503 Eighth Avenue | Brooklyn, NY 11220 | 1 | July 30, 2004 |
| Goldman Sachs Group Inc., The | 85 Broad Street | New York, NY 10004 | 1 | September 23, 2008 |
| Greater Rochester Bancorp Inc. | 3380 Monroe Avenue | Pittsford, NY 14618 | 1 | January 2, 2008 |
| Holland Bancorp, Inc. | 12 South Main Street | Holland, NY 14080 | 1 | January 31, 2001 |
| Jeffersonville Bancorp | 4866 State Rte 52 | Jeffersonville, NY 12748 | 1 | December 21, 2012 |
| Millbrook Bank System, Inc. | Franklin Avenue | Millbrook, NY 12545 | 1 | April 13, 1998 |
| Northern Trust Corporation | 50 South LaSalle Street | Chicago, IL 60675 | 1 | December 1, 1971 |
| Orange County Bancorp, Inc. | 212 Dolson Avenue | Middletown, NY 10940 | 1 | May 17, 2007 |
| Popular, Inc. | 208 Ponce de Leon Avenue | Hato Rey, PR 00918 | 1 | August 1, 1985 |
| Solvay Bank Corp. | 1537 Milton Avenue | Solvay, NY 13209 | 1 | June 30, 1987 |
| Steuben Trust Corporation | One Steuben Square | Hornell, NY 14843 | 1 | July 31, 1990 |
| TSB Services Inc. | One Main Street | Spencer, NY 14883 | 1 | March 16, 1984 |
| VSB Bancorp, Inc. | 4142 Hylan Boulevard | Staten Island, NY 10308 | 1 | May 30, 2003 |
| Westchester Bank Holding Corporation,The | 2001 Central Park Avenue | Yonkers, NY 10710 | 1 | June 11, 2008 |
| Wilmington Trust Corporation | 1100 North Market Street | Wilmington, DE 19801 | 1 | May 16, 2011 |
| 473 Broadway Holding Corp. | 473 Broadway | Saratoga Springs, NY 12866 | 1 | June 17, 1926 |
| | | | 32 | |
| **Holding Companies - Multi Bank** | | | | |
| Deutsche Bank Trust Corporation | 60 Wall Street | New York, NY 10005 | 1 | May 31, 1966 |
| Emigrant Bancorp, Inc. | 5 East 42nd Street | New York, NY 10017 | 1 | November 8, 1994 |

| | | | | |
|---|---|---|---|---|
| M & T Bank Corporation | One M & T Plaza | Buffalo, NY 14240 | 1 | December 31, 1969 |
| Mitsubishi UFJ Financial Group, Inc. | 2-7-1, Marunouchi Chiyoda-ku | Tokyo, JP 100 | 1 | March 1, 2001 |
| Mizuho Financial Group, Inc. | 1-5-5, Otemachi Chiyoda-ku | Tokyo,  100  JP | 1 | March 6, 2003 |
| New York Community Bancorp, Inc. | 136-65 Roosevelt Avenue | Flushing, NY 11354 | 1 | November 23, 1993 |
| New York Private Bank & Trust Corporation | 5 East 42nd Street | New York, NY 10017 | 1 | December 10, 2003 |
| Oneida Financial Corp. | 182 Main Street | Oneida, NY 13421 | 1 | December 30, 1998 |
| The Depository Trust & Clearing Corporat ion | 55 Water Street | New York, NY 10041 | 1 | March 22, 1999 |
| Tompkins Financial Corporation | 110 North Tioga Street | Ithaca, NY 14850 | 1 | October 17, 1995 |
| | | | 10 | |
| **Mutual Holding Companies** | | | | |
| Rhinebeck Bancorp, MHC | 2 Jefferson Plaza | Poughkeepsie, NY 12601 | 1 | October 6, 2004 |


