# EXHIBIT 13



**Federal Reserve Banks**
**Operating Circular No. 6**

**FUNDS TRANSFERS THROUGH THE FEDWIRE® FUNDS SERVICE**

**Effective October 29, 2017**

**FEDERAL RESERVE BANKS**
**OPERATING CIRCULAR NO. 6**
**Effective October 29, 2017**

**FUNDS TRANSFERS THROUGH THE FEDWIRE® FUNDS SERVICE**

(Click CTRL + section or page number to go directly to the section)

1.0   SCOPE ...................................................................................................................... 1

2.0   DEFINITIONS .......................................................................................................... 1

3.0   ISSUANCE OF ORDERS ........................................................................................ 2

4.0   LOCATION OF SENDERS, RECEIVING BANKS, AND BENEFICIARIES .......... 2

5.0   ROLES OF THE RESERVE BANKS INVOLVED IN A FUNDS TRANSFER THROUGH THE FEDWIRE FUNDS SERVICE ..................................................... 3

6.0   IDENTIFYING NUMBER ........................................................................................ 3

7.0   SECURITY PROCEDURES .................................................................................... 3

8.0   RECEIPT, ACCEPTANCE, AND EXECUTION OF PAYMENT ORDERS ............ 4

9.0   [RESERVED] ........................................................................................................... 4

10.0  TRANSFER HOURS AND EXTENSIONS ............................................................. 4

11.0  ADVICES OF CREDIT AND DEBIT; REPORTING OF ERRORS ...................... 5

12.0  INFORMATION ENTRIES ..................................................................................... 6

13.0  NONVALUE MESSAGES ....................................................................................... 6

14.0  CANCELLATION AND AMENDMENT OF PAYMENT ORDERS ...................... 6

15.0  CHARGES ............................................................................................................... 6

16.0  EMERGENCY CONDITIONS ................................................................................. 6

17.0  MULTIPLE MASTER ACCOUNTS ........................................................................ 7

18.0  THIRD PARTY SERVICE PROVIDERS ............................................................... 7

19.0  RIGHT TO AMEND ................................................................................................ 9

20.0  EFFECT OF THIS CIRCULAR ON PREVIOUS CIRCULAR .............................. 9

**APPENDIX A:  FUNDS TRANSFER SECURITY PROCEDURES ............................... 10**

**APPENDIX A-1: FEDWIRE® FUNDS SERVICE SECURITY PROCEDURE AGREEMENT ................................................................................................................ 11**

**APPENDIX B: TIME SCHEDULE FOR FUNDS TRANSFERS THROUGH THE FEDWIRE® FUNDS SERVICE ................................................................................ 12**

**APPENDIX C: FEDWIRE® FUNDS AND FEDWIRE SECURITIES SERVICE THIRD PARTY SERVICE ARRANGEMENT ................................................................. 13**

**APPENDIX D: FEDPAYMENTS® MANAGER FOR THE FEDWIRE® FUNDS SERVICE ................................................................................................................................ 15**

**APPENDIX E:  PAYMENT NOTIFICATION ................................................................. 20**

**APPENDIX E-1:  FEDWIRE® FUNDS SERVICE – PAYMENT NOTIFICATION USER GROUP AGREEMENT FOR PARTICIPANT MEMBERS ............................................. 25**

**APPENDIX E-2:  FEDWIRE® FUNDS SERVICE – PAYMENT NOTIFICATION USER GROUP AGREEMENT FOR NONPARTICIPANT MEMBERS ..................................... 27**

**1.0   SCOPE**

    **1.1**   Subpart B of Regulation J ("Regulation J") of the Board of Governors of the Federal Reserve System (12 CFR Part 210, Subpart B) and this operating circular 6, including as appropriate its appendices ("Circular") apply to funds transfers through the Fedwire® Funds Service. This Circular is issued in conformity with Section 210.25 of Regulation J and is an operating circular as referred to in Section 4A-107 of Article 4A of the Uniform Commercial Code.  By sending a Payment Order, receiving a Payment Order or receiving a credit with respect to a Payment Order to an account maintained or used at a Reserve Bank, the sender, receiving bank, or beneficiary agrees to all the provisions of this Circular, as amended from time to time. In addition, this Circular is binding on other parties to a funds transfer any part of which is carried out through the Fedwire Funds Service to the same extent that Regulation J is binding on those parties. Capitalized terms are defined in Paragraph 2.

    **1.2**   Each Reserve Bank has issued a Circular No. 6 identical to this one.

**2.0   DEFINITIONS**

    **2.1**   Unless otherwise stated in this Circular, a term defined in Regulation J, including a term defined in Article 4A to the extent consistent with Regulation J, has the same meaning in this Circular.

    **2.2**   **Administrative Reserve Bank** with respect to an entity means the Reserve Bank in whose District the entity is located.

    **2.3**   **Appropriate Reserve Bank** means the Reserve Bank identified by the Administrative Reserve Bank of the sender, receiving bank, or beneficiary as the Reserve Bank with which the sender, receiving bank, or beneficiary respectively should communicate on particular matters.

    **2.4**   **Beneficiary's Account** for purposes of Subpart B of Regulation J and this Circular refers to the beneficiary's Master Account.

    **2.5**   **Fedwire Participant** for purposes of this Circular means a sender, receiving bank or beneficiary that has a Master Account or a Receiver or Sender as defined in paragraph 3 of the Reserve Bank's Operating Circular 7, Book-Entry Securities Account Maintenance and Transfer Services.

    **2.6**   **Master Account** means a "Master Account" (as defined in the Reserve Banks' Operating Circular 1, Account Relationships) on the books of a Reserve Bank.

    **2.7**   **On-line** refers to the transmission of a Payment Order directly to or from a Reserve Bank by electronic data transmission, excluding oral transmission by telephone.

    **2.8**   **Payment Order** for the purpose of Subpart B of Regulation J, Article 4A and this Circular, includes only messages:

      (a) designated as type code 10 (funds transfer), 15 (foreign transfer), or 16 (settlement transaction); and

      (b) designated as subtype code 00 (structured funds transfer), 02 (reversal of transfer), 08 (reversal of a prior day transfer), or 32 (funds transfer honoring request for funds).

**2.9** **Receiving Bank's Account** for purposes of Subpart B of Regulation J and this Circular refers to the receiving bank's Master Account.

**2.10** **Securities Transfer** means a transfer as defined in paragraph 3.18 of the Reserve Bank's Operating Circular 7, Book-Entry Securities Account Maintenance and Transfer Services.

**2.11** **Sender's Account** for purposes of Subpart B of Regulation J and this Circular refers to the sender's Master Account.

**2.12** **Service Provider** means an entity that, on behalf of a Fedwire Participant:

      (a) initiates, transmits, or receives Funds Transfers and/or Securities Transfers to and from the account of the Fedwire Participant at a Reserve Bank; or

      (b) operates or otherwise manages the electronic connection used to send and receive Funds Transfers and/or Securities Transfers to and from the account of the Fedwire Participant at a Reserve Bank.

**2.12** **Subaccount** is an information record of a subset of transactions that affect a Master Account. It is not a separate account or a Master Account.

## 3.0  ISSUANCE OF ORDERS

**3.1** A Payment Order must be in the medium and format the Reserve Banks prescribe. A Reserve Bank will not act on information in a Payment Order other than information required by the format specifications and necessary for Reserve Bank processing. The Reserve Banks are not responsible for the accuracy of a routing number contained in or verbally supplied from a publication, list or automated file issued or maintained by a Reserve Bank if the routing number becomes inaccurate after the effective date of the publication, list, or automated file.

## 4.0  LOCATION OF SENDERS, RECEIVING BANKS, AND BENEFICIARIES

**4.1** For purposes of Regulation J, Article 4A and this Circular, a sender, receiving bank or beneficiary is located in the Federal Reserve District as determined under the procedure described in Regulation D, 12 C.F.R. Part 204, even if the sender, receiving bank, or beneficiary would not otherwise be subject to Regulation D.  Notwithstanding Regulation D Section 204.3(b)(2), a foreign central bank, foreign monetary authority, foreign government, or international organization sender or beneficiary is treated as being located in the Second Federal Reserve District.