# EXHIBIT 45

交通银行 - 交银金融网



您当前位置：首页 » 境外分支机构 » 境外分支机构 » 纽约分行

## 公司业务

时间：2016-01-20

公司业务　存款理财

　　现金管理

　　产业链金融

　　投资银行

　　政府金融

　　汽车金融

　　航运金融

　　贵金属及大宗商品

　　中国企业海外拓展融资方案

　　流动资金贷款

　　固定期限贷款

　　固定资产贷款


国际业务　跨境人民币

　　汇率管理服务

　　外汇理财服务

　　国际结算

　　贸易融资

　　境内外联动业务

　　电子化业务

　　"代理行服务

　　代客外汇买卖


资产托管　证券投资基金托管

　　养老金托管

　　证券公司客户资产管理

　　私募投资基金托管

　　期货公司资产管理计划托管

　　基金管理公司特定客户资产管理计划托管

　　信托计划保管

　　银行理财产品托管

　　客户资金托（保）管

　　保险资金托管

　　跨境资产托管



证券投资基金信息披露

投资银行　债务融资

权益融资

资产管理

财务顾问

资产证券化

银团贷款

证券经纪

离岸业务　离岸账户业务

离岸结算业务

离岸全球代发业务

离岸外汇买卖

离岸融资

离岸同业合作

离岸网银

离岸客户服务

信托业务

租赁业务

关 闭

海外机构链接

分行机构链接

子公司链接

网站地图　|　联系我们　|　友情链接　|　人才招聘



©2015 交通银行 版权所有 未经许可不得转载
Email：95559@bankcomm.com 二十四小时服务热线：95559

 





http://www.bankcomm.com/BankCommSite/shtml/jyjr/cn/7755/7889/7891/43642.shtml?channelId=7755[2/22/2018 11:22:14 AM]

|  |  |
|---|---|
|  | Information Disclosure of Securities Investment Funds |
| Investment Banking | Debt Financing |
|  | Equity Financing |
|  | Asset Management |
|  | Finance Consultancy |
|  | Asset Securitization |
|  | Syndicated Loans |
|  | Securities Brokerage Services |
| Offshore Services | Offshore Account Services |
|  | Offshore Settlement Services |
|  | Global Offshore Agency Services |
|  | Offshore Purchase and Sale of Foreign Exchange |
|  | Offshore Financing |
|  | Cooperation of Offshore Financial Institutions |
|  | Offshore Internet Banking |
|  | Offshore Customer Services |
| Trust Business |  |
| Leasing Business |  |

Close

Links to Overseas Institutions | Links to Branches | Links to Subsidiaries

Site Map | Contact Us | Affiliations | Careers

© 2015 Bank of Communications. All rights reserved. No reproduction allowed

Shanghai ICP Registration 05036189

Email: 95559@bankcomm.com  24-Hour Service Hotline: 95559

Trusted Website Click to Verify | Xin | Chengxin Web



http://www.bankcomm.com/BankCommSite/shtml/jyjr/cn/7755/7889/7891/43642.shtml?channelId=7755[2/22/2018 11:22:14 AM]



STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

## CERTIFICATION

I, Aurora Landman, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided Chinese into English translation(s) of the source document is true and accurate.

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

Aurora Landman, Project Assistant

Sworn to before me this
Monday, March 12, 2018

Signature, Notary Public



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE