# EXHIBIT 126

| | |
|---|---|
| **From:** | De Palma, Richard |
| **To:** | Grossbaum, Alexandra Leigh |
| **Cc:** | Weigel, Robert; Hogan, Howard S.; Nagin, Lauren M.L. |
| **Subject:** | RE: Nike, Inc. and Converse Inc. v. Wu, 2013 Civ. 8012 (S.D.N.Y) |
| **Date:** | Wednesday, December 6, 2017 4:42:07 PM |

Counsel,

Thank you for your correspondence.

Please be advised that, as previously indicated, I am retained by Bank of China Limited, New York Branch only. As such, I have been authorized by the New York Branch to agree to accept service of the subpoena for the New York Branch only. My authority does not extend to accepting service for the Bank generally or to any branches, including the Head Office, outside of New York. If you can accept that limitation, I will be happy to accept service of the subpoena on behalf of the New York Branch. If that limitation is unacceptable to you, I will not be able to accept service.

I will respond to the remainder of your letter by separate correspondence shortly. It may make sense to meet and confer at that point, and I would be pleased to do so.

Best regards,

Rich

---

**From:** Grossbaum, Alexandra Leigh [mailto:AGrossbaum@gibsondunn.com]
**Sent:** Thursday, November 30, 2017 4:53 PM
**To:** De Palma, Richard
**Cc:** Weigel, Robert; Hogan, Howard S.; Nagin, Lauren M.L.
**Subject:** Nike, Inc. and Converse Inc. v. Wu, 2013 Civ. 8012 (S.D.N.Y)

Mr. De Palma,

Please see the attached correspondence which was also sent via First Class Mail.

Best,

Alexandra

**Alexandra Grossbaum**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2627 • Fax +1 212.351.6228
AGrossbaum@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information. If it has been sent to you in

error, please reply to advise the sender of the error and then immediately delete this message.