# EXHIBIT 129

```
Func: INV              CHIPS RECEIVE                  19-OCT-2017 20:28:24
Key:   GP20140109MP-0000-010026-00
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
***** MT202/205 COVER INFORMATION INCLUDED *****
vvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvv
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
SB BNF=BBKCHCNBJ73C*BANK OF CHINA*76, WINXIAN LU*PUTIAN,CN 351100* ORG=D00000204
6610636*MANJIT KAUR*2102 DAVIS CT NE*TACOMA WA 98422-4533* BBI=[650]CVR OF DIR P
YMT*
Chips Receive
OSN 010026 Received at 15:05:04 Value date 01/09/2014
Sending Bank (0407) WELLS FARGO NA
[031] Receive TAG
0420140109040710115050403737530007110100
[221] Delivery TAG
0326B
[260] Amount TAG
000000052000
[270] Payment Sequence Number TAG
000711
[303] Business Purpose Tag
COVER
[320] Send Participant Reference Number TAG
2014010900096610*
[321] Related Bank Reference Number TAG
2014010900096610*
[422] Beneficiary TAG
BBKCHCNBJ73C*
BANK OF CHINA*
76, WINXIAN LU*
PUTIAN,CN 351100*
[502] Originator TAG
D000002046610636*
MANJIT KAUR*
2102 DAVIS CT NE*
TACOMA              WA 98422-4533*
[650] Bank to Bank Information TAG
CVR OF DIR PYMT*
[820] MT202 Cover SEQB TAG
015603:50K:/000002046610636
MANJIT KAUR
2102 DAVIS CT NE
TACOMA              WA 98422-4533
:59:/████████████2751
CHEN JIANHUI
:72:/CCT/
:33B:USD520,
```

```
-END OF RAW DATA
vvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvv
Source:CHIPS  MT:103   Session:0000    Senders  Reference:2014010900096610
Date:01/09/14 Time:15:05  Seq:010026   Customer Reference:2014010900096610
Priority:N    Del Mon:      Unit:MT    System Reference:   140109MP010026
                        Value:01/09/14 Cur:USD  Amount:              520.00
Sender    : A :WFBIUS6S              Order Cust:50  :
Opt:            C/D/B:
UID:            SWIFT:WFBIUS6S
WELLS FARGO NA
SAN FRANCISCO,CA
Send Corr :53  :                     Order Bank:52D :
                                     Opt:            C/D/B:
                                     UID:            SWIFT:
                                     A/C:/000002046610636
                                     MANJIT KAUR
                                     2102 DAVIS CT NE
                                     TACOMA                WA 98422-4533
Acct With :57/ :070011000012         A/C:070011000012 USDDDA
BANK OF CHINA                        Advice:SS202 By:
HEAD OFFICE,                         Opt:            C/D/B:
1 FUXINGMEN NEI AVE                  UID: 138679     SWIFT:BKCHCNBJ
BEIJING, 100818
Beneficiary :S :BKCHCNBJ73C          A/C:
BANK OF CHINA                        Advice:     By:         Bank:Y
PUTIAN                               Opt:  2         C/D/B:B
                                     UID:            SWIFT:BKCHCNBJ73C
Details Of Payment:70:               Bank to Bank Information:72:
                                     /ACC/CVR OF DIR PYMT
Details of Charges:71:
                                     77B: Regulatory Reporting
Payment Type:CHIPS RECEIVE           Commission :                   By:
                                     Cable Chrg :                   By:
                                     Chgs 'OUR' :                   By:
             Debits                              Credits
A/C:0407            Code:USDBLR   A/C:070011000012         Code:USDDDA
01/09/14  Amt:USD         520.00  01/09/14  Amt:USD               520.00
Chips ABA 0407                    BANK OF CHINA
                                  HEAD OFFICE,
                                  1 FUXINGMEN NEI AVE
                                  BEIJING, 100818
A/C:                Code:         A/C:                     Code:
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
***** 202 COV I N F O R M A T I O N   I N C L U D E D *****
CHIPS Received 15:05:04 PSN:711 SSN:373753 OSN:10026
Status: Completed
Output 1 CR/910 Status:Incomplete
```

```
Output 2 SS/202 COV Status:Completed          Date: 14/01/09 Time: 15:04:46
  Related Transaction SW20140109FI-0000-011939-00
vvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvv
```