# EXHIBIT 2

# PURPOSEFUL AVAILMENT OF THE BENEFITS OF CONDUCTING BUSINESS IN NEW YORK

|  | Agricultural and Commercial Bank of China ("ABC") | Bank of China ("BOC") | Bank of Communications ("BOCOM") | China Construction Bank ("CCB") | China Merchants Bank ("CMB") | Industrial and Commercial Bank of China ("ICBC") |
|---|---|---|---|---|---|---|
| **Maintains Correspondent Accounts at New York Bank** | Bank of America Citibank HSBC Bank JPMorgan Chase Wells Fargo Bank (Exs[1]. 1, 249) | Bank of America Citibank Deutsche Bank JPMorgan Chase (Exs. 1, 249) | Bank of America Citibank HSBC Bank JPMorgan Chase Bank of New York Mellon (Exs. 1, 249) | Bank of America Citibank Deutsche Bank JP Morgan Chase Wells Fargo Bank (Exs. 1, 249) | Bank of America Citibank Deutsche Bank HSBC Bank JPMorgan Chase Bank of New York Mellon Wells Fargo Bank (Exs. 1, 249) | Bank of America Citibank JPMorgan Chase Bank of New York Mellon Wells Fargo (Exs. 1, 249) |
| **Evidence of Wire Transfers Through New-York Based Correspondent Accounts to Judgment Debtors' Accounts** |  | 564 wire transfers totaling over $3.2 million into 79 different Judgment Debtors accounts at BOC (Exs. 129-219) | One wire transfer for $2,196.66 dollars to Judgment Debtor account ending in 0092 at BOCOM (Ex. 33) | 4 wire transfers totaling over $34,000.00 to three different Judgment Debtor accounts at CCB. (Exs. 83-85) | 15 wire transfers totaling over $81,000.00 to 14 different Judgment Debtors accounts at CMB (Exs. 49-62) | 27 wire transfers totaling over $127,000.00 to 5 different Judgment Debtor accounts at ICBC. (Exs. 104-108) |
| **Physical Location in New York** | 277 Park Avenue New York, NY 10172 (Ex. 2) | 410 Madison Avenue, New York, NY 10017 (Ex. 222) | 55 Broadway 31st and 32nd Floors New York, NY 10006 (Ex. 35) | 1095 Avenue of the Americas, New York, NY 10036 (Ex. 2, 91) | 535 Madison Ave 27th Floor New York, NY 10022 (Exs. 2, 81) | 725 Fifth Avenue New York, NY 10022 (Ex. 2, 115) |

---

[1] All Exhibit references herein refer to the Weigel Declaration, unless otherwise stated.

|  | **Agricultural and Commercial Bank of China ("ABC")** | **Bank of China ("BOC")** | **Bank of Communications ("BOCOM")** | **China Construction Bank ("CCB")** | **China Merchants Bank ("CMB")** | **Industrial and Commercial Bank of China ("ICBC")** |
|---|---|---|---|---|---|---|
| **Owns Real Property in New York** | Owns property in Manhattan (Ex. 4) | Owns property in Manhattan and Queens (Ex. 225) | Owns property in Manhattan and Queens (Ex. 34) | Owns property in Brooklyn (Ex. 87) | Owns real property in Queens (Ex. 63) | Owns real property in Manhattan (Ex. 109) |
| **Hold Mortgages on Property in New York** | Mortgage on 375 Park Avenue, New York, New York (Ex. 5) | Mortgage on 20 West 53rd Street, New York, New York (Ex. 227) | Mortgage on 137 Grand Street, New York, New York (Ex. 36) |  | Mortgage on 227-15 North Conduit Avenue, New York, NY 11413 (Ex. 64) | Mortgage on 509 East 6th Street, New York, New York (Ex. 112) |
| **Registered with the New York Department of Financial Services** | Yes, ABC was also fined $215M by the DFS for intentional actions to obscure U.S. Dollar Clearing Transaction, including counterfeit and falsified invoices (Exs. 14, 15, 16) | Yes (Ex. 231) |  | Yes (Ex. 91) | Yes (Ex. 68, 69) | Yes (Ex. 115) |
| **A New York Chartered Institution** | Yes (Ex. 2) |  |  | Yes (Ex. 2) | Yes (Ex. 2) | Yes (Ex. 2) |

|  | **Agricultural and Commercial Bank of China ("ABC")** | **Bank of China ("BOC")** | **Bank of Communications ("BOCOM")** | **China Construction Bank ("CCB")** | **China Merchants Bank ("CMB")** | **Industrial and Commercial Bank of China ("ICBC")** |
|---|---|---|---|---|---|---|
| **Uniform Commercial Code Filings** | Yes<br><br>(Ex. 6) | Yes<br><br>(Ex. 226) | Yes<br><br>(Ex. 37) | Yes<br><br>(Ex. 88) | Yes<br><br>(Ex. 65) | Debtor<br><br>(Ex. 111) |
| **Insured by the FDIC** |  | Yes, actively in New York, NY since November 16, 1981 and in Flushing, NY Since September 26, 1985<br><br>(Exs. 223, 224) |  |  |  | Yes, actively insured since February 14, 1983<br><br><br><br>(Ex. 110) |
| **CHIPS Participant** | Yes<br><br>(Exs. 7-8, 228) | Yes<br><br>(Exs. 228, 229) | Yes<br><br>(Exs. 38, 39, 228) | Yes<br><br>(Exs. 89, 228) | Yes<br><br>(Exs. 66, 228) | Yes<br><br>(Ex. 113, 228) |
| **Member of Federal Reserve System FEDWIRE** | Yes<br><br><br><br>(Ex. 11) | Yes<br><br><br><br>(Ex. 230) | Yes<br><br><br><br>(Ex. 40) | Yes<br><br><br><br>(Ex. 90) | Yes<br><br><br><br>(Ex. 67) | Yes<br><br><br><br>(Ex. 114) |
| **Serves as Acquiring Bank On Credit Card Transactions** | Yes<br><br><br><br>(Ex. 245) | Yes<br><br>(Nagin Decl. Ex. 2)<br><br>(Exs. 245-247, 256) | Yes<br><br>(Nagin Decl. Ex. 2)<br><br>(Exs. 245, 247, 256) |  |  |  |

|  | **Agricultural and Commercial Bank of China ("ABC")** | **Bank of China ("BOC")** | **Bank of Communications ("BOCOM")** | **China Construction Bank ("CCB")** | **China Merchants Bank ("CMB")** | **Industrial and Commercial Bank of China ("ICBC")** |
|---|---|---|---|---|---|---|
| **Serves as Acquiring Bank on Mastercard Transactions and Submitted to Jurisdiction in NY** |  | Yes<br><br>(Ex. 255, 256)<br><br>(Nagin Decl. Ex. 1) | Yes<br><br>(Ex. 255, 256)<br><br>(Nagin Decl. Ex. 1) |  |  |  |
| **Has Made Use of NY Courts as Plaintiff** |  | Yes. For example, BOC brought the following cases in SDNY since 2000:<br><br>*Bank of China v. St. Paul Mercury Insurance Co.*, 03-cv-9797<br><br>*Bank of China v. NBM LLC*, 02-cv-9267<br><br>*Bank of China v. Sub-Zero, Inc.* 02-cv-04457<br><br>*Bank of China v. Evergreen Tree Int'l*, 02-cv-04458 | Yes. BOCOM brought the following cases in SDNY<br><br>*Bank of Communications v. Ocean Development America*, 07-cv-04628<br><br>*Bank of Communications v. Universal Shopping Group, Inc.*, 08-cv-06141 |  |  |  |

|  | **Agricultural and Commercial Bank of China ("ABC")** | **Bank of China ("BOC")** | **Bank of Communications ("BOCOM")** | **China Construction Bank ("CCB")** | **China Merchants Bank ("CMB")** | **Industrial and Commercial Bank of China ("ICBC")** |
|---|---|---|---|---|---|---|
| **Promotion of Connections to the U.S. and NY on Website** | See Exhibit 1 of Grossbaum Declaration (Exs. 17-31) | See Exhibit 1 of Grossbaum Declaration (Exs. 233-244) | See Exhibit 1 of Grossbaum Declaration (Exs. 41-47) | See Exhibit 1 of Grossbaum Declaration (Exs. 92-101) | See Exhibit 1 of Grossbaum Declaration (Exs. 70-80) | See Exhibit 1 of Grossbaum Declaration (Exs. 116-122) |