# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Robert Weigel
Direct: +1 212.351.3845
Fax: +1 212.351.5236
RWeigel@gibsondunn.com

March 20, 2018

<u>VIA HAND DELIVERY</u>
<u>VIA ECF</u>

The Honorable Colleen McMahon
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   <u>NIKE, Inc. and Converse Inc. v. Wu et al.</u>, No. 13-cv-8012 (CM)

Dear Judge McMahon:

This firm represents assignee Next Investments, LLC ("Next") in the above-referenced action. I write pursuant to Your Honor's Individual Rule of Practice IV.A to provide courtesy copies of the papers that Next filed on March 16, 2018 in opposition to certain third party banks' motion to quash and in support of its cross-motion to compel ("Next's Cross Motion"). *See generally* ECF Nos. 82 – 88.

I also write to respond to your Order dated March 19, 2018 (ECF No. 89) in which you requested that Next submit both full and redacted copies of its Cross Motion. In brief, the papers that we submitted were carefully structured to minimize the amount of material that needs to be sealed—limited to two exhibits to a declaration that was filed separately from the remainder of the supporting exhibits to make it logistically easy to file those two exhibits under seal. The supporting brief is written so that it could be filed publicly without a need for redaction, and several of the supporting documents are filed as declaration exhibits with account numbers already redacted pursuant to Federal Rule of Civil Procedure 5.2.

I provide this additional background for the sake of clarity. The two exhibits that Next seeks to seal were produced by third-party Mastercard with the understanding that Next would seek the protection of a sealing order from the Court. Next filed its letter motion to file documents under seal on March 13, 2018 (Next's "Motion to Seal") in advance of filing its Cross Motion to give the Court more of an opportunity to consider these issues. Simultaneously, Next submitted a Proposed Stipulation and Protective Order for your approval (the "Proposed Protective Order"), which reflects the terms of an agreement between Next and Mastercard as to the appropriate procedures for protecting confidential documents. In order to limit the scope of any sealing order issued by this Court, Next only asks that the sealing order apply to the two exhibits attached to the Declaration of Lauren Nagin in Support of Next's Cross Motion, dated March 16, 2018 (the "Nagin Declaration"). As a result, the Court need only compare the redacted and unredacted copies of Exhibits 1 and 2 to the enclosed Nagin Declaration.

GIBSON DUNN

The Honorable Colleen McMahon
March 20, 2018
Page 2

Please let us know if there is anything further we can do to assist the Court with its consideration of this matter.

Sincerely,

Robert Weigel /ALG

Robert Weigel

Enclosure

cc: All Counsel of Record (Counsel for the Moving Banks and Bank of China) (*via ECF*)
    Matthew C. Daly, Esq. (Counsel for Mastercard) (*via Email*)