IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC and CONVERSE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> Maria WU et al. <br><br> Defendants. | Case No. 13 Civ. 8012 (CM) (DCF) |

**BANK OF CHINA'S NOTICE OF JOINDER IN NON-PARTIES AGRICULTURAL BANK OF CHINA, BANK OF COMMUNICATIONS, CHINA CONSTRUCTION BANK, CHINA MERCHANTS BANK, INDUSTRIAL AND COMMERICAL BANK OF CHINA LIMITIED'S MOTION TO QUASH AND MODIFY THE FINAL ORDER**

PLEASE TAKE NOTICE that Non-Party Bank of China, by and through its undersigned counsel, hereby joins Non-Parties Agricultural Bank of China, Bank of Communications, China Construction Bank, China Merchants Bank, Industrial and Commercial Bank of China Limited (collectively, the "Banks") in their Motion to Quash Subpoenas and to Modify the Final Order ("Motion") filed in this court on February 14, 2018. (ECF No. 70). Bank of China also submits the accompanying Declarations of Jing Xue (Bank of China Head Office) and Wesley Chen (Bank of China, New York Branch) in support of the Motion.

PLEASE TAKE FURTHER NOTICE that Bank of China joins the Banks in requesting that oral argument be heard on the Motion at the hearing before this Court scheduled for June 20, 2018.

                                                                                                  Respectfully submitted,

Dated: April 27, 2018                       */s/ David G. Hille*
                                                                              David G. Hille
                                                                              Paul B. Carberry
                                                                              Jacqueline L. Chung
                                                                              White & Case LLP
                                                                              1221 Avenue of the Americas
                                                                              New York, NY 10020
                                                                              Telephone: (212) 819-8200
                                                                              Facsimile: (212) 354-8113
                                                                              Email: dhille@whitecase.com
                                                                                          pcarberry@whitecase.com
                                                                                          jacqueline.chung@whitecase.com

                                                                              *Attorneys for Agricultural Bank of China, Bank of China, Bank of Communications, China Construction Bank, China Merchants Bank, Industrial & Commercial Bank of China Limited*