# Exhibit 2

中国银行业监督管理委员会 

Click to enable Adobe Flash Player

标题： 与 ▼
正文：
起始日期： 结束日期： 检索
结果定制： 日期倒序 ▼

共检索到 30 篇文章 当前第 1 页 搜索用时 0.0110 秒

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕31号）
中国邮政储蓄银行，党均章、董晓辉、何跃春） 行政处罚决定书文号 京银监罚决字〔2017〕31号 被处罚当事人 个人姓名 党均章、
所属栏目： 银监局行政处罚    发布日期： 2017.12.29 18:19:55

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕30号）
监局行政处罚信息公开表 （国民信托有限公司） 行政处罚决定书文号 京银监罚决字〔2017〕30号 被处罚当事人 个人姓名 ——
所属栏目： 银监局行政处罚    发布日期： 2017.12.22 18:10:03

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕29号）
信息公开表 （中国金谷国际信托有限责任公司） 行政处罚决定书文号 京银监罚决字〔2017〕29号 被处罚当事人 个人姓名 ——
所属栏目： 银监局行政处罚    发布日期： 2017.12.22 18:08:32

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕28号）
罚信息公开表 （中诚宝捷思货币经纪有限公司） 行政处罚决定书文号 京银监罚决字〔2017〕28号 被处罚当事人 个人姓名 ——
所属栏目： 银监局行政处罚    发布日期： 2017.12.22 18:07:35

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕27号）
信息公开表 （中航工业集团财务有限责任公司） 行政处罚决定书文号 京银监罚决字〔2017〕27号 被处罚当事人 个人姓名 ——
所属栏目： 银监局行政处罚    发布日期： 2017.12.22 18:06:28

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕26号）
政处罚信息公开表 （锦州银行北京分行，张辉） 行政处罚决定书文号 京银监罚决字〔2017〕26号 被处罚当事人 个人姓名 张辉
所属栏目： 银监局行政处罚    发布日期： 2017.12.22 17:45:40

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕25号）
行政处罚信息公开表 （浙商银行北京分行） 行政处罚决定书文号 京银监罚决字〔2017〕25号 被处罚当事人 个人姓名 ——
所属栏目： 银监局行政处罚    发布日期： 2017.11.30 15:17:06

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕24号）
信息公开表 （中国农业银行北京海淀支行，周伟京） 行政处罚决定书文号 京银监罚决字〔2017〕24号 被处罚当事人 个人姓名 周伟京 单位
所属栏目： 银监局行政处罚    发布日期： 2017.11.30 15:15:08

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕23号）
国农业银行北京市分行，王超、关琦、陈英顺） 行政处罚决定书文号 京银监罚决字〔2017〕23号 被处罚当事人 个人姓名 王超、关
所属栏目： 银监局行政处罚    发布日期： 2017.11.30 15:13:35

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕22号）
王飞、王秋雨、隗亚囡、张剑、周瑾、王月玮） 行政处罚决定书文号 京银监罚决字〔2017〕22号 被处罚当事人 个人姓名 张颖、肖
所属栏目： 银监局行政处罚    发布日期： 2017.11.30 15:11:26

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕1、19号）
刘咏梅、龙芳、胡则刚、吴增强、殷俊、辛铭） 行政处罚决定书文号 京银监罚决字〔2017〕1号、京银监罚决字〔2017〕19号 被处罚当事人 个人姓名
所属栏目： 银监局行政处罚    发布日期： 2017.11.17 15:15:52

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕21号）
行政处罚信息公开表 （恒丰银行北京分行，王勇、刘伟） 行政处罚决定书文号 京银监罚决字〔2017〕21号 被处罚当事人 个人姓名 王勇、刘伟
所属栏目： 银监局行政处罚    发布日期： 2017.09.27 10:42:33

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕20号）
监局行政处罚信息公开表 （浙商银行北京分行） 行政处罚决定书文号 京银监罚决字〔2017〕20号 被处罚当事人 个人姓名 ——
所属栏目： 银监局行政处罚    发布日期： 2017.09.27 10:41:26

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕18号）
公开表 （中国建设银行北京昌平支行、张广太） 行政处罚决定书文号 京银监罚决字〔2017〕18号 被处罚当事人 个人姓名 张广太
所属栏目： 银监局行政处罚    发布日期： 2017.09.27 10:40:47

中国银行业监督管理委员会

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕17号）
息公开表 （中国农业银行北京次渠支行，李阳） 行政处罚决定书文号 京银监罚决字〔2017〕17号 被处罚当事人 个人姓名 李阳

所属栏目： 银监局行政处罚　　发布日期： 2017.09.27 10:26:57

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕14号）
（北银消费金融有限公司，宋文昌、袁耀璋、顾弢、尹峥） 行政处罚决定书文号 京银监罚决字〔2017〕14号 被处罚当事人 个人姓名 宋文昌、袁耀璋、顾弢、尹峥

所属栏目： 银监局行政处罚　　发布日期： 2017.09.01 15:32:53

共 30 篇文章 第 1 / 2 页 首页 | 上一页 下一页 | 尾页

版权所有 中国银行业监督管理委员会
地址：北京市西城区金融大街甲15号邮政编码：100140 ICP备05072642号



中国银行业监督管理委员会

| 标题： |   | 与 ▼ |
|---|---|---|
| 正文： |   |   |
| 起始日期： | 结束日期： | 检索 |
| 结果定制：日期倒序 ▼ | | |

共检索到 30 篇文章 当前第 2 页 搜索用时 0.0080 秒

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕13号）
北京银监局行政处罚信息公开表（北银金融租赁有限公司）行政处罚决定书文号 京银监罚决字〔2017〕13号 被处罚当事人 个人姓名 —— 单位名称 北银金融租赁有限公司 时任法定代表人（主要负责人）姓名 闫冰竹 主要违法违规事实（案由）北银
所属栏目： 银监局行政处罚　　发布日期： 2017.08.18 09:36:17

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕12号）
监局行政处罚信息公开表（北京银行，张慧珍）行政处罚决定书文号 京银监罚决字〔2017〕12号 被处罚当事人 个人姓名 张慧珍
所属栏目： 银监局行政处罚　　发布日期： 2017.08.18 09:34:17

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕16号）
信息公开表（厦门国际银行北京分行、黄明生）行政处罚决定书文号 京银监罚决字〔2017〕16号 被处罚当事人 个人姓名 黄明生
所属栏目： 银监局行政处罚　　发布日期： 2017.08.17 15:34:55

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕15号）
（厦门国际银行北京石景山支行，袁鹏波、李楸）行政处罚决定书文号 京银监罚决字〔2017〕15号 被处罚当事人 个人姓名 袁鹏波
所属栏目： 银监局行政处罚　　发布日期： 2017.08.17 14:44:52

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕11号）
信息公开表（蒙特利尔银行（中国）有限公司）行政处罚决定书文号 京银监罚决字〔2017〕11号 被处罚当事人 个人姓名 ——
所属栏目： 银监局行政处罚　　发布日期： 2017.06.26 15:07:42

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕10号）
表（兴业银行北京分行、王建、丁继光、林韧）行政处罚决定书文号 京银监罚决字〔2017〕10号 被处罚当事人 个人姓名 王建、丁
所属栏目： 银监局行政处罚　　发布日期： 2017.06.26 15:06:55

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕9号）
处罚信息公开表（华夏银行北京分行、熊华昆）行政处罚决定书文号 京银监罚决字〔2017〕9号 被处罚当事人 个人姓名 熊华昆
所属栏目： 银监局行政处罚　　发布日期： 2017.06.26 15:01:53

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕8号）
监局行政处罚信息公开表（华夏银行北京分行）行政处罚决定书文号 京银监罚决字〔2017〕8号 被处罚当事人 个人姓名 ——
所属栏目： 银监局行政处罚　　发布日期： 2017.06.26 15:01:04

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕7号）
表（中国建设银行北京城市建设开发专业支行）行政处罚决定书文号 京银监罚决字〔2017〕7号 被处罚当事人 个人姓名 ——
所属栏目： 银监局行政处罚　　发布日期： 2017.06.26 15:00:14

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕6号）
（中国民生银行北京分行，王磊、姜钰国）行政处罚决定书文号 京银监罚决字〔2017〕6号 被处罚当事人 个人姓名 王磊、姜
所属栏目： 银监局行政处罚　　发布日期： 2017.06.26 14:57:56

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕5号）
监局行政处罚信息公开表（招商银行北京分行）行政处罚决定书文号 京银监罚决字〔2017〕5号 被处罚当事人 个人姓名 ——
所属栏目： 银监局行政处罚　　发布日期： 2017.05.26 19:27:51

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕4号）
行政处罚信息公开表（北京昌平包商村镇银行）行政处罚决定书文号 京银监罚决字〔2017〕4号 被处罚当事人 个人姓名 ——
所属栏目： 银监局行政处罚　　发布日期： 2017.05.26 19:26:57

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕3号）
开表（塞浦路斯银行公共有限公司北京代表处）行政处罚决定书文号 京银监罚决字〔2017〕3号 被处罚当事人 个人姓名 ——
所属栏目： 银监局行政处罚　　发布日期： 2017.05.26 19:26:01

《北京银监局行政处罚信息公开表》-（京银监罚决字〔2017〕2号）
行政处罚信息公开表（华鑫国际信托有限公司）行政处罚决定书文号 京银监罚决字〔2017〕2号 被处罚当事人 个人姓名 ——

所属栏目： 银监局行政处罚　　发布日期： 2017.05.26 19:24:36

共 30 篇文章 第 2 / 2 页 首页 | 上一页 下一页 | 尾页

版权所有 中国银行业监督管理委员会
地址：北京市西城区金融大街甲15号 邮政编码：100140 ICP备05072642号

**China Banking Regulatory Commission**

CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 31

Postal Savings Bank of China, Junzhang Dang, Xiaohui Dong, Yaochun He) …

Category: CBRC Administrative Penalty        Publication Date: 2017.12.29    18:19:55


CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 30

(National Trust Company Ltd.) …

Category: CBRC Administrative Penalty        Publication Date: 2017.12.22    18:10:03


CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 29

(China Jingu International Trust Co., Ltd.) …

Category: CBRC Administrative Penalty        Publication Date: 2017.12.22    18:08:32


CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 28

(China Credit BGC Money Broking Co., Ltd.) …

Category: CBRC Administrative Penalty        Publication Date: 2017.12.22    18:07:35


CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 27

(AVIC Finance Co., Ltd.)…

Category: CBRC Administrative Penalty        Publication Date: 2017.12.22    18:06:28


CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 26

(Jinzhou Bank Beijing Branch, Hui Zhang)…

Category: CBRC Administrative Penalty        Publication Date: 2017.12.22    17:45:40


CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 25

(CZ Bank Beijing Branch)…

Category: CBRC Administrative Penalty        Publication Date: 2017.11.30    15:17:06

CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 24

(Agricultural Bank of China Beijing Haidian Sub-branch, Weijing Zhou)…

Category: CBRC Administrative Penalty       Publication Date: 2017.11.30    15:15:08

CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 23

Agricultural Bank of China Beijing Branch, Chao Wang, Qi Guan, Yingshun Chen)….

Category: CBRC Administrative Penalty       Publication Date: 2017.11.30    15:13:35

CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 22

[Individual penalized:] Fei Wang, Qiuyu Wang, Yanan Wei, Jian Zhang, Jin Zhou, Yuewei Wang)… Ying Zhang, Xiao…

Category: CBRC Administrative Penalty       Publication Date: 2017.11.30    15:11:26

CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) Nos. 1, 19

Yongmei Liu, Fang Long, Zegang Hu, Zengqiang Wu, Jun Yin, Ming Xin)…

Category: CBRC Administrative Penalty       Publication Date: 2017.11.17    15:15:52

CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 21

(Heng Feng Bank Co., Ltd. Beijing Branch, Yong Wang, Wei Liu)…

Category: CBRC Administrative Penalty       Publication Date: 2017.09.27    10:42:33

CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 20

(CZ Bank Beijing Branch)…

Category: CBRC Administrative Penalty       Publication Date: 2017.09.27    10:41:26

CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 18

(China Construction Bank Beijing Changping Sub-branch, Guangtai Zhang)…

Category: CBRC Administrative Penalty      Publication Date: 2017.09.27   10:40:47

CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 17

(Agricultural Bank of China Beijing Ciqu Sub-Branch, Yang Li)…

Category: CBRC Administrative Penalty      Publication Date: 2017.09.27   10:26:57

CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 14

(Bank of Beijing Consumer Finance Company, Wenchang Song, Yaozhang Yuan, Tao Gu, Zheng Yin)…

Category: CBRC Administrative Penalty      Publication Date: 2017.09.01   15:32:53

CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 13

(Bank of Beijing Financial Leasing Company)… (Main Responsible Person/then legal representative) Binzhu Yan, Main illegal acts (cause of the case)…

Category: CBRC Administrative Penalty      Publication Date: 2017.08.18   09:36:17

CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 12

(Bank of Beijing, Hunzhen Zhang)…

Category: CBRC Administrative Penalty      Publication Date: 2017.08.18   09:34:17

CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 16

(Xiamen International Bank Beijing Branch, Mingsheng Huang)…

Category: CBRC Administrative Penalty      Publication Date: 2017.08.17   15:34:55

CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 15

(Xiamen International Bank Beijing Shijingshan Sub-branch, Pengpo Yuan, Qiu Li)…

Category: CBRC Administrative Penalty      Publication Date: 2017.08.17   14:44:52

CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 11

(Bank of Montreal (China) Co. Ltd.)…

Category: CBRC Administrative Penalty       Publication Date: 2017.06.26   15:07:42


CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 10

(Industrial Bank Co. Ltd. Beijing Branch, Jian Wang, Jiguang Ding, Ren Lin)…

Category: CBRC Administrative Penalty       Publication Date: 2017.06.26   15:06:55


CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 9

(Huaxia Bank Beijing Branch, Huakun Xiong)…

Category: CBRC Administrative Penalty       Publication Date: 2017.06.26   15:01:53


CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 8

(Huaxia Bank Beijing Branch)…

Category: CBRC Administrative Penalty       Publication Date: 2017.06.26   15:01:04


CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 7

(China Construction Bank Beijing Urban Development Special Branch)…

Category: CBRC Administrative Penalty       Publication Date: 2017.06.26   15:00:14


CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 6

(China Minsheng Bank, Beijing Branch, Lei Wang, Yuguo Jiang)…

Category: CBRC Administrative Penalty       Publication Date: 2017.06.26   14:57:56


CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 5

(China Merchants Bank Beijing Branch)…

Category: CBRC Administrative Penalty       Publication Date: 2017.05.26   19:27:51


CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 4

(Beijing Changping Baoshang Village Town Bank)…

Category: CBRC Administrative Penalty     Publication Date: 2017.05.26    19:26:57

CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 3 (Bank of Cyprus Public Company Limited Beijing Representative Office)…

Category: CBRC Administrative Penalty     Publication Date: 2017.05.26    19:26:01

CBRC Beijing Branch Administrative Penalty Information Disclosure Form – (Jing Yin Jian Fa Jue Zi (2017) No. 2 (Hua Xin International Trust Co. Ltd.)…

Category: CBRC Administrative Penalty     Publication Date: 2017.05.26    19:24:36

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that I am an Associate employed by White & Case LLP in New York, New York, that I am proficient in the English and Chinese languages, and that this is an accurate translation of the original language document.

Executed on 24th April, 2018

Signed: _____
Print name: Ada Wang