# Exhibit 3

　Click to enable Adobe Flash Player

当前位置：中国银行业监督管理委员会 > 派出机构 > 北京监管局 > 政府信息公开 > 银监局行政处罚 

发布时间：2017-11-17　文章来源：北京　文章类型：原创

## 北京银监局行政处罚信息公开表

（中国农业银行北京市分行，姚尚延、张鸣、王冰、刘咏梅、龙芳、胡则刚、吴增强、殷俊、辛铭）

| 行政处罚决定书文号 | | | 京银监罚决字〔2017〕1号、京银监罚决字〔2017〕19号 |
|---|---|---|---|
| 被处罚当事人 | 个人姓名 | | 姚尚延、张鸣、王冰、刘咏梅、龙芳、胡则刚、吴增强、殷俊、辛铭 |
| | 单位 | 名称 | 中国农业银行北京市分行 |
| | | 法定代表人（主要负责人）姓名 | 陈军 |
| 主要违法违规事实（案由） | | | 中国农业银行北京市分行同业票据业务严重违反审慎经营规则。姚尚延、张鸣、王冰、刘咏梅、龙芳、胡则刚、吴增强、殷俊、辛铭负为责任人。 |
| 行政处罚依据 | | | 《中华人民共和国银行业监督管理法》第四十六条、第四十八条。 |
| 行政处罚决定 | | | 对中国农业银行北京市分行给予罚款合计1950万元的行政处罚。对姚尚延、张鸣、王冰、刘咏梅分别给予禁止终身从事银行业工作的行政处罚。对龙芳给予禁止10年内从事银行业工作、取消终身的董事和高级管理人员任职资格的行政处罚。对胡则刚、吴增强分别给予警告并罚款10万元的行政处罚。对殷俊给予取消10年的董事和高级管理人员任职资格的行政处罚。对辛铭给予取消1年的董事和高级管理人员任职资格的行政处罚。 |
| 作出处罚决定的机关名称 | | | 北京银监局 |
| 作出处罚决定的日期 | | | 2017年5月8日、2017年9月18日 |

版权与免责声明 ⚠️

1. 凡本站及其子站注明"文章类型：原创"的所有作品，其版权属于中国银监会网站及其子站所有。其他媒体、网站或个人转载使用时必须注明："文章来源：中国银监会网站"。

2. 凡本站及其子站注明"文章类型：转载"、"文章类型：编译"、"文章类型：摘编"的所有作品，均转载、编译或摘编自其他媒体，转载、编译或摘编的目的在于传递更多信息，并不代表本站及其子站赞同其观点和对其真实性负责。其他媒体、网站或个人转载使用时必须注明文章来源，并自负法律责任。

版权所有 中国银行业监督管理委员会 ICP备05072642号

**China Banking Regulatory Commission ("CBRC") Beijing Branch Administrative Penalty Information Disclosure Form**

(Agricultural Bank of China ("ABoC") Beijing Branch, Shangyan Yao, Ming Zhang, Bing Wang, Yongmei Liu, Fang Long, Zegang Hu, Zengqiang Wu, Jun Yin, Ming Xin)

| Administrative Penalty Decision Instrument Number | | | Jing Yin Jian Fa Jue Zi (2017) No. 1 and No. 19 |
|---|---|---|---|
| **Name of Individual or Organization on Penalty** | Name of Individual | | Shangyan Yao, Ming Zhang, Bing Wang, Yongmei Liu, Fang Long, Zegang Hu, Zengqiang Wu, Jun Yin, Ming Xin |
| | Organization | Name | ABoC Beijing Branch |
| | | Name of Legal Representative (Principal Responsible Person) | Jun Chen |
| **Facts (Reasons) of Major Violation of Laws and Regulations** | | | ABoC Beijing Branch's interbank business is in serious violation of the rules of prudent operation. Responsible personnel: Shangyan Yao, Ming Zhang, Bing Wang, Yongmei Liu, Fang Long, Zegang Hu, Zengqiang Wu, Jun Yin, Ming Xin |
| **Administrative Penalty Basis** | | | Articles 46 and 48 of the Banking Supervision Law of the People's Republic of China |
| **Decision on Administrative Penalty** | | | An administrative penalty against ABoC Beijing Branch of RMB 19,500,000 yuan. A life-long prohibition on doing business in the banking industry as an administrative penalty against Shangyan Yao, Ming Zhang, Bing Wang, Yongmei Liu. A 10-year prohibition on doing business in the banking industry and a life-long disqualification for director and senior management positions as an administrative penalty against Fang Long. A warning and an administrative penalty of RMB 100,000 Yuan against Zegang Hu, Zengqiang Wu. A 10-year disqualification for director and senior management positions as an administrative penalty against Jun Yin. A 1-year disqualification for director and senior management positions as an administrative penalty against Ming Xin. |
| **Name of Decision-making Agency** | | | CBRC Beijing Branch |
| **Date of Decision** | | | May 8, 2017 and September 18, 2017 |

**<u>CERTIFICATION</u>**

I declare under penalty of perjury under the laws of the United States that I am an Associate employed by White & Case LLP in New York, New York, that I am proficient in the English and Chinese languages, and that this is an accurate translation of the original language document.

Executed on ⎯⎯ April, 2018

Signed: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

Print name: Ada Wang