# Exhibit 6

当前位置：首页 > 政务公开 > 银监分局行政处罚

发布时间：2017-03-10　文章来源：四川　文章类型：原创

## 南充银监分局行政处罚信息公开表

（南充市商业银行股份有限公司清溪支行）

| 行政处罚决定书文号 | | 南银监罚 [2017] 8号 |
|---|---|---|
| 被处罚当事人姓名或名称 | 个人姓名 | |
| | 单位 名称 | 南充市商业银行股份有限公司清溪支行 |
| | 单位 法定代表人（主要负责人）姓名 | 陈镜如 |
| 主要违法违规事实（案由） | | 违法扣划、冻结客户存款账户资金。 |
| 行政处罚依据 | | 《中华人民共和国商业银行法》第七十三条、《中华人民共和国行政处罚法》第二十七条。 |
| 行政处罚决定 | | 罚款人民币六万元 |
| 作出处罚决定的机关名称 | | 南充银监分局 |
| 作出处罚决定的日期 | | 2017年2月22日 |

### 版权与免责声明 ⚠

1. 凡本站及其子站注明"文章类型：原创"的所有作品，其版权属于中国银监会网站及其子站所有。其他媒体、网站或个人转载使用时必须注明："文章来源：中国银监会网站"。
2. 凡本站及其子站注明"文章类型：转载"、"文章类型：编译"、"文章类型：摘编"的所有作品，均转载、编译或摘编自其他媒体，转载、编译或摘编的目的在于传递更多信息，并不代表本站及其子站赞同其观点和对其真实性负责。其他媒体、网站或个人转载使用时必须注明文章来源，并自负法律责任。

# China Banking Regulatory Commission ("CBRC") Nanchong Branch Administrative Penalty Information Disclosure Form

(Nanchong Commercial Bank Co., LTD. Qingxi Branch)

| Administrative Penalty Decision Instrument Number | | | CBRC Nan Chong [2017] 8 |
|---|---|---|---|
| **Name of Individual or Organization on Penalty** | | Name of Individual | |
| | Organization | Name | Nanchong Commercial Bank Co., LTD. Qingxi Branch |
| | | Name of Legal Representative (Principal Responsible Person) | Chen Jing-Ru |
| Facts (Reasons) of Major Violation of Laws and Regulations | | | Illegal deduction and freeze of client deposit account funds |
| Administrative Penalty Basis | | | Article 73 of the Commercial Banking Law of the People's Republic of China, Article 27 of the Administrative Penalty Law of the People's Republic of China |
| Decision on Administrative Penalty | | | A fine of RMB 60,000 yuan |
| Name of Decision-making Agency | | | CBRC Nanchong Branch |
| Date of Decision | | | February 22, 2017 |

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that I am an Associate employed by White & Case LLP in New York, New York, that I am proficient in the English and Chinese languages, and that this is an accurate translation of the original language document.

Executed on 24 April, 2018

Signed: _____

Print name: Jia Ying