# EXHIBIT 1A

# EXHIBIT 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007

CHAMBERS OF
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE

(212) 805-6112

August 15, 2012

Robert Weigel, Esq.
Gibson, Dunn & Crutcher, LLP
47th Floor
200 Park Avenue
New York, New York 10166

Dwight Healy, Esq.
White & Case, LLP
1155 Avenue of the Americas
New York, New York 10036

Andrew R. Davies
Allen & Overy, LLP
1221 Avenue of the Americas
New York, New York 10020

Re: Tiffany (NJ) LLC et al v. Andrew et al.
10 Civ. 9471 (RA)(HBP)

Counsel:

Attached please find a copy of a letter and documents received by Judge Pitman from Ms. Zhiying Li of the office of the Ministry of Justice in China.

Very truly yours,

Bruce Hampton
Courtroom Deputy

中华人民共和国司法部
**Ministry of Justice, People's Republic of China**
No. 6, Chaoyangmen Nandajie, Chaoyang District, Beijing 100020, China
Tel: +86 10 6515 3113 Fax: +86 10 6515 3144

Beijing, August 7, 2012
Your Ref. No. CIV. 9471(WHP)(HBP)
Our Ref. No. 2012-SXH-69

TO:
The Honorable Magistrate Judge Henry B. Pitman
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
U.S.A.

**RE: Request for Obtaining Evidence in China**

The International Legal Cooperation Center of the Ministry of Justice of China presents its compliments to United States District Court for the Southern District of New York.

Concerning your request for taking of evidence for the Tiffany case, the Chinese competent authority holds that some evidence required lacks direct and close connections with the litigation. As the Chinese government has declared at its accession to the Hague Evidence Convention that for the request issued for the purpose of the pre-trial discovery of documents only the request for obtaining discovery of the documents clearly enumerated in the Letters of Request and of direct and close connection with the subject matter of the litigation will be executed, the Chinese competent authority has partly executed the requests which it deems conform to the provisions of the Convention.

Attached please find the documents obtained from the banks concerned.

The International Legal Cooperation Center of the Ministry of Justice of the People's Republic of China avails itself of this opportunity to renew to the Grievance Committee for the Ninth Judicial District of New York of the United States of America the assurance of its highest consideration.

RECEIVED
AUG 15 2012
CHAMBERS OF
HENRY PITMAN
U.S.M.J.

中华人民共和国司法部
International Legal Cooperation Center
Ministry of Justice
People's Republic of China

Contact: Zhiying Li (Ms.)
Tel: +86 10 6515 3113
Fax: +86 10 6515 3144
Email: ivylee319@vip.sina.com

# 中华人民共和国最高人民法院

**关于美国请求就 Tiffany 案向中国银行、中国工商银行和招商银行调取相关账户信息事**

法外[2012] 265 号

司法部司法协助交流中心：

你中心（2012）司协函 3 号收悉。

我国加入《海牙取证公约》时根据公约第二十三条声明，对于普通法国家旨在进行审判前文件调查的请求书，仅执行已在请求书中列明并与案件有直接密切联系的文件的调查请求。

经审查，美方在请求书中请求调取的部分证据与案件缺乏直接密切联系。

根据我国加入《海牙取证公约》时所做的上述声明，现将有关法院从中国银行、中国工商银行和招商银行相关机构调取的 5 个账户的相关材料转去，请即转交请求方。

最高人民法院外事局

二〇一二年八月七日

TY02

0000019

CHINA

关联

交易日期:2010/09/14

...87706512

...马莉

名:

卡 号: [redacted]7902

账 号: [redacted]0917

账户类型:1

ATM和POS主账户:Y

电子渠道连接:Y

电子渠道默认账户:N

核准: 经办:8966013 交易流水号:2869316 机构号:5254

中国银行 BANK OF CHINA

# 中国银行股份有限公司个人账户开户及综合服务申请表
Application Form for Opening Personal Account/Comprehensive Service of Bank of China Limited

## 客户资料 Customer Data

*姓名 Name：马莉　　客户号 Customer No.：＿＿＿＿

*证件类型 Type of Identification：☑居民身份证 Citizen ID　□护照 Passport　其它 Others＿＿＿＿

*证件号码 ID No.：220182198704258462

备注 Note：＿＿＿＿

*代理人姓名 Name of Agent：＿＿＿＿　*联系电话 Phone Number：＿＿＿＿

*证件类型 Type of Identification：＿＿＿＿　*证件号码 ID No.：＿＿＿＿

*代办理由 Reason for Agency：＿＿＿＿

注：注明*者为必填项，其它为选填项。
Notes: The item with * is compulsive, others are optional.

本人承诺上述所提供的开户资料真实、有效，如有伪造、欺诈，自愿承担法律责任。
本人已阅读并了解本申请表中"中国银行股份有限公司个人账户开户及综合服务申请协议书"的有关条款，并自愿遵照该协议的有关约定、客户须知、服务协议和银行有关章程、业务规则、业务规定办理相关业务。

李丛

…certify that the above information provided for opening … valid, and declare to be legally liable for any counterfeit … of PRC.
… understood the items of "Contract for Opening … Comprehensive Service of BOC" in this form and … relevant regulations, instructions, service … articles, and business rules of the contract

＿＿年 YYYY ＿＿月 MM ＿＿日 DD

＿＿月 MM ＿＿日 DD

## 交易工具 Business Instruments

- ☑ 长城电子借记卡 Great Wall E-debit Card
- □ 中银理财贵宾卡 BOC Wealth Management VIP Card
- □ 中银财富管理贵宾卡 BOC Prestigious Wealth Management VIP Card
- □ 长城生肖卡 Great Wall Animal Sign Card
- □ 长城理想之家房车卡 Great Wall Ideal Home Housing & Auto Card
- □ 长城全民健身卡 Great Wall National Fitness card
- □ 活期一本通存折 Current All-in-one Passbook
- □ 定期一本通存折 Fixed All-in-one Passbook
- □ 成长账户 Growth Account
- □ 普通/礼仪存单 General/Ceremonial Deposit Certificate
- 其他(请注明) Others (please specify)＿＿＿＿
- □ 借记卡活期对账簿 Debit Card Statement (Demand Transactions)
- □ 借记卡定期对账簿 Debit Card Statement (Time Transactions)
- □ 附属卡申请(另请填写附属卡申请表) Additional Card Application (Please complete other form)　申请张数(最多4张) Card(s) (4 piece at most)＿＿＿＿

注：附属卡申请人必须为主卡申请人直系亲属。
Notes: Additional card applicant must be a direct family member of the principle card applicant.

## 储蓄产品 Savings Product

- □ 活期一本通 All-in-one Current Account
- □ 定期一本通 All-in-one Fixed Account
- □ 整存整取 Time Deposit of Lump-sum Deposit and Withdrawal
- □ 通知存款 Call Deposit
- □ 普通活期 Savings Deposit
- □ 定活两便 Time or Savings Optional Deposit
- □ 零存整取 Time Deposit of Small Savings for Lump-sum Withdrawal
- □ 存本取息 Principal-receiving and Interest Withdrawing Time Deposit
- □ 教育储蓄 Educational Deposit
- □ 凭证式国债 Certificate T-bond
- □ 其它 Others＿＿＿＿

| | |
|---|---|
| 利息支付方式 Interest Payment Methods | □ 转其它账户 Transfer to other Account<br>账号 Account No.＿＿＿＿ |
| 支取方式 Withdrawal Methods | □ 凭密码支取 By Password<br>□ 其它 Others＿＿＿＿ |
| 自动转存 | □ 是 Yes　□ 否 No |

## 功能管理 Functions Management

| 关联账户 Related Accounts | | 网上银行 Online-Banking | 电话银行 Phone-Banking |
|---|---|---|---|
| | 账号1 Account No.1＿＿＿＿ | □ | □ |
| | 账号2 Account No.2＿＿＿＿ | □ | □ |
| | 账号3 Account No.3＿＿＿＿ | □ | □ |
| | 账号4 Account No.4＿＿＿＿ | □ | □ |

| | | |
|---|---|---|
| 渠道服务 Channel Service | 网上银行 Online-Banking | □ 查询版 Query Version<br>☑ 理财版 Wealth Management Version<br>□ E-Token 申请+绑定 E-Token Application+Binding |
| | 电话银行 Phone-Banking | □ 开通 Open |
| | 短信通知 Short Message Notification | □ 开通 Open |
| 投资理财 Investment Service | 基金代销 Consigned Funds | □ 开通（另请签订服务协议） Open (please sign other service contract) |
| | 第三方存管/B股银证转账 Third Party Custody/B-share Banking-Securities Transfer | □ 开通（另请签订服务协议） Open (please sign other service contrac |
| | 储蓄国债(电子式) Savings Bond(electronic) | □ 开通 Open<br>资金账号 Set Capital Account No.＿＿＿＿ |
| | 记账式国债 Book-entry T-bond | □ 开通 Open<br>资金账号 Set Capital Acc |
| 其它 Others | 客户领卡确认 Customer confirmation when getting the card | 本人已领 I have got … |

第一联 银行

# 个人客户信息表

**Individual Customer Information Form**

年 YYYY 月 MM 日 DD

变更客户信息 Change

000001

For Bank Use Only

...86013
...创建日期： 2010/09/14
...姓名 马莉
...性别： 女
通讯语言 中文
国籍： 中华人民共和国
居民： 居民
证件类型 居民身份证
证件号码 220182198704258462
证件到期日期： 2016/05/16
发证机关：

经办(签章)Teller(Stamp) 核准(签章)Approval(Stamp) 银行签章Seal of Bank

2010.09.14

For Customer Use Only 客户填写

| | | | |
|---|---|---|---|
| 家庭地址(邮政编码) Home Address & Postcode | 吉林省长春市建隆街新竹花园40栋 511209 | | |
| 家庭电话 Home Tel. | | 移动电话 Mobile | 15567755533 |
| 办公地址(邮政编码) Office Address & Postcode | | | |
| 办公电话 Office Tel. | | 传真 Fax | |
| 电子邮件 E-mail | | | |
| 月收入 Monthly Income | | 职业 Occupation | |

能否提供利息税优惠证明文件 Certificate of Interest Tax Rebate Provided ☐否 No ☐是 Yes

利息税优惠到期日 Interest Tax Rebate Expiry Date ____________

如果需要综合对账单服务，请您提供以下内容： Information Required for Consolidated Statement of Accounts:

综合对账单通讯语言 Statement Language ☐中文 Chinese ☐英文 English

综合对账单邮寄地址 Statement Address ☐家庭地址 Home Address ☐办公地址 Office Address

综合对账单收送方式 Delivery Method ☐柜面自取 Over the Counter ☐邮寄 Post ☐网上传送 E-mail ☐其他 Others ____________

综合对账单周期 Statement Frequency ☐每个月一次 Monthly ☐每季一次 Quarterly ☐每年一次 Yearly

如为代办，请确认以下内容：If being authorized to act on one's behalf, please fill in the following contents:

| | | | |
|---|---|---|---|
| 代办人姓名 Name of Authorized Person | | 联系电话 Tel. | |
| ...名称 | | 证件号码 ID No. | |

...填写及银行打印信息的真实性、准确性、全面性确认无误，并对因上述信息产生的责任...供的客户信息与以往凭同一证件开立账户时留的信息不一致，将自动更新原有对应信...
...he above information filled in this form and printed by the bank is true, accurate and complete, and shall be responsible for all the ... e information provided by customer this time is inconsistent with the information registered when the account was established ...stomer information will be automatically updated.)

马莉

第一联 银行留存 Page 1 for Bank

姓名 马莉
性别 女 民族 汉
出生 1987 年
住址 吉林省榆树市城郊街
北门村高家6组
2005年06月16日签发 有效期限 10年
编号 220182198704258462

中国银行吉林省分行营业部
国际汇款贷记通知书
CREDIT CONFIRMATION OF INWARD REMITTANCE

adam:
项我行已于即日贷记你[redacted]0917账户，如有问题请及时与我行联系，联系电话:043188409364
that we have credited to your account the following funds. If you have any problem,
tact us as soon as possible, our contact Tel.No: 043188409364

汇入汇款
on Type: Inward Remittance

交易日期：2010/12/07
Transaction Date:

Beneficiary: 马莉
Beneficiary A/C No.: [redacted]0917
金额 Credit CCY/AMT: USD / 9900.000
Remitter: PAYPAL, INC.
Remitting Bank: CITIUS33XXX
编号 Business Ref. No.: TI10120600005862
Remittance Ref No.: G1403370933401
Draft No.:
alue Date: 2010/12/06
/金额 Remittance CCY/AMT: USD / 9900.000
uying Rate: 0.0000
卖出价 Selling Rate: 0.0000
Overseas Charge: USD /0.000
/出口收汇核销专用号码: 220000000101101207U002
laration No./Reconciliation Receiving Specific No.
arks:
Remittance Information:

Details of Charges: BEN
用Sender's Charges: USD 0.00
用Receiver's Charges:
收报人信息Sender to Receiver Information:
570519732

根据国家外汇管理局规定，请于五个工作日内到我行办理国际收支涉外收入申报手续。此凭证可代兑换水
lease come to BOC branch/outlet to complete the international payments declaration proced
five working days according to the regulation of SAFE. This document could be used as Ex

经办:7309457
Handler
交易流水号
Transaction Journal No
交易机构
Transaction Institution

2010年09月25日打印，退单重复

中国银行
BANK OF CHINA

中国银行吉林省分行营业部
国际汇款贷记通知书
CREDIT CONFIRMATION OF INWARD REMITTANCE

致(To):马莉
Dear Sir/Madam:
下列汇入款项我行已于即日贷记你[redacted]0917账户，如有问题请及时与我行联系，联系电话:043188409364
We confirm that we have credited to your account the following funds. If you have any problem, please contact us as soon as possible, our contact Tel.No: 043188409364

交易名称：汇入汇款
Transaction Type: Inward Remittance

交易日期：2010/09/25
Transaction Date:

收款人名称 Beneficiary: 马莉
收款人账号 Beneficiary A/C No.: [redacted]0917
入账货币/金额 Credit CCY/AMT: USD / 9898.000
汇款人名称 Remitter: PAYPAL, INC.
汇款行名称 Remitting Bank: CITIUS33XXX
我行业务编号 Business Ref. No.: TI10092500010839
汇款编号 Remittance Ref No.: G1402630403801
汇票编号 Draft No.:
起息日 Value Date: 2010/09/22
汇款货币/金额 Remittance CCY/AMT: USD / 9898.000
买入价 Buying Rate: 0.0000 卖出价 Selling Rate: 0.0000
国外费用 Overseas Charge: USD /0.000
申报号码/出口收汇核销专用号码: 220000000101100925U035
SAFE Declaration No./Reconciliation Receiving Specific No.
附言 Remarks:
汇款信息Remittance Information:

费用明细Details of Charges: BEN
发报行费用Sender's Charges: USD 0.00
收报行费用Receiver's Charges:
发报人给收报人信息Sender to Receiver Information:
/ACC/13570519732

备注：根据国家外汇管理局规定，请于五个工作日内到我行办理国际收支涉外收入申报手续。此凭证可代兑换
Note: Please come to BOC branch/outlet to complete the international payments declaration proced within five working days according to the regulation of SAFE. This document could be used as Exc Memo.

| 核准:1945887 | 经办:7637026 | 交易流水号:060174533 | 交易机构:5254 | 借贷标识:CR |
|---|---|---|---|---|
| Re-Checker | Handler | Transaction Journal No | Transaction Institution | CR/DR Flag |

新线存款历史交易明细清单

**交易区间** 2010/09/25 **至** 2011/03/25
**打印日期** 2012/04/06 **打印网点：** 5254 　　　　　**打印柜员：** 5683391
**帐号：** ███████0917 　　　　　**客户号：** 80705512
**账户名：** 马莉
**开户日期** 2010/09/25 　　　　　**开户行：** 05254
**产品大类** 5501 　　　　　**产品子类：** 1007
**起息日：** 2010/09/25 　　　　　**到期日：**
**存折号：** 　　　　　**货币号：**

| 交易日<br>交易类别 | 网点<br>对方帐号 | 交易代码 | 货币号<br>冲正 | 交易金额<br>过账日期 | 交易余额<br>柜员 | 摘要<br>交易名称 |
|---|---|---|---|---|---|---|
| 20100925 | 05254 | 01045 | USD | 9,898.000 | 9,898.000 | |
| 01 | ████████0069 | | 0 | 20100925 | 7637026 | 无折转客户账 |
| 20100928 | 05254 | 01055 | USD | -9,898.000 | 0.000 | |
| 01 | ████████7970 | | 0 | 20100928 | 4647915 | 无折客户账转账 |
| 20101207 | 05254 | 01045 | USD | 9,900.000 | 9,900.000 | |
| 01 | ████████0069 | | 0 | 20101207 | 7309457 | 无折转客户账 |
| 20101208 | 05254 | 01055 | USD | -9,900.000 | 0.000 | |
| 01 | ████████7970 | | 0 | 20101208 | 4647915 | 无折客户账转账 |
| 20101221 | 00557 | 00730 | USD | 0.110 | 0.110 | |
| 01 | ████████7857 | | 0 | 20101220 | 9770100 | 应付利息结息 |

版本2

招商银行 CHINA MERCHANTS BANK

# 户开户申请书

（蓝色字体为必填项）

附件 张

名：邓永熙　性别：☑男 □女　出生日期：1944 年 [REDACTED]

婚姻：☑已婚 □未婚 □其他　学历：☑大专及以下 □本科 □硕士 □博士及以上

手机：13711604302　职业：退休

地址：广州市越秀区西华二巷16号101　邮政编码：510000

电话：020-86432317　办公电话：—　电子邮件：xuepo@onepound.cn

单位地址及邮编：

联系人资料（非本人、无担保责任）

关系：☑亲属 □朋友 □其他　姓名：邓五娣　联系电话：13711604302

代理人填写栏（代理他人办理开户必须填写）

联系电话：　代办理由：

邮政编码：

招商银行信用卡：□有 ☑没有

个人贷款：□已在招行申请

□已在他行申请［○房贷 ○车贷 ○消费贷 ○经营贷 ○其他＿＿］

☑没有申请

授权我行查询您的人民银行个人信用信息，以便我行今后主动向您提供授信额度服务（仅限本人勾选）

□同意 ☑不同意

请在银行工作人员的指导下填写

| 类型 | "一卡通"金卡 | "金葵花"卡 |
|---|---|---|
| □存折 □存单 灿金一卡通 | □MasterCard □VISA □银联 | □MasterCard □VISA □银联 |

（请在"□"内打"√"）

| | | | |
|---|---|---|---|
| ☑默认额度 | □每日限额（人民币）＿＿元 | □不开通 |
| ☑默认额度 | □每日限额（人民币）＿＿元 | □不开通 |
| ☑默认额度 | □每日限额（人民币）＿＿元 | □不开通 |
| 每日限额 | □默认额度 | □每日限额（人民币）＿＿元 | ☑不开通 |

（请在"□"内打"√"）

□开通文件数字证书　□关联已有专业版

我行提供的优惠服务及其他信息

招商银行股份有限公司 CHINA MERCHANTS BANK CO.,LTD.

大众版网上支付每日额度（人民币）

□默认额度　□每日限额＿＿元，网上支付总额度＿＿元

快易理财　指定移动电话：　指定固定电话：

● 是否开通转账汇款功能　□是 □否

● 是否开通电话支付功能　□是 □否

● 定制收款账户设置：

（1）收款人全称：　收款人账号：

开户银行＿＿省＿＿市/县＿＿行

（2）收款人全称：　收款人账号：

开户银行＿＿省＿＿市/县＿＿行

当日累计转账限额设置　转向定制收款户口 □无限额 □限额为（人民币）＿＿元

转向非定制收款户口 □无限额 □限额为（人民币）＿＿元

自助转账 □首次申请 □增加账户

● 向同一身份证下（1）卡/账号＿＿（2）卡/账号＿＿

（3）卡/账号＿＿（4）卡/账号＿＿

● 向他人他行转账　转入账户名称＿＿转入账号＿＿

开户银行＿＿省＿＿市/县＿＿行

每日转账限额＿＿元，每月转账限额＿＿

信用卡自动还款　信用卡卡号

还款账户类型 □人民币 ○全额 ○最低还款额 □美元 ○全额 ○最低还款额

附加服务功能（仅限"一卡通"金卡、"金葵花"卡客户，如需要，请在"□"内打"√"）

对账单寄送 □常住地址 □单位地址 □电子邮件

以下功能申请仅针对VISA/MasterCard的"一卡通"金卡、"金葵花"卡客户

境外POS消费 □每日限额（美元）＿＿元 □无限额

境外ATM取款 □每日限额（美元）＿＿元 □默认限额

委托购汇功能 □开通

特色服务功能（需另行填写相关申请书）

□第三方存管 □基金交易 □购买保险 □自助贷款 □个人外汇实盘买卖 □黄金买卖

声明及阅知

本人已阅读并了解相关开户须知、章程、业务功能说明及责任条款、业务收费标准，并同意遵守上述内容及相关的服务责任条款和协议。

本人保证在本申请书中所填内容及所提供的资料真实。不论开户申请批准与否，本人同意此申请书及其相关资料由招商银行保留。

申请/代办人签名：邓永熙，2010年11月28日

（招商银行股份有限公司广州越秀支行 2010-11-28 柜面个人业务章 （3））

（招商银行股份有限公司广州越秀支行 柜面业务专用章（4））

银行审核栏　登记

编号　经办人签章　开户行签章

招商银行股份有限公司 CHINA MERCHANTS BANK

身份证件复印留存处
姓名 邓永熙
性别 男 民族 汉
出生 1944 年
住址 广州市越秀区西华二巷16号
440104194407151910
中华人民共和国
居民身份证
签发机关 广州市公安局越秀分局
有效期限 2005.01.28-长期

## 申请开立招商银行个人存款账户须知

一、申请人自愿开立招商银行个人账户，并遵守国家有关金融法律法规、政策及招商银行业务规章制度。"一卡通"（指招商银行各种银行卡，下同）账户申请人，还应同时遵守中国银联、Visa或MasterCard等银行卡组织的相关规定。

二、申请人保证向招商银行提供的开户证件符合《个人存款账户实名制规定》，在招商银行填写的其他开户资料正确、真实。若由代办人开户，代办人保证向招商银行提供的申请人和代办人的开户证件符合《个人存款账户实名制规定》，代办人在招商银行填写的其他开户资料正确、真实，并保证告知账户申请人相关开户须知、章程、业务功能说明及责任条款、业务收费标准。

三、招商银行存折和存单账户设置的密码为账户密码。招商银行"一卡通"设置的密码包括查询密码和交易密码，查询业务使用查询密码，支付业务均使用交易密码。凡使用密码进行的交易均视为账户所有人本人所为。账户所有人应妥善保管账号、密码等个人银行资料，不得将账户转借他人使用，…借他人使用账户或泄露个人银行资料的风险及损失由账户所有人自行承担。

…申请人如遗失个人账户等存款凭证、遗忘或发现个人账户密码被泄露，要立即向招商银行提出挂失申请。在申请挂失前或口头挂失后（口头挂失五日内有效）账户资金被支取，责任由申请人…

…申请人在招商银行进行余额查询、打印时，界面显示的余额…申请人因POS消费等行为已发生支付，但因商户还…因而尚未扣除的金额。

六、申请人同意招商银行按照监管机构的有关规定，对个人…户的账户管理或其他服务收取费用，具体收费内容和收费标准以招商银行对外通告为准。

七、当申请人留存在招商银行的个人资料发生变更时，务必及时通知招商银行修改或在招商银行提供的渠道提出修改。因申请人未及时修改造成的后果，由申请人自行承担相关责任。

八、根据国家有关金融法律法规规定，如申请人账户交易异常或涉嫌洗钱、恐怖融资或涉及联合国等制裁时，招商银行将停止向申请人提供金融服务，并通知申请人于规定期限内办理销户。逾期未办理则视同自愿销户，由招商银行代申请人办理销户。

九、招商银行仅通过95555、1065795555、106550201009555电话和1065902095555、www.cmbchina.com网站向申请人发送短信通知或提供网上支付申请和交易。请申请人不要在虚假、欺诈网站使用个人账户，如因此造成的风险和损失将由申请人自行承担。

十、为保证申请人账户的资金安全，根据监管机构的规定，招商银行因风险控管的需要，可以暂行停止申请人账户的支付业务，或根据实际情况临时关闭账户的部分服务功能。

十一、申请人同意"一卡通"中的人民币活期账户自动设置为个人银行结算账户；人民币存折帐户由申请人在开立账户时选择开立结算账户或储蓄账户，具体以实际开立账户为准。申请人保证其对个人银行结算账户的使用遵守《人民币银行结算账户管理办法》及金融监管机构其他账户管理的有关规定。

…"一卡通"、存折后享有通过电话银行、网…修改密码、口头挂失等服…

…招商银行代为转存。转存后的整存整取存款，取款手续视同整存整取定期存款到期支取办理。

十四、招商银行有权根据监管机构的政策调整、业务发展需求、风险控制等政策和申请人的实际情况等因素对申请人所持"一卡通"POS消费、ATM取款/转账、自助查询终端转账的"默认额度"以及每日在ATM机上提款的最高限额和次数限额进行调整，而无需预先通知申请人。

十五、如果申请人同意招商银行查询申请人的人民银行个人信用信息，表示申请人已授权招商银行今后在主动提供授信额度时查询申请人的人行信用记录。招商银行将遵照相关制度，保证申请人的个人信用信息安全，并根据银行制度决定是否主动向申请人提供授信额度，届时申请人有权选择是否接受该额度。

十六、申请人申请开通"信用卡自动还款"功能，有关操作要求以《招商银行信用卡章程》、《招商银行信用卡领用合约》和招商银行信用卡业务最新公告为准。

十七、因系统故障、通讯异常及不可抗力因素或申请人原因造成的申请人账户的资金风险和损失，招商银行概不承担责任。

十八、招商银行发行的带有有效期的借记卡，卡片有效期均为三年，逾期卡片自动失效。卡片失效后，申请人持过期卡片均不能在境内外自助存/取款机、商户POS机使用，但申请人使用该卡所发生的债权债务关系不因卡片逾期而消失。

十九、申请人申请开立"一卡通"联名卡，除遵守以上各项条款之外，还应同时遵守招商银行有关联名卡的管理规定。

二十、请申请人认真阅读"一卡通"章程，并同意遵守相关责任条款。

## "一卡通·靓卡"、"一卡通"金卡、"金葵花"卡其他须知

一、领卡后，请申请人本人立即在卡片背面签名栏内签上与"个人账户开户申请书"中载明的一致的姓名。招商银行不承担因申请人未在卡片背面签名或卡片背面签名与申请书中载明的签名不一致而造成的全部损失。

二、"一卡通·靓卡"、"一卡通"金卡、"金葵花"卡可在招商银行及境内外带有"银联"、"VISA"、"MasterCard"等国际银行卡组织标识的受理点使用。招商银行及中国银联特约商户等受理点使用以人民币结算；VISA、MasterCard等银行卡网络受理点使用以美元结算。在境外VISA、MasterCard等银行卡网络使用"境外ATM交易"、"境外POS交易"，须先在招商银行开通"境外ATM交易"、"境外POS交易"服务。

三、申请人在境外通过VISA、MasterCard网络提取当地货币现钞交易凭卡片和交易密码完成，在境外的POS交易凭卡片和签名完成。

四、申请人通过VISA、MasterCard等国际银行卡组织网络进行的交易属双信息交易，即卡片发生交易时，招商银行按一定汇率先在申请人的账户中冻结交易金额，当商户与银行进行结算时再从账户中完成扣款。申请人在境外发生的正常及差错调整交易，招商银行均按国际组织实际清算请款金额从申请人的账户内扣取，因汇率波动导致的汇兑损失需由申请人承担。

五、申请人持卡在境外的使用可涉及三个账户：美元活期现钞账户、美元活期现汇账户和人民币活期账户。若美元活期现钞账户…将扣减美元活期现汇账户余额；申请人如开通"委托购汇"…和美元活期现汇账户余额之和不足…美元活期现钞账户、美元活期现汇账户和人民币活期账户余额…放透支贷款后，无论申请人是否开通"委托购汇"功能…有权进行购汇处理。

六、"一卡通·靓卡"、"一卡通"金卡、"金葵…记卡，申请人在交易时不可以主动透支。但由于国际银…有的交易模式、汇率波动等原因在扣款过程中发生的透…行有权向申请人追索透支款项及透支利息。对于超过…还透支贷款本息的，招商银行有权暂停卡片使用，并对…催收。因催收欠款而产生的一切费用均由申请人承担。…权主动扣取申请人在招商银行开立的其他任意活期本外…用于归还透支款项及透支利息。透支利息自账户透支日…之五计。如按本条规定扣收申请人的存款币种为外币的…行有权进行结汇处理，并将结汇后的人民币用于归还…款项和相关利息。

七、如申请人不再使用"一卡通·靓卡"、"一…"金葵花"卡，请持卡片到招商银行网点柜台申请办…招商银行将于申请人提出申请40天后，正式办理销卡…

八、如申请人在境外遗失卡片，可拨打国际组织…寻求应急支援服务，服务项目包括紧急取现、紧急挂…行将按照国际组织的有关标准向申请人收取相关费用。

九、招商银行可以依据申请人的要求提供对账单…行仅对当月发生交易的人民币、美元现钞、美元现汇…对账单。

## 长期不动账户安全管理须知

一、申请人在招商银行开立存折、存单或银行卡…请人账户资金安全，若账户出现下列情形，在规定期…行将对此账户列入长期不动户管理：

（一）活期账户、通知存款账户、定活两便账户…含）未发生交易或仅发生自动转存、自动结存利息…收）、账户管理费扣费交易的；

（二）定期账户（不含通知存款账户、定活两…两年以上，到期后五年内（含）仅发生自动转存、…含利息税扣收）的；

（三）定期账户（不含通知存款账户、定活两…两年以下（含），到期后三年内（含）仅发生自动…利息（含利息税扣收）的；

二、账户列入长期不动户时，该账户的现金…转存、利息结存、账户管理费扣费、账户查询等…申请人不能主动办理余额减少类交易，如网上银…及转账交易。

三、长期不动户可以在自助渠道办理刷银…款密码的交易使账户自动恢复为正常…POS消费等业务。申请人也可到我行任一网…有效身份证明办理解除长期不动户状态（如…办人身份证明）。

四、申请人在招商银行的账户，在…2年，且账户余额为零的，招商银行有权…户。

客户外币汇入汇款交易

银行股份有限公司广州越秀支行
柜面业务专用章
(4)

| 收款人 | 汇入日期 | 汇入金额 | 汇款人 | 汇入行名地址 |
|---|---|---|---|---|
| 邓永熙 | 20110112 | USD1990 | PAYPAL, INC. PAYPAL PTE. LTD | CITIBANK N. A., NEW YORK U. S. A. |
| 邓永熙 | 20110218 | USD1990 | PAYPAL, INC. PAYPAL PTE. LTD | CITIBANK N. A., NEW YORK U. S. A. |
| 邓永熙 | 20110906 | USD2107.16 | PAYPAL, INC. PAYPAL PTE. LTD | CITIBANK N. A., NEW YORK U. S. A. |

邓永熙账户人民币资金流出交易

招商银行股份有限公司广州越秀支行 柜面业务专用章 (4)

| 交易日期 | 交易类型 | 交易金额 |
|---|---|---|
| 20110114 | ATM取现 | 人民币3000元 |
| 20110114 | ATM取现 | 人民币2000元 |
| 20110115 | 银联消费 | 人民币168元 |
| 20110218 | ATM取现 | 人民币3000元 |
| 20110318 | ATM取现 | 人民币3000元 |
| 20110318 | ATM取现 | 人民币3000元 |
| 20110318 | ATM取现 | 人民币3000元 |
| 20110407 | ATM取现 | 人民币2500元 |
| 20110417 | ATM取现 | 人民币2500元 |
| 20110501 | ATM取现 | 人民币2500元 |
| 20110504 | 柜台取现 | 人民币1575.22元 |
| 20110927 | 关户取款 | 人民币13434.61元 |

邓永熙账户外币转出交易情况：

邓永熙 ，账号[redacted]7999， 无外币转出交易

招商银行股份有限公司广州越秀支行
柜面业务专用章
(4)



# 客户邓永熙账户情况说明

邓永熙，2010 年 11 月 28 日在招行广州越秀支行开立一张招行卡，账号：[REDACTED]7999，已于 2011 年 09 月 27 日关户销卡，卡内无余额。

特此说明

招行广州越秀支行

20120706



ICBC 8993

中国工商银行 牡丹灵通卡/活期一本通存折/个人银行结算账户/电子银行开户(注册)申请书

Application Form For Peony Money Link Card/All-in-one Current Account Passbook/Personal Settlement Account/E-Banking Account

开户申请书:

3982 活期

户名 齐迹 卡号 [redacted] 币种RMB 金额65.00

日期 2008-03-30 时间15:48:17 起息日期 2008-03-30无折户

帐户序号00000 子帐号 [redacted] 客户级别 普通客户 收全费(年) 收费(工)

卡费(RMB)10.00 工本费(RMB)5.00

凭证序号 00100 地区号 0200 网点号 2125 柜员号 11951 授权柜员号 00000

身份证 220102197903162221

个人结算账户开户申请书:

3982 ...

[redacted]4564 币种RMB 金额65.00

日期 2008-03-30 账户种类 个人结算帐户 账户属性 无折户 税率5.00%

220102197903162221

| 姓名 Name | 齐迹 | 姓名(英文或拼音) Name (English or Pinyin) | QI JI |
|---|---|---|---|
| 证件发证机关所在地 Issuing Address | | 证件种类1 ID type 1 / 身 | 证件号码1 ID number 1: 220102197903162221 |
| 证件发证机关所在地 Issuing Address | | 证件种类2 ID type 2 | 证件号码2 ID number 2 |
| 联系地址 Contact Address — 住址 Residential address | 北京市朝阳区十里堡北里... | 邮政编码 Zip code | 100025 |
| 工作单位 Employer | 朝阳区检察院 | 邮政编码 Zip code | 100025 |
| 其他 Others | | 邮政编码 Zip code | |
| 住宅电话 | 85541556 | 手机 Mobile phone: 13681251655 | 传真 Fax |
| 电子信箱 Email | | 账户类型 Account type | 牡丹灵通卡·e时代 Peony Money Link Card·E-Age ☑ 牡丹灵通卡 Peony Money Link Card ☐ 活期一本通存折 All-in-one Current Account Passbook ☐ |
| 社会保险号码 | | 纳税编码 Tax number | |
| 代理人姓名 Name of agent | 证件种类 ID type | 证件号码 ID number | |
| 代理人联系地址 Address of agent | | 联系电话 Contact telephone | |
| 币种 Currency / 钞汇 | 大写 Amount in words | | 金额 Amount: 亿 千 百 十 万 千 百 十 元 角 分 |
| | 82222 ... | | |

业务主管: Charge　复核(授权): Check　经办人: Transactor

第一页 第一联 开户银行留存

1979

姓名 齐迹
性别 女 民族 汉
出生 1979 年
住址 北京市朝阳区晨光家园
215楼2403号
公民身份号码 220102197903162221
中华人民共和国
居民身份证
签发机关 北京市公安局朝阳分局
有效期限 2008.11.15-2028.11.15
②-2

## 账户交易流水——自美国流入

| 账号 | 卡号 | 交易日期 | 发生额 | 余额 |
|---|---|---|---|---|
| 4564 | 8993 | 2008-04-03 | 465 | 465 |
| 4564 | 8993 | 2008-04-09 | 915 | 915 |
| 4564 | 8993 | 2008-04-16 | 1900 | 1900 |
| 4564 | 8993 | 2008-05-21 | 4900 | 4900 |
| 4564 | 8993 | 2008-06-06 | 6500 | 6500 |
| 4564 | 8993 | 2008-07-07 | 8900 | 8900 |
| 4564 | 8993 | 2008-08-04 | 9900 | 9900 |
| 4564 | 8993 | 2008-08-27 | 8800 | 8800 |
| 4564 | 8993 | 2008-10-07 | 8000 | 8000 |
| 4564 | 8993 | 2008-10-22 | 9950 | 10240 |
| 4564 | 8993 | 2009-01-15 | 8900 | 9240 |
| 4564 | 8993 | 2009-06-19 | 1088 | 1088 |
| 4564 | 8993 | 2009-07-01 | 0.22 | 0.22 |
| 4564 | 8993 | 2009-11-23 | 9952 | 9952.22 |
| 4564 | 8993 | 2009-12-22 | 11003 | 11003 |
| 4564 | 8993 | 2010-02-08 | 10188 | 10188 |
| 4564 | 8993 | 2010-06-25 | 11988 | 11988 |
| 4564 | 8993 | 2010-07-01 | 1.12 | 1.12 |
| 4564 | 8993 | 2010-10-21 | 14498 | 14499.12 |
| 4564 | 8993 | 2010-11-10 | 17000 | 17000.12 |
| 4564 | 8993 | 2010-11-26 | 19000 | 22680.12 |
| 4564 | 8993 | 2010-12-14 | 12000 | 12000.12 |
| 4564 | 8993 | 2011-02-23 | 6303 | 6303.12 |
| 4564 | 8993 | 2011-03-31 | 9468 | 9468 |
| 4564 | 8993 | 2011-07-01 | 1.42 | 1.42 |
| 4564 | 8993 | 2011-10-31 | 5596.5 | 5597.92 |

| 账号 | 卡号 | 交易日期 | 发生额 | 余额 |
|---|---|---|---|---|
| 4564 | 8993 | 2012-07-01 | 0.09 | 0.09 |

## 账户交易流水-美元流出

| 账号 | 卡号 | 交易日期 | 发生额 | 余额 |
|---|---|---|---|---|
| 4564 | 8993 | 2008-04-05 | 465 | 0 |
| 4564 | 8993 | 2008-04-13 | 915 | 0 |
| 4564 | 8993 | 2008-04-16 | 1900 | 0 |
| 4564 | 8993 | 2008-05-23 | 4900 | 0 |
| 4564 | 8993 | 2008-06-06 | 6500 | 0 |
| 4564 | 8993 | 2008-07-08 | 8900 | 0 |
| 4564 | 8993 | 2008-08-05 | 9900 | 0 |
| 4564 | 8993 | 2008-08-31 | 8800 | 0 |
| 4564 | 8993 | 2008-10-08 | 7710 | 290 |
| 4564 | 8993 | 2008-10-25 | 9900 | 340 |
| 4564 | 8993 | 2009-01-19 | 9240 | 0 |
| 4564 | 8993 | 2009-06-28 | 1088 | 0 |
| 4564 | 8993 | 2009-12-04 | 9952.22 | 0 |
| 4564 | 8993 | 2009-12-29 | 11003 | 0 |
| 4564 | 8993 | 2010-02-28 | 10188 | 0 |
| 4564 | 8993 | 2010-06-26 | 11988 | 0 |
| 4564 | 8993 | 2010-10-23 | 14499 | 0.12 |
| 4564 | 8993 | 2010-11-13 | 13320 | 3680.12 |
| 4564 | 8993 | 2010-11-28 | 22680 | 0.12 |
| 4564 | 8993 | 2010-12-28 | 12000 | 0.12 |
| 4564 | 8993 | 2011-02-26 | 6303.12 | 0 |
| 4564 | 8993 | 2011-04-16 | 9468 | 0 |
| 4564 | 8993 | 2011-11-06 | 5597.92 | 0 |

中国工商银行股份有限公司北京市分行业务技术监督中心 专用章 (10)

活期历史明细清单

帐号: [redacted]4564 户名: 齐[illegible]　　起始日期:2012-07-01 终止日期:2013-08-07

操作地区: 0200　操作网点: 0003　操作柜员: 15422　授权柜员号: 00000

| 工作日期 | 入账日期 | 币种 | 钞汇 | 交易代码 | 注释 | 借贷 | 发生额 | 余额 |
|---|---|---|---|---|---|---|---|---|
| 地区 | 网点 | 操作员 | 界面 | 终端号 | | | | |
| 2012-07-01 | 2012-07-07 | USD | 汇 | 71005 | 利息 | 贷 | 0.09 | 0.09 |
| 0200 | 2125 | 00001 | 批量业务 | | | | | |

ICBC 广东 银行 9558 8036 0218 2444 043

中国工商银行
INDUSTRIAL AND COMMERCIAL BANK OF CHINA

APPLICATION FOR PERSONAL SETTLEMENT ACCOUNT

3202 现

编号:
No.:

申请日期: 2003年12月10日
Y M D

交易代码:
Transaction No:

银行打印 Bank use

户名 邓玉婵 帐号 [redacted]8277 币种 RMB 金额 3,500.00
日期 2003-12-10 交易序号 00084 地区号3602 网点号0023 柜员号08455 授权柜员号00000
起息日期 2003-12-10 通 密 帐户种类 个人结算账户 帐户属性 多币种户
证件类型 身份证 证件号码440104197210081940 余额 3,500.00 税率 20.00%

第一联 银行留存

190mm×270mm

客户填写 Customer use

| 姓名(中文) Name (Chinese) | 邓玉婵 | 姓名(英文或拼音) Name (English or Pinyin) | DENG YU CHAN |
|---|---|---|---|
| 身份证件名称 ID type | 身份证 | 证件号码 ID number | 440104197210081940 |
| 代理人证件名称 Subsidiary ID type | | 证件号码 ID number | |
| 通讯地址 Address | 番禺市亍路旭晖花园21号 | | |
| 联系电话 Contact tel. | 34804804 13711604302 | 邮政编码 Zip code | 511400 |
| 开户金额 Initial deposit amount | ¥350000 | 备注 Re: | |

中国工商银行广州市番禺东环办事处 2003.12.10

# 中国工商银行个人银行结算账户管理协议
MANAGEMENT AGREEMENT ON PERSONAL SETTLEMENT ACCOUNT OF ICBC

为保证合法、规范使用个人银行结算账户,中国工商银行(甲方)与开户申请人(乙方)在平等自愿的基础上,根据中国人民银行《人民币银行结算账户管理办法》及相关法律、法规,签订本协议并共同遵守。

第一条 乙方自愿选择在甲方开立人民币个人银行结算账户,或自愿将本人已经开立的人民币活期储蓄账户转为个人银行结算账户,甲方同意为乙方开立个人银行结算账户,并为乙方提供个人银行结算账户服务。

第二条 乙方在甲方开立、使用和撤消个人银行结算账户应遵守《人民币银行结算账户管理办法》及相关法律、法规的规定。乙方使用在甲方开立的个人银行结算账户办理各项业务时,还应遵守甲方的相关制度规定。

第三条 乙方在甲方开立个人银行结算账户,需向甲方提交相应的证明文件,并接受甲方的审核。乙方承诺所提供的开户资料真实、有效,如有伪造、欺诈,承担法律责任。

第四条 乙方不得利用在甲方开立个人银行结算账户进行偷逃税款、逃废债务、套取现金、洗钱及其他违法犯罪活动。

第五条 乙方不得出租、出借在甲方开立的个人银行结算账户,不得利用在甲方开立的个人银行结算账户套取银行信用。

第六条 乙方申请在甲方开立的个人银行结算账户时应填写开户申请书。符合甲方受理个人票据业务开办条件的客户,在申请办理票据业务时还需要预留签章。甲方受理后,乙方应确认开立个人银行结算账户申请书中甲方填写(打印)的内容。

第七条 乙方须按支付结算法律法规使用支付结算工具,并按甲方有关规定支付服务费用。

第八条 乙方使用在甲方开立的个人银行结算账户办理个人转账收付和大额现金存取时要遵守《人民币银行结算账户管理办法》的有关规定。

第九条 乙方撤销在甲方开立的个人银行结算账户,必须与甲方核对该账户存款余额,并交回各种重要空白票据及结算凭证,甲方核对无误后方可办理销户手续。乙方因故未交回各种重要空白票据及结算凭证的,须出具书面证明,由此而造成的损失由乙方承担。

第十条 乙方遗失或更换预留个人印章,应按《人民币银行结算账户管理办法》及甲方的相关制度规定,向甲方提供经签名确认的书面申请及有关证明。

第十一条 乙方须定期与甲方核对账务。

第十二条 如乙方违规使用个人银行结算账户,甲方有权停止其使用个人银行结算账户。

第十三条 甲方应依法为乙方在甲方开立的个人银行结算账户的存款和有关资料保密。除国家法律另有规定外,甲方有权拒绝任何单位或个人查询。

第十四条 本协议于乙方在甲方开立的个人银行结算账户存续期间有效,如乙方撤销在甲方开立的个人银行结算账户,自正式销户之日起,本协议自动终止。

甲方(开户银行) 签章: 
Bank stamp:

中国工商银行广州市番禺东环办事处 业务公章 (2)

乙方(开户申请人) 签名: 邓玉婵
Customer signature:

| 事后监督: Past supervise: | 银行意见: Bank opinion: 同意 | 业务主管: Charge: | 复核: Check: | 经办: Transactor: |
|---|---|---|---|---|

p

# 牡丹灵通卡申请表

编号：

| 以下为申请人填写 | | | |
|---|---|---|---|
| 姓名（中文） | 邓玉婵 | 性别 | 女 |
| 姓名（拼音） | DENG YU CHAN | | |
| 身份证件类别 | 身份证 | | |
| 身份证件号码 | 440104197210081940 | | |
| 通讯地址 | 番禺市广路旭晖花园21号 | | |
| 联系电话 | 34804804 | 邮编 | 511400 |
| 活期储蓄帐号 | 58... | | |
| 声明 | 本人现向贵行申请以上活期储蓄帐户的牡丹灵通卡，并保证遵守《中国工商银行广东省分行营业部牡丹灵通卡章程》。<br>申请人签名：邓玉婵<br>填表日期：2003.12.10 | | |
| 以下为发卡机构填写 | | | |
| 接办员： 储蓄所签章：<br>操作员：<br>发卡员： 发卡日期： | | | |

373 生邑广

回 执 编号：

帐号:"█████████8277" 户名:郑玉

证件号:[440104197210081940]

中国工商银行股份有限公司广州番禺支行 核算事项证明章 (02)

| 入帐日期 | 入帐时间 | 借贷标志 | 币种 | 交易金额 | 余额 |
|---|---|---|---|---|---|
| 20100430 | 09.06.06 | 贷 | 美元 | 1,488.00 | 1,488.00 |
| 20100521 | 09.09.51 | 贷 | 美元 | 1,553.00 | 1,553.00 |
| 20100603 | 11.11.43 | 贷 | 美元 | 1,003.00 | 2,556.00 |
| 20100701 | 04.30.20 | 贷 | 美元 | 0.26 | 0.26 |
| 20101008 | 10.12.52 | 贷 | 美元 | 1,988.00 | 1,988.26 |
| 20110701 | 04.35.34 | 贷 | 美元 | 0.14 | 0.14 |

中国工商银行股份有限公司广州番禺支行 核算事项证明章 (02)

帐号:"██████████8277" 户名:邓玉婵

证件号:[440104197210081940]

| 入帐日期 | 入帐时间 | 借贷标志 | 币种 | 交易金额 | 余额 |
|---|---|---|---|---|---|
| 20100517 | 10.31.45 | 借 | 美元 | 1,488.00 | 0.00 |
| 20100623 | 09.51.24 | 借 | 美元 | 2,556.00 | 0.00 |
| 20101020 | 17.01.02 | 借 | 美元 | 1,988.26 | 0.00 |

卡号：[REDACTED]4043 交易日期：2012-08-06 交易时间：15:04:07 交易代码：1996
交易网点：0243 交易柜员：02111 授权柜员：00000 交易类型：查询客户卡下全部账户
户名：邓玉婵 证件类型：身份证 证件号码：440104197210081940
基本账户账号：[REDACTED]8277 账户代码：000 账户属性：有折户 挂卡状态：挂卡
到期日期： 币种：美元 钞汇标志：汇 余额：0.14
客户确认：本人已核对打印内容无误。 客户签名

中国工商银行股份有限公司广州番禺支行
核算事项证明章
(02)

ICBC 8 864

# 中国工商银行 牡丹灵通卡/活期一本通存折/个人银行结算账户/电子银行开户(注册)申请书

2008 年 06 月 11 日
Date

| | |
|---|---|
| 姓名 Name | [illegible] |
| 姓名(英文或拼音) Name (English or Pinyin) | |
| 证件种类1 ID type 1 | 身份证 |
| 证件号码1 ID number 1 | 220182198704258462 |
| 证件种类2 ID type 2 | |
| 证件号码2 ID number 2 | |
| 联系地址 Contact Address — 住址 Residential address | [illegible]市[illegible]区[illegible]花园40栋... 517209 |
| 邮政编码 Zip code | |
| 工作单位 Employer | |
| 其他 Others | |
| 联系电话 Contact telephone | 84626573 |
| 手机 Mobile phone | 13756921114 |
| 传真 Fax | |
| 电子信箱 E-mail | |
| 账户类型 Account type | 牡丹灵通卡·e时代☑ Peony Money Link Card · E-Age  牡丹灵通卡☐ Peony Money Link Card  活期一本通存折☐ All-in-one Current Account Passbook |
| 社会保险编码 Insurance number | |
| 纳税编码 Tax number | |
| 代理人姓名 Name of agent | |
| 证件种类 ID type | |
| 证件号码 ID number | |
| 代理人联系地址 Contact Address of agent | |
| 联系电话 Contact telephone | |
| 币种 Currency | |
| 钞/汇 C/E | |
| 大写金额 Amount in words | |
| 金额 Amount (亿 千 百 十 万 千 百 十 元 角 分) | |

客户填写 Customer

网上银行 Internet Banking
- 注册☑ Register
  - 开通对外转账功能☑ Outward transfer
  - 不开通对外转账功能☐ No Outward transfer
  - 开通电子商务功能☑ Online payment business
  - 不开通电子商务功能☐ No online payment business
  - 身份认证介质 Certificate medium: 自备U盾☐ Owned USB-shield；申领U盾☑ Apply for USB-shield；申领电子银行口令卡☐ Apply for E-banking Code Card
  - 预留提示信息 Text to be verified: [illegible]
- 添加为注册卡或账户☐ Add as Registered card or account
  - 网上银行原注册卡号 Original registered card number of Internet Banking

电话银行注册☐ Register Telephone Banking
- 不对外转账☐ No Outward transfer
- 向约定账户转账☐ Transfer to designated account
- 序号 No. / 电话银行约定转账账户(账号/卡号) Designated account/card number for Telephone banking outward transferring: 1. 2. 3.
- 限定消费支付电话号码 Designated phone number for Telephone banking payment: 1. 2. 3. 4.

手机银行(短信) Mobile Phone Banking
- 注册☐ Register — 注册手机号码 Registered Mobile Phone number: ; 开通对外转账功能 Outward transfer; 不开通对外转账功能☐ No Outward transfer
- 添加为注册卡☐ Add as Registered card — 手机银行(短信)原注册卡号 Original registered card number of Mobile Phone Banking:

其他申请事项 Other application item:

银行填写

| | | | |
|---|---|---|---|
| 开户银行名称 Bank name | | 账户类型 Account type | 借记卡☑ Debit card |
| 开户银行代码 Bank code | | | 活期一本通存折☐ All-in-one Current Account Passbook |

事后监督 Post supervise: 业务主管 Charge: 复核(授权) Check: 经办 Transactor:

第一联 开户银行留存

填写时请阅读背面的"填写说明"。

个人银行结算户开户申请书
个人电子银行注册凭证
第二页第三联 中国人民银行当地分支行留存

姓名 马莉

性别 女 民族 汉

出生 1987 年 [redacted]

住址 吉林省榆树市城郊街北门村高家6组

公民身份号码 220182198704258462

中华人民共和国

居民身份证

签发机关 榆树市公安局

有效期限 2006.10.25-2016.10.25

帐号：[redacted]8864 户名：马莉

证件号码：220182198704258462

| 入账日期 | 入账时间 | 借贷标志 | 币种 | 交易金额 | 余额 |
|---|---|---|---|---|---|
| 2008-06-13 | 15.45.39 | 贷 | 美元 | 50.00 | 50.00 |
| 2008-07-11 | 11.33.21 | 贷 | 美元 | 40.00 | 40.00 |
| 2008-09-21 | 21.44.07 | 贷 | 美元 | 7.00 | 47.00 |
| 2008-09-24 | 08.51.36 | 贷 | 美元 | 400.00 | 400.00 |
| 2008-09-26 | 14.49.04 | 贷 | 美元 | 792.00 | 1,192.00 |
| 2008-10-31 | 13.17.43 | 贷 | 美元 | 1,942.00 | 1,944.00 |
| 2009-07-01 | 05.15.00 | 贷 | 美元 | 0.01 | 0.01 |
| 2009-09-24 | 13.56.18 | 贷 | 美元 | 3,132.00 | 3,132.00 |
| 2009-10-22 | 10.02.47 | 贷 | 美元 | 4,627.00 | 4,627.00 |
| 2009-11-05 | 09.07.11 | 贷 | 美元 | 6,003.00 | 6,003.00 |
| 2009-11-05 | 09.24.48 | 贷 | 美元 | 1,057.00 | 7,060.00 |
| 2009-12-11 | 09.20.39 | 贷 | 美元 | 7,598.00 | 7,598.00 |
| 2010-02-25 | 14.28.51 | 贷 | 美元 | 9,896.00 | 9,896.00 |
| 2010-03-30 | 14.22.30 | 贷 | 美元 | 9,896.00 | 9,896.00 |
| 2010-04-29 | 09.36.01 | 贷 | 美元 | 9,896.00 | 9,896.00 |
| 2010-06-04 | 08.50.16 | 贷 | 美元 | 9,896.00 | 9,896.00 |
| 2010-07-01 | 05.49.11 | 贷 | 美元 | 0.01 | 0.01 |
| 2010-08-20 | 09.09.05 | 贷 | 美元 | 9,896.00 | 9,896.01 |

帐号：[REDACTED]8864 户名：马莉

证件号码：220182198704258462

| 入账日期 | 入账时间 | 借贷标志 | 币种 | 交易金额 | 余额 |
|---|---|---|---|---|---|
| 2008-06-13 | 19.17.35 | 借 | 美元 | 50.00 | 0 |
| 2008-10-04 | 12.56.44 | 借 | 美元 | 100.00 | 1,092.00 |
| 2008-10-14 | 10.15.48 | 借 | 美元 | 47.00 | 0.00 |
| 2008-10-14 | 10.09.47 | 借 | 美元 | 1,090.00 | 2.00 |
| 2008-10-31 | 14.37.06 | 借 | 美元 | 1,944.00 | 0.00 |
| 2009-09-25 | 13.38.08 | 借 | 美元 | 3,132.00 | 0.00 |
| 2009-10-22 | 10.10.59 | 借 | 美元 | 4,627.00 | 0.00 |
| 2009-11-05 | 09.26.04 | 借 | 美元 | 7,060.00 | 0.00 |
| 2009-12-11 | 09.38.18 | 借 | 美元 | 7,598.00 | 0.00 |
| 2010-02-25 | 14.35.13 | 借 | 美元 | 9,896.00 | 0.00 |
| 2010-03-30 | 14.28.15 | 借 | 美元 | 9,896.00 | 0.00 |
| 2010-04-29 | 10.18.11 | 借 | 美元 | 9,896.00 | 0.00 |
| 2010-06-04 | 09.01.23 | 借 | 美元 | 9,896.00 | 0.00 |
| 2010-08-20 | 09.23.16 | 借 | 美元 | 9,896.00 | 0.01 |

中国工商银行股份有限公司长春光明路支行 储蓄业务证明章 (93)

卡号：[REDACTED]8864 交易日期：2012-08-06 交易时间：16:57:21 交易代码：1996
交易网点：2202 交易柜员：05134 授权柜员：00000 交易类型：查询客户卡下全部账户
户名：马莉 证件类型：身份证 证件号码：220182198704258462
基本账户账号：[REDACTED]5696 子账户序号：00000 账户属性：无折户 记录状态：正常
到期日期： 币种：美元 钞汇标志：钞 余额：0.01
基本账户账号：[REDACTED]5696 子账户序号：00000 账户属性：无折户 记录状态：正常
到期日期： 币种：美元 钞汇标志：汇 余额：0.01

核算事项证明章
(01)