IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC and CONVERSE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> Maria WU et al. <br><br> Defendants. | 13-CV-8012 (CM) |

**DECLARATION OF JACQUELINE L. CHUNG IN SUPPORT OF OBJECTION OF NONPARTY BANKS TO MAGISTRATE JUDGE FREEMAN'S SEPTEMBER 11, 2018 ORDER DENYING NONPARTY BANKS' MOTION TO QUASH SUBPOENAS**

I, Jacqueline L. Chung, declare as follows:

1. I am an attorney at the law firm of White & Case LLP, counsel for nonparties Bank of China, Bank of Communications, China Construction Bank, China Merchants Bank, and Industrial and Commercial Bank of China Limited (collectively, "the Banks") in the above-captioned proceedings.

2. I submit this declaration in support of the Banks' Objection to Magistrate Judge Freeman's September 11, 2018 Order Denying Nonparty Banks' Motion to Quash Subpoenas (the "Objection") in the above-captioned action. This declaration is based on my personal knowledge and upon my review of the records in this matter.

3. In support of their Opposition to the Motion to Quash and Cross-Motion to Compel Production of Documents, ECF No. 87, Plaintiff-Assignee Next Investments, LLC ("Assignee") submitted a nine-page excerpt from *The Bank Directory: Worldwide Correspondents ("Bank Directory")*. See ECF No. 84-1. Assignee submitted this excerpt in

1

support of its argument that the Banks' maintenance of New York correspondent accounts gives rise to personal jurisdiction. See ECF No. 87 at 12-14.

4.  In her September 11, 2018 Memorandum and Order, Magistrate Judge Freeman referenced this excerpt of the *Bank Directory*, noting that "all of the Banks have been shown by the Assignee to maintain multiple correspondent accounts with New York banks." ECF No. 150 at 12.

5.  As stated in their Objection, the Banks respectfully submit that it is necessary for the Court to have a complete understanding of the number of non-U.S. banks maintaining correspondent accounts in New York in order to assess the reasonableness of exercising personal jurisdiction over non-U.S. banks that maintain such accounts in New York—accounts through which wire payments pass through on a routine basis. See Objection at II.E.1. This information is presented in the complete version of the *Bank Directory*.

6.  Accordingly, the Banks hereby submit a complete version of the *Bank Directory*, a true and correct copy of which is attached hereto as **Exhibit 1**.

7.  Based on a review of the information in the *Bank Directory*, there are approximately 3,558 banks from around the world that maintain correspondent accounts in New York to handle US Dollar ("USD") transactions. These banks maintain, in total, approximately 9,122 correspondent accounts in New York. The breakdown of correspondent accounts based in New York, by country, is as follows:

| Country | Number of Banks with New York Correspondent Accounts for USD Transactions | Number of New York Correspondent Accounts for USD Transactions |
|---|---|---|
| Afghanistan | 5 | 8 |
| Aland Islands | 1 | 2 |
| Albania | 5 | 12 |

| Country | Number of Banks with New York Correspondent Accounts for USD Transactions | Number of New York Correspondent Accounts for USD Transactions |
|---|---|---|
| Algeria | 11 | 22 |
| Andorra | 5 | 12 |
| Angola | 4 | 7 |
| Anguilla | 1 | 1 |
| Antigua and Barbuda | 3 | 4 |
| Argentina | 28 | 92 |
| Armenia | 10 | 27 |
| Australia | 12 | 20 |
| Austria | 85 | 329 |
| Azerbaijan | 7 | 9 |
| Bahamas | 24 | 39 |
| Bahrain | 18 | 57 |
| Bangladesh | 50 | 252 |
| Barbados | 7 | 15 |
| Belarus | 9 | 18 |
| Belgium | 29 | 62 |
| Belize | 3 | 6 |
| Benin | 5 | 7 |
| Bermuda | 5 | 10 |
| Bhutan | 4 | 13 |
| Bolivia | 7 | 29 |
| Bonaire, St. Eustatius and Saba | 1 | 1 |
| Bosnia and Herzegovina | 9 | 16 |
| Botswana | 10 | 24 |
| Brazil | 45 | 162 |
| British Virgin Islands | 2 | 3 |
| Brunei | 2 | 4 |

| Country | Number of Banks with New York Correspondent Accounts for USD Transactions | Number of New York Correspondent Accounts for USD Transactions |
|---|---|---|
| Bulgaria | 14 | 35 |
| Burkina Faso | 6 | 11 |
| Burundi | 2 | 4 |
| Cabo Verde | 2 | 2 |
| Cambodia | 13 | 30 |
| Cameroon | 4 | 5 |
| Canada | 17 | 45 |
| Cayman Islands | 13 | 27 |
| Central African Republic | 1 | 1 |
| Chad | 2 | 3 |
| Chile | 12 | 85 |
| China | 110 | 340 |
| Colombia | 14 | 43 |
| Comoros | 2 | 3 |
| Democratic Republic of the Congo | 8 | 10 |
| Republic of the Congo | 3 | 5 |
| Cook Islands | -- | -- |
| Costa Rica | 12 | 34 |
| Cote D'Ivoire | 10 | 18 |
| Croatia | 13 | 32 |
| Cuba | 0 | 0 |
| Curacao | 11 | 16 |
| Cyprus | 7 | 15 |
| Czech Republic | 14 | 39 |
| Denmark | 57 | 120 |
| Djibouti | 5 | 8 |

| Country | Number of Banks with New York Correspondent Accounts for USD Transactions | Number of New York Correspondent Accounts for USD Transactions |
|---|---|---|
| Dominica | 1 | 2 |
| Dominican Republic | 11 | 56 |
| Ecuador | 9 | 32 |
| Egypt | 27 | 91 |
| El Salvador | 8 | 27 |
| Equatorial Guinea | -- | -- |
| Eritrea | -- | -- |
| Estonia | 3 | 5 |
| Ethiopia | 11 | 29 |
| Faroe Islands | 3 | 5 |
| Fiji | 2 | 3 |
| Finland | 4 | 13 |
| France | 95 | 176 |
| French Polynesia | 3 | 7 |
| Gabon | 4 | 6 |
| The Gambia | 8 | 10 |
| Georgia | 7 | 15 |
| Germany | 447 | 833 |
| Ghana | 29 | 40 |
| Gibraltar | 6 | 9 |
| Greece | 24 | 31 |
| Greenland | -- | -- |
| Grenada | 3 | 5 |
| Guadalupe | 1 | 1 |
| Guatemala | 18 | 22 |
| Guernsey, Channel Islands | 8 | 16 |
| Guinea | 3 | 6 |

| Country | Number of Banks with New York Correspondent Accounts for USD Transactions | Number of New York Correspondent Accounts for USD Transactions |
|---|---|---|
| Guinea-Bissau | 1 | 1 |
| Guyana | 3 | 7 |
| Haiti | 6 | 15 |
| Honduras | 6 | 20 |
| Hong Kong | 20 | 59 |
| Hungary | 17 | 43 |
| Iceland | 5 | 10 |
| India | 17 | 122 |
| Indonesia | 46 | 188 |
| Iran | -- | -- |
| Iraq | 3 | 6 |
| Ireland | 18 | 25 |
| Isle of Man | 2 | 2 |
| Israel | 10 | 24 |
| Italy | 89 | 219 |
| Jamaica | 6 | 9 |
| Japan | 79 | 225 |
| Jersey, Channel Islands | 4 | 7 |
| Jordan | 17 | 78 |
| Kazakhstan | 21 | 40 |
| Kenya | 30 | 68 |
| Kiribati | 1 | 1 |
| South Korea | 14 | 53 |
| Kuwait | 14 | 49 |
| Kyrgyzstan | 4 | 11 |
| Laos | 5 | 7 |
| Latvia | 4 | 7 |

| Country | Number of Banks with New York Correspondent Accounts for USD Transactions | Number of New York Correspondent Accounts for USD Transactions |
|---|---|---|
| Lebanon | 33 | 123 |
| Lesotho | 3 | 6 |
| Liberia | 5 | 14 |
| Libya | 2 | 4 |
| Liechtenstein | 8 | 17 |
| Lithuania | 5 | 14 |
| Luxembourg | 58 | 112 |
| Macao | 6 | 15 |
| F.Y.R. Macedonia | 6 | 11 |
| Madagascar | 4 | 7 |
| Malawi | 7 | 21 |
| Malaysia | 38 | 76 |
| Maldives | 3 | 7 |
| Mali | 5 | 13 |
| Malta | 9 | 20 |
| Mauritania | 4 | 6 |
| Mauritius | 15 | 32 |
| Mexico | 22 | 80 |
| Moldova | 8 | 16 |
| Monaco | 10 | 17 |
| Mongolia | 3 | 6 |
| Montenegro | 5 | 6 |
| Montserrat | — | — |
| Morocco | 16 | 44 |
| Mozambique | 10 | 28 |
| Myanmar | | |
| Namibia | 5 | 18 |

| Country | Number of Banks with New York Correspondent Accounts for USD Transactions | Number of New York Correspondent Accounts for USD Transactions |
|---|---|---|
| Nepal | 26 | 95 |
| Netherlands | 23 | 41 |
| New Caledonia | 5 | 7 |
| New Zealand | 8 | 15 |
| Nicaragua | 4 | 23 |
| Niger | 4 | 9 |
| Nigeria | 16 | 38 |
| Norway | 105 | 129 |
| Oman | 7 | 30 |
| Pakistan | 22 | 128 |
| Palestine, State of | 3 | 5 |
| Panama | 38 | 147 |
| Papua New Guinea | 3 | 7 |
| Paraguay | 11 | 35 |
| Peru | 9 | 56 |
| Philippines | 24 | 149 |
| Poland | 20 | 55 |
| Portugal | 18 | 45 |
| Qatar | 11 | 45 |
| Reunion | 1 | 1 |
| Romania | 18 | 43 |
| Russia | 125 | 229 |
| Rwanda | 7 | 12 |
| St. Helena | -- | -- |
| St. Kitts and Nevis | 3 | 8 |
| St. Lucia | 2 | 2 |
| St. Vincent and the Grenadines | 2 | 3 |

| Country | Number of Banks with New York Correspondent Accounts for USD Transactions | Number of New York Correspondent Accounts for USD Transactions |
|---|---|---|
| Samoa | 3 | 5 |
| San Marino | 3 | 5 |
| Sao Tome and Principe | -- | -- |
| Saudi Arabia | 13 | 58 |
| Senegal | 6 | 12 |
| Serbia | 14 | 36 |
| Seychelles | 4 | 6 |
| Sierra Leone | 7 | 9 |
| Singapore | 12 | 21 |
| Sint Maarten | 1 | 1 |
| Slovakia | 7 | 19 |
| Slovenia | 12 | 33 |
| Solomon Islands | 1 | 2 |
| Somalia | -- | -- |
| South Africa | 10 | 33 |
| Spain | 39 | 142 |
| Sri Lanka | 13 | 91 |
| Sudan | -- | -- |
| South Sudan | 4 | 5 |
| Suriname | 1 | 1 |
| Swaziland | 4 | 10 |
| Sweden | 10 | 16 |
| Switzerland | 160 | 306 |
| Taiwan | 33 | 165 |
| Tajikistan | 3 | 3 |
| Tanzania | 26 | 47 |
| Thailand | 14 | 52 |

| Country | Number of Banks with New York Correspondent Accounts for USD Transactions | Number of New York Correspondent Accounts for USD Transactions |
|---|---|---|
| Timor-Leste | 1 | 2 |
| Togo | 2 | 6 |
| Trinidad and Tobago | 7 | 17 |
| Tunisia | 21 | 59 |
| Turkey | 44 | 185 |
| Turkmenistan | 5 | 7 |
| Turks and Caicos | 2 | 7 |
| Uganda | 20 | 45 |
| Ukraine | 33 | 87 |
| United Arab Emirates | 27 | 85 |
| United Kingdom | 74 | 140 |
| United States | 97 | 132 |
| Uruguay | 8 | 48 |
| Uzbekistan | 8 | 20 |
| Vanuatu | 4 | 9 |
| Venezuela | 9 | 15 |
| Vietnam | 29 | 127 |
| Wallis and Futuna | 1 | 2 |
| Yemen | 1 | 1 |
| Zambia | 16 | 36 |
| Zimbabwe | 8 | 14 |
| **TOTAL** | **3,558 banks with New York correspondent accounts** | **9,122 correspondent accounts in New York** |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 10, 2018
      New York, New York

                                        WHITE & CASE LLP

                                        By: */s/ Jacqueline L. Chung*
                                        Jacqueline L. Chung