UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
NIKE, INC. and CONVERSE INC.,                              :
:
                 Plaintiffs,                       :
:
  -against-                                               :   No. 13 Civ. 8012 (CM)(DCF)
:
MARIA WU d/b/a                                             :
WWW.SHOECAPSXYZ.COM, et al.,                               :
:
                 Defendants.                       :
:
-----------------------------------------------------------x

## NOTICE OF MOTION FOR ALTERNATIVE SERVICE

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated January 9, 2019, the supporting Declaration of Alexandra Grossbaum, dated January 9, 2019, the exhibits attached thereto, and all prior pleadings, papers and proceedings had herein, assignee Next Investments, LLC by and through its undersigned counsel, will move this Court, before the Honorable Colleen McMahon, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, at a time and date to be determined by the Court for an order (1) to serve subpoenas via email on acquiring banks Harbin Bank Co., Ltd. and Guangdong Nanyue Bank Co., Ltd. and (2) granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
January 9, 2019

          GIBSON, DUNN & CRUTCHER LLP

By: */s/ Robert Weigel*
    Robert Weigel
    Howard S. Hogan
    Lauren M.L. Nagin
    Alexandra Leigh Grossbaum

    200 Park Avenue
    New York, NY  10166-0193
    Telephone:  212.351.4000
    Fax:  212.351.4035
    RWeigel@gibsondunn.com
    HHogan@gibsondunn.com
    LNagin@gibsondunn.com
    AGrossbaum@gibsondunn.com

Attorneys for NEXT INVESTMENTS, LLC