**WHITE & CASE**

June 20, 2019

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

VIA ECF

The Honorable Colleen McMahon
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:     <u>Nike</u> v. <u>Wu</u>, Case No. 13 Civ. 8012 (CM) (DCF)**

Dear Judge McMahon:

      On behalf of the nonparty Chinese banks[1] in the above-referenced action, we write pursuant to Rule IV.H. of Your Honor's Individual Practices and Procedures to request that the Court hold oral argument on the Banks' Motion for Reimbursement of Attorneys' Fees, Costs, and Other Expenses Reasonably Incurred in Responding to Subpoenas from Plaintiff-Assignee Next Investments, LLC ("Next").  Given the significant burden placed on the non-party Banks by compliance with the Subpoenas, the Banks respectfully request an opportunity to present their arguments as to why reimbursement of the Banks' expenses incurred in complying with Next's Subpoenas is warranted.

Respectfully submitted,

    <u>/s/ David G. Hille</u>
    David G. Hille
    White & Case LLP
    Tel: (212) 819-8200
    E-mail: dhille@whitecase.com

    *Counsel for Bank of China, Bank of*
    *Communications, China Construction*
    *Bank, China Merchants Bank, and*
    *Industrial and Commercial Bank of*
    *China Limited*

cc: All Counsel of Record (*via ECF*)

---

[1] Bank of China, Bank of Communications, China Construction Bank, China Merchants Bank, and Industrial and Commercial Bank of China Limited (collectively, the "Banks").