# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212 351 4000
www.gibsondunn.com

Robert Weigel
Direct: +1 212.351.3845
Fax: +1 212.351.5236
RWeigel@gibsondunn.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/19
```

July 2, 2019

VIA ECF

**MEMO ENDORSED**

7/3/19
Extension granted.
[signature] Colleen McMahon

The Honorable Colleen McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re: Nike Inc. and Converse Inc. v. Maria Wu, et al., 2013 Civ. 8012 (CM)

Dear Judge McMahon:

We represent Next Investments ("Next") in the above-referenced action.

Pursuant to Your Honor's Individual Rules of Practice I.D and IV.E, Next respectfully requests an extension of nine business days to file its Opposition to Bank of China, Bank of Communications, China Construction Bank, China Merchants Bank and Industrial and Commercial Bank of China's (the "Moving Banks") Motion for Reimbursement of Fees, Costs and Expenses filed on June 20, 2019 (ECF No. 194) (the "Motion for Reimbursement"). The original deadline for Next's Opposition was July 8, 2019. Next has informed the Banks that simultaneously with its Opposition Next intends to file a cross-motion against the Moving Banks and a motion against ABC to hold the Banks in contempt of Court for the Banks' failures to abide by the Court's orders in this action freezing the counterfeiters' accounts at the Banks (Next's "Motion for Contempt").

In an effort to streamline and consolidate the briefing before this Court, Next requests permission to file one 60 page brief in support of both its Motion for Contempt against all six Banks and its Opposition to the Motion for Reimbursement. There is overlap in the factual background related to the Motion for Contempt and the Moving Banks' Motion for Reimbursement and Next believes a single brief will be efficient and avoid repetition. However, Next requires additional room to address both motions in a single brief. Moreover, in order to provide the necessary evidence in its Motion for Contempt to satisfy the clear and convincing evidence standard for contempt, and, in accordance with this Court's rules requiring the brief to include all relevant facts, *see* Individual Rule of Practice IV.E, Next requires additional space to ensure that all factual information upon which Next relies is incorporated in to its brief. While Next would normally be entitled to a 25 page brief for its Opposition and a separate 25 pages for each brief in support of a motion to hold each individual Bank in contempt, Next believes that a single 60 page brief will effectively

# GIBSON DUNN

The Honorable Colleen McMahon
July 2, 2019
Page 2

convey its arguments without overburdening the Court. The Banks do not oppose this request.

In turn, the Moving Banks requested an extension from July 29, 2019 to September 6, 2019 to file their Oppositions to Next's Motion for Contempt. In order to consolidate briefing, the Moving Banks also request an extension to that date for their Reply in Support of their Motion for Reimbursement and plan to file a single brief in support thereof. The Moving Banks respectfully request to extend the page limit for that brief to 50 pages in order to adequately address both their opposition and reply. In order to keep all parties on the same schedule and to accommodate other scheduling conflicts, ABC also requested an extension to September 6, 2019 to file its Opposition to Next's Motion for Contempt. Next does not oppose these requests.

Finally, Next respectfully requests an extension of 10 business days to file its Reply in Support of its Motion for Contempt so that Next's Reply would be due on September 27, 2019. Next requests 30 pages for this brief in order to incorporate all evidence of contempt related to each of the six Banks and address each of their individual arguments in opposition.

There have been no previous requests for extension relating to these motions.

Accordingly, with the permission of the Court, the briefing schedule would be as follows:

| Date | Filing |
| --- | --- |
| June 20, 2018 | Moving Banks' Motion for Reimbursement |
| July 19, 2019 | Next's Opposition to Moving Banks' Motion for Reimbursement; Next's Motion against ABC and Cross-Motion against the Moving Banks to Hold the Banks in Contempt of Court |
| September 6, 2019 | Moving Banks' Reply in Support of Motion for Reimbursement and Opposition to Next's Motion to Hold the Banks in Contempt of Court<br>ABC's Opposition to Next's Motion to Hold the Banks in Contempt of Court |
| September 27, 2019 | Next's Reply in Support of its Motion to Hold the Banks in Contempt of Court |

Next and the Banks have met and conferred and agree to the proposed dates and page limits set forth herein.

# GIBSON DUNN

The Honorable Colleen McMahon
July 2, 2019
Page 3

Lastly, the parties recognize that this Court denied the Moving Banks' request for oral argument when the only motion that had been filed was the Motion for Reimbursement. ECF No. 202. In light of the issues that will be raised in Next's Motion for Contempt, counsel for all parties respectfully request that the Court hear oral argument on the cross-motions.

Respectfully,

/s/ *Robert Weigel*

cc: All counsel of record (via ECF)

GIBSON DUNN