UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
:
NIKE, INC. and CONVERSE INC.,           :
:
                Plaintiffs,          :
:   No. 13 Civ. 8012 (CM)(DCF)
  -against-                              :
:   ORAL ARGUMENT REQUESTED
MARIA WU d/b/a                          :
WWW.SHOECAPSXYZ.COM, et al.,            :
:
                Judgment Debtors.    :
:
----------------------------------------------------------x

### NOTICE OF CROSS-MOTION AND MOTION TO HOLD THE BANKS IN CONTEMPT AND FOR A TURNOVER ORDER

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Edward Boyle dated July 19, 2019 and the exhibits attached thereto; the Declaration of Donald Clarke dated July 19, 2019 and the exhibits attached thereto; the Declaration of Sara Perles dated July 19, 2019 and the exhibits attached thereto; the Declaration of Lauren Nagin dated July 19, 2019 and the exhibits attached thereto; and the Declaration of JungEun Lee dated July 19, 2019 and the exhibits attached thereto, assignee Next Investments, LLC ("Next"), by and through its undersigned counsel, will move this Court, before the Honorable Colleen McMahon, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, at a time and date to be determined by the Court for an order (1) to hold non-parties Agricultural Bank of China, Bank of China, Bank of Communications, China Construction Bank, China Merchants Bank, and Industrial and Commercial Bank of China ("Banks") in contempt of court, (2) directing the Banks to turnover Judgment Debtors' assets, and (3) granting such other and further relief as the Court may deem just and proper.

Pursuant to the Court's Order endorsing Next's July 2, 2019 letter, Next's Opposition to BOC, BOCOM, CCB, CMB, and ICBC's ("Moving Banks") Motion for Reimbursement and Motion Against ABC and Cross-Motion Against the Moving Banks to Hold the Banks in Contempt of Court is due July 19, 2019; the Moving Banks' Reply in Support of Their Motion for Reimbursement and ABC's and Moving Banks' Opposition to Next's Motion to Hold the Banks in Contempt of Court is due September 6, 2019; and Next's Reply in Support of its Motion to Hold the Banks in Contempt of Court is due September 27, 2019.

Dated: New York, New York
July 19, 2019

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Robert Weigel
Robert Weigel
Howard S. Hogan
Lauren M.L. Nagin
Alexandra Leigh Grossbaum

200 Park Avenue
New York, NY  10166-0193
Telephone:  212.351.4000
Fax:  212.351.4035
RWeigel@gibsondunn.com
HHogan@gibsondunn.com
LNagin@gibsondunn.com
AGrossbaum@gibsondunn.com

Attorneys for NEXT INVESTMENTS, LLC