UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
: 
NIKE, INC. and CONVERSE INC., :
:
        Plaintiffs, :
:
  -against- : No. 13 Civ. 8012 (CM)(DCF)
:
MARIA WU d/b/a :
WWW.SHOECAPSXYZ.COM, et al., :
:
        Judgment Debtors. :
:
------------------------------------------------------------x

## NOTICE OF APPEAL

Notice is hereby given that Next Investments, LLC ("Next"), assignee to the Judgment dated August 20, 2015 in the above-captioned case, appeals to the United States Court of Appeal for the Second Circuit from the Order dated January 17, 2020, denying Next's Motion to Hold Agricultural Bank of China, Bank of China, Bank of Communications, China Construction Bank, China Merchants Bank, and Industrial and Commercial Bank of China in Contempt and For a Turnover Order (ECF No. 268).

Dated: February 14, 2020
New York, New York

GIBSON, DUNN & CRUTCHER LLP

By:   *s/ Robert L. Weigel*
Robert Weigel
rweigel@gibsondunn.com
Howard S. Hogan
hhogan@gibsondunn.com
Lauren M.L. Nagin
lnagin@gibsondunn.com
Alexandra Leigh Grossbaum
agrossbaum@gibsondunn.com

200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000

*Attorneys for Plaintiff Next Investments, LLC*